## ESCROW AGREEMENT
## EXHIBIT "A"
## RELEASE OF DEPOSIT

To: Mr. Jery E. Barton
ATTORNEY-AT-LAW
Barton Law Firm, LPA
1701 Woodlands Drive
Suite 300
Maumee, OH43537

Date: __2/3__ 2014

FILE No. PEH2-1213

Dear Mr. Barton:

We hereby instruct you to release Five Hundred Thousand Dollars ($500,000) of the funds held as Deposit in your Escrow Account to banking coordinates to be provided by Lender. Lender commits to a Deposit Restoration under paragraph 4 of the Escrow Agreement.

Sincerely,

PANORAMA ENERGY HOLDINGS, INC
"The ~~Depositor~~"

_____
Mr.Richard Eaton, CEO,
As duly authorized
agent of Panorama Energy Holdings, Inc

6

Depositor:_____ acknowledgment