Date: 2/3   2014

To: Mr. Jery E. Barton
ATTORNEY-AT-LAW
Barton Law Firm, LPA
1701 Woodlands Drive
Suite 300
Maumee, OH43537

Dear Mr. Barton:

In connection with the executed Term Sheet dated January 13, 2014, we hereby instruct you to release Two Hundred Thousand Dollars ($200,000) of the funds held as Deposit in your Escrow Account to banking coordinates to be provided by Lender.

Sincerely,

PANORAMA ENERGY HOLDINGS, LLC
"The Depositor"

*[signature]*

Mr. Richard Eaton, CEO,
As duly authorized
agent of Panorama Energy Financial, LLC