| | |
|---|---|
| Subject: | Request for Information |
| From: | Sabrina Green (sgreen@sglawcorp.com) |
| To: | jery@bartonlawfirmpa.com; jeff@crosscapp.com; |
| Cc: | reatonfc@gmail.com; |
| Bcc: | bmaynard712@hotmail.com; grell.dietmar@gmail.com; |
| Date: | Thursday, March 27, 2014 9:10 AM |

Good morning Jeff and Mr. Barton:

We have been attempting to procure information regarding the placement of the $500,000 and $200,000 funds Panorama deposited back in early January since last Friday, however, for some reason we can get no response from either of you thus far which is rather disconcerting. Please review my email of yesterday's date and provide us with a response as soon as possible.

Thank you for your attention to this matter.

Regards,
Sabrina
**PLEASE NOTE OUR OFFICES HAVE MOVED AND THE NEW ADDRESS BELOW**

*Sabrina L. Green, Esq.*
*Stratton & Green, ALC*
*591 Camino de la Reina*
*Suite 530*
*San Diego, CA 92108*
*Phone: 619-718-4820*
*Facsimile: 619-718-4825*
*Email: sgreen@sglawcorp.com*

This email communication contains CONFIDENTIAL INFORMATION WHICH ALSO IS LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. This message is a communication made in confidence to or by an attorney or to or by a client for the purpose of seeking or obtaining legal advice, and is legally privileged under Evid C §§950-962; see, e.g., Upjohn Co. v U.S. (1981) 449 US 383, 66 L Ed 2d 584, 101 S Ct 677; D.I. Chadbourne, Inc. v Superior Court (1964) 60 C2d 723, 36 CR 468. See also Martin v WCAB (1997) 59 CA4th 333, 69 CR2d 138. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

IRS CIRCULAR 230 DISCLOSURE

To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.