| Subject: | Re: Fwd: $200,000 return |
|---|---|
| From: | Reaton (richard@gs-energyllc.com) |
| To: | jeff@crosscapp.com; |
| Cc: | mikemoyal@gmail.com; mikemoyal@toval.net; sgreen@sglawcorp.com; bmaynard712@hotmail.com; |
| Date: | Friday, April 4, 2014 9:01 AM |

Jeff

Earlier in the week you had stated that you would have the a check ready for the additional $200,000, that did not enter the program, that is to be returned to Panorama Holding, either (today) Friday, 4th April, 2014, or on Monday, 7th April, 2014. Bill Maynard is available to collect the check today, or Monday, can you confirm a convenient time.

Regards


Richard Eaton
CEO
Golden Sun Energy Company LLC.
4900 California Avenue
Tower B, 2nd Floor
Bakersfield, CA 93309
Cell: 678-595-7414
Office: 661-377-2481
Skype: 1-661-636-6364

UNAUTHORIZED INTERCEPTION OF THIS MESSAGE IS PROHIBITED BY FEDERAL LAW PURSUANT TO 18 U.S.C. 2511 (2000).

CONFIDENTIALITY NOTICE: This message and any files transmitted with it are CONFIDENTIAL and intended solely for the use of the individual or entity to whom they are addressed.  The information herein may also be protected by the attorney-client privilege, work product immunity, or other legal rules.  If you have received this e-mail by mistake, please immediately notify us by e-mail reply and delete it from your system; you may not copy or forward this message or disclose its contents to anyone.


On Tue, Apr 1, 2014 at 11:57 AM, <jeff@crosscapp.com> wrote:
> Richard - I have received your letter.
>
> Jeff Crossland
> Principal
> Crossland Capital Partners LLC
> 1223 Wilshire Blvd. #1012
> Santa Monica, CA 90403
> (310) 477-5100 W
> (310) 804-6662 C
> email: jeff@crosscapp.com

-------- Original Message --------
Subject: Fwd: $200,000 return
From: Reaton <richard@gs-energyllc.com>
Date: Tue, April 01, 2014 7:41 am
To: "<jeff@crosscapp.com>" <jeff@crosscapp.com>
Cc: Michael Moyal <mikemoyal@gmail.com>, Mike Moyal <mikemoyal@toval.net>, Sabrina Green <sgreen@sglawcorp.com>

Jeff

Can you please confirm that you are in receipt of the demand letter (attached) for the return of the $200,000 sent to you via email on March 31st 2014. Additionally, it has been pointed out that the original agreement was for "JC Funding Group, working in connection with Toval International, to provide financing in the form of a Series-1 Development Loan for use in development of approximately four oil wells located in the Maya Sands lease tract in Bakersfield, CA." thus I have cc. Mike Moyal at Toval International as well!

Regards


Richard Eaton
CEO
Golden Sun Energy Company LLC.
4900 California Avenue
Tower B, 2nd Floor
Bakersfield, CA 93309
Cell: 678-595-7414
Office: 661-377-2481
Skype: 1-661-636-6364

UNAUTHORIZED INTERCEPTION OF THIS MESSAGE IS PROHIBITED BY FEDERAL LAW PURSUANT TO 18 U.S.C. 2511 (2000).

CONFIDENTIALITY NOTICE: This message and any files transmitted with it are CONFIDENTIAL and intended solely for the use of the individual or entity to whom they are addressed. The information herein may also be protected by the attorney-client privilege, work product immunity, or other legal rules. If you have received this e-mail by mistake, please immediately notify us by e-mail reply and delete it from your system; you may not copy or forward this message or disclose its contents to anyone.


---------- Forwarded message ----------
From: **Reaton** <richard@gs-energyllc.com>
Date: Mon, Mar 31, 2014 at 4:36 PM
Subject: $200,000 return
To: "<jeff@crosscapp.com>" <jeff@crosscapp.com>
Cc: Bill Maynard <bmaynard712@hotmail.com>, Dietmar Greil <greil.dietmar@gmail.com>, Sabrina Green <sgreen@sglawcorp.com>


Jeff

Please find attached the letter regarding the return of the $200K. We have still committed to moving forward with the $500k which has generated the $5.1 million. My

translation of the state of play may not be the best. Can you please provide everyone with and overview of the Barclay situation and how the program is now attempting to bring the $5.1 million in through Chase Bank.

Regards


Richard Eaton
CEO
Golden Sun Energy Company LLC.
4900 California Avenue
Tower B, 2nd Floor
Bakersfield, CA 93309
Cell: 678-595-7414
Office: 661-377-2481
Skype: 1-661-636-6364

UNAUTHORIZED INTERCEPTION OF THIS MESSAGE IS PROHIBITED BY FEDERAL LAW PURSUANT TO 18 U.S.C. 2511 (2000).

CONFIDENTIALITY NOTICE: This message and any files transmitted with it are CONFIDENTIAL and intended solely for the use of the individual or entity to whom they are addressed. The information herein may also be protected by the attorney-client privilege, work product immunity, or other legal rules. If you have received this e-mail by mistake, please immediately notify us by e-mail reply and delete it from your system; you may not copy or forward this message or disclose its contents to anyone.