

March 31, 2014

Mr. Jeff Crossland
JC Funding-13, LLC
**VIA EMAIL ONLY**

       **RE: Formal Demand for Fund Return**

Mr. Crossland:

       This correspondence serves to memorialize our conference call of yesterday's date and as a formal request pursuant to your instruction for return of $200,000 wired into Barton Law Firm's escrow account on January 16, 2014 on behalf of Panorama Energy Holding, Inc..

       As a short recap of past events starting in January 2014, due to the short period of time Panorama had to raise $5.1 million to purchase a target oil bearing property in Taft, California, you advised Panorama it would be an additional safeguard and expedite the raise of capital necessary to be submitted to the U.S. Bankruptcy Court, Central District, by February 28, 2014, if we placed an additional $200K into the European lending program contracted through JC Funding-13, LLC. In addition to raising the $5.1 at an expedited rate, the $200K would also serve to raise an additional $2 million that was anticipated in early February to yield those funds by potentially the third or fourth week of March. On Friday, March 21, 2014 during an inquiry of the receipt status of the $2 million dollar second traunch, we were informed by you the $200k had not been placed into the same program as the $500k and, in fact, had not been placed in a capital raising program such that we are now not entitled to any benefit of having those funds utilized in another program other our ability to have the funds returned to us upon us submitting a formal demand.

       As of today's date, please consider this correspondence Panorama Energy Holding, Inc's formal demand for the return of the $200,000 wired on January 16, 2014, and authorized to be released into the European capital raise lending program on February 3, 2014. It is our explicit understanding that since the funds were never deployed into the same funding program the $500K was deployed into, the return of these funds in no way impacts Panorama's receipt of the $5.1 million that has been raised through that program by approximately February 26, 2014, and has been in transit to the Barton Law Firm escrow account through the Swift system since that time. If the four of us from Panorama who were on yesterday's call with you are mistaken in any way with regards to the refund of the $200K impacting the receipt of the $5.1 million, please so advise in writing and Panorama reserves all rights to revoke this demand upon receipt of that information that may be contrary to our current understanding.

PANORAMA ENERGY HOLDING, INC.
591 Camino De La Reina
Suite 530
San Diego, CA 92108

Mr. Jeff Crossland
March 31, 2014
Page 2

    Since we are also of the understanding the funds were placed in some form of "liquidity" account for insurance purposes, we ask that the funds be returned within the five day cure period in the form of a cashier's check that we can pick up from your office. In the alternative, if you are unable to return the funds within five days and Panorama is incorrect and the $200K was instead placed into capital raising program, we understand it may take a longer period of time to return the funds and thus, this demand for return of deposit does not waive any rights Panorama has to capital or interest accrued by those funds since its deposit into said program.

    As always Jeff, we sincerely thank you for your professional efforts on Panorama's behalf.

Regards,

Richard Eaton, CEO
PANORAMA ENERGY HOLDING, INC.

PANORAMA ENERGY HOLDING, INC
591 Camino De La Reina
Suite 530
San Diego, CA 92108

# Exhibit "V"