UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 17-6374 MWF (FFMx)**                           Date: January 29, 2018

Title  **Golden Sun Energy Company, LLC, et al. v. Jery Barton, et al.**

Present: The Honorable:  **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):**   THIRD ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

The Court has reviewed the docket report and the Proofs of Service filed by Plaintiffs on January 11, 2018. (Docket Nos. 27 through 30). The Court notes the following:

The Complaint was filed on August 29, 2017. (Docket No. 1). The date by which the Complaint was to be served pursuant to Federal Rules of Civil Procedure, Rule 4(m), was November 27, 2017.

On November 27, 2017, the Court issued an Order to Show Cause Re: Dismissal for Lack of Prosecution (the "11/27/17 OSC"), requiring the filing of proofs of service and/or responses to the Complaint on or before December 8, 2017. (Docket No. 16).

On December 5, 2017, Defendant Soleil Capitale Corporation filed a Motion to Dismiss. (Docket No. 20). The hearing on the Motion to Dismiss was noticed for February 26, 2018.

On December 8, 2017, Plaintiffs filed a Response to the 11/27/17 OSC (the "Response to OSC"). (Docket No. 23). Attached as exhibits to the Response were various Proofs of Service. Plaintiffs also indicated that they needed additional time

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. **CV 17-6374 MWF (FFMx)** | Date: January 29, 2018 |
| Title **Golden Sun Energy Company, LLC, et al. v. Jery Barton, et al.** | |

to serve some defendants. On December 12, 2017, the Court discharged the November 27, 2017 OSC and ordered Plaintiffs to file the proofs of service attached as exhibits to its Response to OSC. (Docket No. 25).

On January 5, 2018, the Court issued a second Order to Show Cause Re: Dismissal for Lack of Prosecution (the "1/5/18 OSC"). (Docket No. 26). The Court again ordered the filing of proofs of service, and/or responses to the Complaint or applications for entry of default. The response to the 1/15/18 OSC was due on or before January 26, 2018, which allowed Plaintiff an additional sixty (60) days to effectuate service of the Complaint.

As of January 29, 2018, the status of service of the Complaint is as follows:

| | |
|---|---|
| Defendant Jery Barton | Proof of Service filed 1/11/18 [28]; Plaintiffs have requested the Clerk to enter default [32] |
| Defendant The Barton Law Firm, LPA | Proof of Service filed 1/11/18 [29]; Plaintiffs have requested the Clerk to enter default [33] |
| Defendant Soleil Capitale Corporation | No Proof of Service filed; Motion to Dismiss filed 12/5/17 (Docket No. 20); hearing set for 2/26/18 |
| Defendant BBRC Midwest LLC | Proof of Service filed 1/11/18 (Docket No. 27); response to Complaint was due 12/28/17 |
| Defendant Paulette Palmer | Dismissed 1/26/18 (Docket No. 36) |
| Defendant Union Building Ops | Proof of Service filed 1/11/18 [30]; Plaintiffs have requested the Clerk to enter default [35] |
| Defendant Alice Crossland | Not served |
| Defendant SSC North America | Proof of Service filed 12/8/17 [24]; Plaintiffs have requested the Clerk to enter default [34] |
| Defendant All Bloom Trading Limited | Not served |
| Defendant Roy Gillar | Not served |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 17-6374 MWF (FFMx)                           Date: January 29, 2018

Title      Golden Sun Energy Company, LLC, et al. v. Jery Barton, et al.

Plaintiffs are ordered to show cause, in writing, no later than **February 12, 2018** why this action should not be dismissed for lack of prosecution as to the unserved Defendants and all Defendants for whom there is neither a response or a an application for entry of default. The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

▪   Proof of service of summons and complaint for all unserved Defendants.
▪   Responses to Complaint by all served Defendants or applications for entry of default pursuant to Federal Rule of Civil Procedure 55(a)

The Court will not issue another Order to Show Cause as a reminder to Plaintiffs to prosecute this case. Failure to properly respond to this Order to Show Cause will result in the dismissal of this action as to any unserved Defendants, and any served Defendants who have not responded to the Complaint and/or for whom Plaintiffs have not applied for default.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm