UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No. **CV 17-6374-MWF(FFMx)** | Dated: **February 1, 2018** |
| Title: Golden Sun Energy Company, LLC -v- Jery Barton, et al. | |

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| | |
|---|---|
| Cheryl Wynn<br>Relief Courtroom Deputy | None Present<br>Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk as to Jery Barton, Union Building Ops, and BBRC Midwest LLC, entered on January 30, 2018, the Court sets a hearing for Order To Show Cause Re Default Judgment as to those defendants for **March 5, 2018** at **11:30 a.m.** *If a Motion for Default Judgment is filed prior to this hearing, the hearing will be vacated, and the Order To Show Cause discharged*.

Any motion for default judgment must comply with the Court's Procedures and Schedules. See http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

IT IS SO ORDERED.