# EXHIBIT 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-cv-06374-MWF-FFM

# AMENDED
## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>The Barton Law Firm, LPA</u> was received by me on *(date)* <u>Sep 15, 2017, 1:50 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* <u>Receptionist</u>, a person of suitable age and discretion who resides there, on *(date)* <u>Nov. 21, 2017</u>, and mailed a copy to the individual's last known address; or  SEE #8 BELOW FOR DETAILS

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 02/17/2018

*Server's signature*

Steven Wolfe - Process Server; Wolfe Process Service LLC
*Printed name and title*

729 Meadow Springs Ct., Maumee, OH 43537
*Server's address*

Additional information regarding attempted service, etc.:

1) Unsuccessful Attempt: Sep 18, 2017, 2:50 pm EDT at Company: 1701 Woodland Drive Suite #300, Maumee, OH 43537 Spoke with the receptionist at 1701 Woodlands Dr., Maumee, OH and she indicated that The Barton Law Firm had moved around 1 year ago. However, she said the new address was at 7445 Airport Hwy., Holland, OH 43528.

2) Unsuccessful Attempt: Sep 21, 2017, 1:19 pm EDT at Company: 7445 Airport Hwy. Suite 1A, Holland, OH 43528 Mr. Barton was not in the office and the receptionist would not accept any documents for him. He only rents an office from Wagoner and Steinberg and she is their receptionist.

3) Unsuccessful Attempt: Oct 12, 2017, 2:31 pm EDT at Company: 7445 Airport Hwy. Suite 1A, Holland, OH 43528 Receptionist refused to accept documents and said if I leave them she will not tell Jery Barton they were there. She also refused to give me here name, and an attorney from the firm Wagoner and Steinberg came into the receptionist area and asked me to leave. I then left with the documents.

4) Unsuccessful Attempt: Oct 26, 2017, 10:24 am EDT at Home: 7949 Hidden Harbour Dr E, Holland, OH 43528
No answer at front entry door.

5) Unsuccessful Attempt: Oct 31, 2017, 9:24 am EDT at Home: 7949 Hidden Harbour Dr E, Holland, OH 43528
No answer at front entry door.

6) Unsuccessful Attempt: Nov 4, 2017, 8:52 pm EDT at Home: 7949 Hidden Harbour Dr E, Holland, OH 43528
No answer at front entry door.

7) Successful Attempt: Nov 9, 2017, 1:30 pm EST at Company: 1701 Woodland Drive Suite #300, Maumee, OH 43537.
Left at receptionist's desk. Accepted by Jane Doe, caucasian, female, 30-35 yrs., 5'6", 135lb., blonde hair,

8) Successful Attempt: Nov 21, 2017, 1:37 pm EST at Company: 7445 Airport Hwy. Suite 1A, Holland, OH 43528'
Left with receptionist and she indicated she would give them to him when she saw him. Accepted by Jane Doe, caucasian, female, 55-60 yrs., 5'5" hgt., 150lbs., black hair.

9) Successful Attempt: Dec 11, 2017, 2:44 pm EST: Mailed to The Barton Law Firm, LPA at 7445 Airport Hwy, Suite 1A, Holland, OH 43528