# EXHIBIT 2

ACCO,(FFMx),DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:17-cv-06374-MWF-FFM

Golden Sun Energy Company, LLC et al v. Jery Barton et al
Assigned to: Judge Michael W. Fitzgerald
Referred to: Magistrate Judge Frederick F. Mumm
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 08/29/2017
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Golden Sun Energy Company, LLC**
*a California limited liability company*

represented by **Marc Y Lazo**
Wilson Keadjian Browndorf LLP
1900 Main Street Suite 600
Irvine, CA 92614
949-247-2878
Fax: 949-234-6254
Email: mlazo@wkbllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward C Chen**
Wilson Keadjian Browndorf LLP
1900 Main Street Suite 600
Irvine, CA 92614
949-247-2878
Fax: 949-234-6254
Email: echen@wkbllp.com
*ATTORNEY TO BE NOTICED*

**Lisbeth Bosshart Merrill**
Wilson Keadjian Browndorf LLP
1900 Main Street Suite 600
Irvine, CA 92614
949-247-2878
Fax: 949-234-6254
Email: lmerrill@wkbllp.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Panorama Energy Financial LLC**
*a Delaware limited liability company*

represented by **Marc Y Lazo**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward C Chen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisbeth Bosshart Merrill**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Panorama Energy Holdings, LLC**
*a California limited liability company*

represented by **Marc Y Lazo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward C Chen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisbeth Bosshart Merrill**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Plaintiff

**William Maynard**
*an individual*

represented by **Marc Y Lazo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward C Chen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisbeth Bosshart Merrill**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Jery Barton**
*an individual*

**Defendant**

**The Barton Law Firm, LPA**
*an Ohio law firm*

**Defendant**

**Soleil Capitale Corporation**
*a New York Corporation*

represented by **Alana Sabina Yakovlev**
Law Offices of Alana Yakovlev
611 South Catalina Street Suite 222
Los Angeles, CA 90005
213-674-7323
Fax: 323-998-6339
Email: walkfreelaw@gmail.com
*ATTORNEY TO BE NOTICED*

**David Van Leeuwen**
Peyrot and Associates PC
62 William Street 8th Floor
New York, NY 10005
646-650-2785
Fax: 646-450-5109
Email: david.vanleeuwen@peyrotlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BBRC Midwest LLC**
*a Michigan limited liability company*

**Defendant**

**Paulette Palmer**
*an individual*
TERMINATED: 01/26/2018

**Defendant**

**Union Building Ops**

**Defendant**

**Alice Crossland**
*an individual*

**Defendant**

**SSC North America**
*a Washington limited liability company*

Defendant

**All Bloom Trading Limited**
*a Hong Kong corporation*
*TERMINATED: 01/26/2018*

Defendant

**Roy Gillar**
*an individual*
*TERMINATED: 01/26/2018*

Defendant

**Does**
*1 through 20, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/2017 | [1](#) | COMPLAINT Receipt No: 0973-20423686 - Fee: $400, filed by Plaintiff Golden Sun Energy Company, LLC. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Exhibit E, # [6](#) Exhibit F, # [7](#) Exhibit G, # [8](#) Exhibit H, # [9](#) Exhibit I, # [10](#) Exhibit J, # [11](#) Exhibit K, # [12](#) Exhibit L, # [13](#) Exhibit M, # [14](#) Exhibit N) (Attorney Marc Y Lazo added to party Golden Sun Energy Company, LLC(pty:pla))(Lazo, Marc) (Entered: 08/29/2017) |
| 08/29/2017 | [2](#) | CIVIL COVER SHEET filed by Plaintiff Golden Sun Energy Company, LLC. (Lazo, Marc) (Entered: 08/29/2017) |
| 08/29/2017 | [3](#) | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), [1](#) filed by Plaintiff Golden Sun Energy Company, LLC. (Lazo, Marc) (Entered: 08/29/2017) |
| 08/29/2017 | [4](#) | NOTICE OF ASSIGNMENT to District Judge Christina A. Snyder and Magistrate Judge Frederick F. Mumm. (ghap) (Entered: 08/29/2017) |
| 08/29/2017 | [5](#) | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (ghap) (Entered: 08/29/2017) |
| 08/29/2017 | [6](#) | NOTICE OF DEFICIENCIES in Attorney Case Opening RE: Complaint (Attorney Civil Case Opening), [1](#) . The following error(s) was found: No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every partys first appearance. See Local Rule 7.1-1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83-7. (ghap) (Entered: 08/29/2017) |
| 08/29/2017 | [7](#) | NOTICE OF DEFICIENCIES in Request to Issue Summons RE: Summons Request [3](#) . The following error(s) was found: The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write see attached.Next, attach a face page of the |

| | | |
|---|---|---|
| | | complaint or a second page addendum to the Summons. The name and address of the attorney for plaintiff(s)must be entered in the appropriate field. Remove "et al " from the Summons caption. The summons cannot be issued until this defect has been corrected. Please correct the defect and re-file your request. (ghap) (Entered: 08/29/2017) |
| 08/29/2017 | 8 | NOTICE of Interested Parties filed by Plaintiff Golden Sun Energy Company, LLC, (Lazo, Marc) (Entered: 08/29/2017) |
| 08/29/2017 | 9 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Golden Sun Energy Company, LLC. (Lazo, Marc) (Entered: 08/29/2017) |
| 08/29/2017 | 10 | NOTICE OF DEFICIENCIES in Request to Issue Summons RE: Summons Request 9 . The following error(s) was found: Summons is not directed to the defendant(s). The defendants name must appear in the To:section of the summons. The summons cannot be issued until this defect has been corrected. Please correct the defect and re-file your request. (ghap) (Entered: 08/29/2017) |
| 09/06/2017 | 11 | ORDER RETURNING CASE FOR REASSIGNMENT by Judge Christina A. Snyder. ORDER case returned to the Clerk for random reassignment pursuant to General Order 16-05. Case randomly reassigned from Judge Christina A. Snyder to Judge Michael W. Fitzgerald for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:17-cv-06374 MWF(FFMx). (rn) (Entered: 09/06/2017) |
| 09/11/2017 | 12 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Golden Sun Energy Company, LLC. (Merrill, Lisbeth) (Entered: 09/11/2017) |
| 09/11/2017 | 13 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Golden Sun Energy Company, LLC. (Merrill, Lisbeth) (Entered: 09/11/2017) |
| 09/11/2017 | 14 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to defendants BBRC Midwest LLC, Jery Barton, Soleil Capitale Corporation, The Barton Law Firm, LPA. (jp) (Entered: 09/11/2017) |
| 09/11/2017 | 15 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to defendants Alice Crossland, Roy Gillar, Paulette Palmer, SSC North America, Union Building Ops. (jp) (Entered: 09/11/2017) |
| 11/27/2017 | 16 | MINUTE ORDER (IN CHAMBERS): ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION by Judge Michael W. Fitzgerald. Plaintiff is ordered to show cause, in writing, no later than December 8, 2017 why this action should not be dismissed for lack of prosecution. The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause: Proof of service of summons and complaint; Answers by the defendants or applications for entry of default pursuant to Federal Rule of Civil Procedure 55(a). No oral argument on this matter will be heard unless otherwise ordered by the Court. (lom) (Entered: 11/27/2017) |
| 12/04/2017 | 17 | Notice of Appearance or Withdrawal of Counsel: for attorney Alana Sabina Jakovlevs |

| | | |
|---|---|---|
| | | counsel for Defendant Soleil Capitale Corporation. Adding Alana Yakovlev as counsel of record for Soleil Capitale Corporation for the reason indicated in the G-123 Notice. Filed by Defendant SOLEIL CAPITALE CORPORATION. (Attorney Alana Sabina Jakovlevs added to party Soleil Capitale Corporation(pty:dft))(Jakovlevs, Alana) (Entered: 12/04/2017) |
| 12/05/2017 | 18 | NOTICE filed by Defendant Soleil Capitale Corporation. *Rule 7.1 Statement* (Jakovlevs, Alana) (Entered: 12/05/2017) |
| 12/05/2017 | 19 | **STRICKEN** First NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendant Soleil Capitale Corporation. Motion set for hearing on 2/26/2018 at 10:00 AM before Judge Michael W. Fitzgerald. (Jakovlevs, Alana) Modified on 12/6/2017 (cw). (Entered: 12/05/2017) |
| 12/05/2017 | 20 | First NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendant Soleil Capitale Corporation. Motion set for hearing on 2/26/2018 at 10:00 AM before Judge Michael W. Fitzgerald. (Yakovlev, Alana) Modified on 2/6/2018 (cw). (Entered: 12/05/2017) |
| 12/05/2017 | 21 | NOTICE OF ERRATA filed by Defendant Soleil Capitale Corporation. correcting First NOTICE OF MOTION AND MOTION to Dismiss Case 19 (Yakovlev, Alana) (Entered: 12/05/2017) |
| 12/06/2017 | 22 | ORDER by Judge Michael W. Fitzgerald: The Notice of Motion and Motion to Dismiss Case 19 is STRICKEN as incomplete; see Notice of Errata 21 . (cw) (Entered: 12/06/2017) |
| 12/08/2017 | 23 | RESPONSE filed by Plaintiff Golden Sun Energy Company, LLCto Minutes of In Chambers Order/Directive - no proceeding held,,, Set/Reset Deadlines/Hearings,, 16 (Attachments: # 1 Declaration of Lisbeth Bosshart Merrill, # 2 Exhibit 1-9)(Merrill, Lisbeth) (Entered: 12/08/2017) |
| 12/08/2017 | 24 | PROOF OF SERVICE Executed by Plaintiff Golden Sun Energy Company, LLC, upon Defendant SSC North America served on 12/6/2017, answer due 12/27/2017. Service of the Summons and Complaint were executed upon Jarod Shelby, agent for service of process in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (Merrill, Lisbeth) (Entered: 12/08/2017) |
| 12/12/2017 | 25 | ORDER DISCHARGING ORDER TO SHOW CAUSE filed 11/27/2017 ("OSC") 16 by Judge Michael W. Fitzgerald: The Court has reviewed Plaintiffs' Response to OSC filed 12/08/2017 23 . The Court accepts the Response and DISCHARGES the OSC. However, the Court ORDERS Plaintiff to forthwith properly electronically file each Proof of Service attached to Docket No. 23. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (smom) TEXT ONLY ENTRY (Entered: 12/12/2017) |
| 01/05/2018 | 26 | MINUTE ORDER IN CHAMBERS re ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION by Judge Michael W. Fitzgerald: Plaintiff is ordered to show cause, in writing, no later than January 26, 2018 why this |

| | | |
|---|---|---|
| | | action should not be dismissed for lack of prosecution. The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause: (see document for further details) (bm) (Entered: 01/05/2018) |
| 01/11/2018 | 27 | PROOF OF SERVICE Executed by Plaintiff William Maynard, upon Defendant BBRC Midwest LLC served on 12/7/2017, answer due 12/28/2017. Service of the Summons and Complaint were executed upon BBRC Midwest LLC in compliance with Federal Rules of Civil Procedure by personal service.Original Summons returned. (Merrill, Lisbeth) (Entered: 01/11/2018) |
| 01/11/2018 | 28 | PROOF OF SERVICE Executed by Plaintiff William Maynard, upon Defendant Jery Barton served on 12/11/2017, answer due 1/2/2018. Service of the Summons and Complaint were executed upon Jery Barton in compliance with California Code of Civil Procedure by substituted service at business address and by also mailing a copy.Original Summons returned. (Merrill, Lisbeth) (Entered: 01/11/2018) |
| 01/11/2018 | 29 | PROOF OF SERVICE Executed by Plaintiff William Maynard, upon Defendant The Barton Law Firm, LPA served on 12/11/2017, answer due 1/2/2018. Service of the Summons and Complaint were executed upon The Barton Law Firm, LPA in compliance with California Code of Civil Procedure by substituted service at business address and by also mailing a copy.Original Summons returned. (Merrill, Lisbeth) (Entered: 01/11/2018) |
| 01/11/2018 | 30 | PROOF OF SERVICE Executed by Plaintiff William Maynard, upon Defendant Union Building Ops served on 12/8/2017, answer due 12/29/2017. Service of the Summons and Complaint were executed upon Union Building Ops in compliance with California Code of Civil Procedure by substituted service at business address and by also mailing a copy.Original Summons returned. (Merrill, Lisbeth) (Entered: 01/11/2018) |
| 01/23/2018 | 31 | PROOF OF SERVICE Executed by Plaintiff Golden Sun Energy Company, LLC, upon Defendant Alice Crossland served on 1/12/2018, answer due 2/2/2018. Service of the Summons and Complaint were executed upon Alice Crossland in compliance with California Code of Civil Procedure by substituted service by mail and by also mailing a copy.Original Summons returned. (Merrill, Lisbeth) (Entered: 01/23/2018) |
| 01/26/2018 | 32 | REQUEST for Clerk to Enter Default against Default Jery Barton filed by Plaintiff Golden Sun Energy Company, LLC. Request set for hearing on 3/5/2018 at 10:00 AM before Judge Michael W. Fitzgerald. (Attachments: # 1 Declaration of Merrill, # 2 Exhibit 1, # 3 Exhibit 2) (Merrill, Lisbeth) (Entered: 01/26/2018) |
| 01/26/2018 | 33 | REQUEST for Clerk to Enter Default against Defendant The Barton Law Firm, LPA filed by Plaintiff Golden Sun Energy Company, LLC. Request set for hearing on 3/5/2018 at 10:00 AM before Judge Michael W. Fitzgerald. (Attachments: # 1 Declaration of Merrill, # 2 Exhibit 1, # 3 Exhibit 2) (Merrill, Lisbeth) (Entered: 01/26/2018) |
| 01/26/2018 | 34 | REQUEST for Clerk to Enter Default against Defendant Union Building Ops filed by Plaintiff Golden Sun Energy Company, LLC. Request set for hearing on 3/5/2018 at 10:00 AM before Judge Michael W. Fitzgerald. (Attachments: # 1 Declaration of Merrill, # 2 Exhibit 1, # 3 Exhibit 2) (Merrill, Lisbeth) (Entered: 01/26/2018) |

| | | |
|---|---|---|
| 01/26/2018 | 35 | REQUEST for Clerk to Enter Default against Defendant BBRC Midwest LLC filed by Plaintiff Golden Sun Energy Company, LLC. Request set for hearing on 3/5/2018 at 10:00 AM before Judge Michael W. Fitzgerald. (Attachments: # 1 Declaration of Merrill, # 2 Exhibit 1, # 3 Exhibit 2) (Merrill, Lisbeth) (Entered: 01/26/2018) |
| 01/26/2018 | 36 | NOTICE OF DISMISSAL filed by Plaintiff Golden Sun Energy Company, LLC pursuant to FRCP 41a(1) as to Paulette Palmer. (Merrill, Lisbeth) (Entered: 01/26/2018) |
| 01/29/2018 | 37 | MINUTES (IN CHAMBERS) THIRD ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION by Judge Michael W. Fitzgerald. Plaintiffs are ordered to show cause, in writing, no later than February 12, 2018 why this action should not be dismissed for lack of prosecution as to the unserved Defendants and all Defendants for whom there is neither a response or a an application for entry of default. The Court will not issue another Order to Show Cause as a reminder to Plaintiffs to prosecute this case. Failure to properly respond to this Order to Show Cause will result in the dismissal of this action as to any unserved Defendants, and any served Defendants who have not responded to the Complaint and/or for whom Plaintiffs have not applied for default. (iv) (Entered: 01/29/2018) |
| 01/30/2018 | 38 | DEFAULT BY CLERK F.R.Civ.P.55(a) as to Jery Barton. (jp) (Entered: 01/30/2018) |
| 01/30/2018 | 39 | NOTICE OF DEFICIENCY Re: REQUEST for Clerk to Enter Default against Defendant The Barton Law Firm, LPA 33 . The Clerk cannot enter the requested relief as: Proof of Service is lacking required information: Missing a name of the person, Receptionists and also no description indicate who was left documents for the named defendant above. Name and description must include: sex, ethic origin, height, weight, color hair and ages or person being served. Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have default reconsidered. (jp) (Entered: 01/30/2018) |
| 01/30/2018 | 40 | DEFAULT BY CLERK F.R.Civ.P.55(a) as to Union Building Ops. (jp) (Entered: 01/30/2018) |
| 01/30/2018 | 41 | DEFAULT BY CLERK F.R.Civ.P.55(a) as to BBRC Midwest LLC. (jp) (Entered: 01/30/2018) |
| 02/01/2018 | 42 | ORDER TO SHOW CAUSE by Judge Michael W. Fitzgerald: A Show Cause re Default Judgment Hearing is set for 3/5/2018 at 11:30 AM before Judge Michael W. Fitzgerald. If a Motion for Default Judgment is filed prior to this hearing, the hearing will be vacated, and the Order To Show Cause discharged. *Any motion for default judgment must comply with the Court's Procedures and Schedules.* See http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald. SO ORDERED. (cw) (Entered: 02/01/2018) |
| 02/05/2018 | 43 | STIPULATION to Continue Motion to Dismiss and Default Hearing from February 26, 2018 and March 5, 2018 to March 19, 2018 Re: First NOTICE OF MOTION AND MOTION to Dismiss Case 20 , REQUEST for Clerk to Enter Default against Default Jery Barton 32 filed by Plaintiff Golden Sun Energy Company, LLC. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Proposed Order)(Merrill, Lisbeth) (Entered: 02/05/2018) |
| 02/06/2018 | 44 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Stipulation to Continue 43 . The following error(s) was/were found: Case number is incorrect or missing. Case number should read: 2:17-cv-06374-MWF (FFMx). In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. (iv) (Entered: 02/06/2018) |
| 02/06/2018 | 45 | ORDER GRANTING STIPULATION TO CONTINUE SOLEIL CAPITALE CORPORATIONS MOTION TO DISMISS 43 by Judge Michael W. Fitzgerald. The Court having reviewed the Stipulation, IT IS HEREBY ORDERED THAT: Defendant Soleil Capitale Corporation's Motion To Dismiss and the Barton Default Hearing are continued to March 19, 2018, at 10:00 am. (iv) (Entered: 02/07/2018) |
| 02/15/2018 | 46 | ***STRICKEN***First APPLICATION of Non-Resident Attorney David C. Van Leeuwen to Appear Pro Hac Vice on behalf of Defendant Soleil Capitale Corporation (Pro Hac Vice Fee - Fee Paid, Receipt No. 0973-21271810) filed by Defendant Soleil Capitale Corporation. Application set for hearing on 3/19/2018 at 10:00 AM before Judge Michael W. Fitzgerald. (Attachments: # 1 Proposed Order) (Yakovlev, Alana) Modified on 2/20/2018 per 48 (iv). (Entered: 02/15/2018) |
| 02/16/2018 | 47 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: First APPLICATION of Non-Resident Attorney David C. Van Leeuwen to Appear Pro Hac Vice on behalf of Defendant Soleil Capitale Corporation (Pro Hac Vice Fee - Fee Paid, Receipt No. 0973-21271810) 46 . The following error(s) was/were found: Hearing date set, but no hearing required. Local Rule 83-2.1.3.3(a) Application not complete: state and/or federal courts to which the applicant has been admitted are not listed. Local Rule 83-2.1.3.3(d) Certificate of Good Standing not attached for every state court listed to which the applicant has been admitted. (lt) (Entered: 02/16/2018) |
| 02/20/2018 | 48 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS RE: APPLICATION to Appear Pro Hac Vice 46 by Judge Michael W. Fitzgerald. The document is stricken and counsel is ordered to file an amended or corrected document by 2/26/2018. Counsel shall also comply with the Local Rules and Judge Fitzgerald's Procedures and Schedules, particularly regarding submission of proposed Orders and mandatory chambers copies. (iv) (Entered: 02/20/2018) |
| 02/20/2018 | 49 | PROOF OF SERVICE Executed by Plaintiff Golden Sun Energy Company, LLC, upon Defendant The Barton Law Firm, LPA served on 11/21/2017, answer due 1/2/2018. Service of the Summons and Complaint were executed upon The Barton Law Firm, LPA in compliance with California Code of Civil Procedure by substituted service at business address and by also mailing a copy.Original Summons returned. (Lazo, Marc) (Entered: 02/20/2018) |
| 02/20/2018 | 50 | APPLICATION for Clerk to Enter Default against Defendant SSC North America filed by Plaintiff Golden Sun Energy Company, LLC. Application set for hearing on 4/9/2018 |

at 10:00 AM before Judge Michael W. Fitzgerald. (Attachments: # 1 Civil Cover Sheet of Merrill, # 2 Exhibit 1, # 3 Exhibit 2) (Lazo, Marc) (Entered: 02/20/2018)

## PACER Service Center

### Transaction Receipt

02/20/2018 14:58:21

| PACER Login: | mlazo215998:3866010:0 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:17-cv-06374-MWF-FFM End date: 2/20/2018 |
| Billable Pages: | 8 | Cost: | 0.80 |