UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-6374-MWF(FFMx)**                              Dated: **March 7, 2018**

Title:     Golden Sun Energy Company, LLC -*v*- Jery Barton, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                                       None Present
    Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

  None Present                                                   None Present

PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

    In light of the Default By Clerk as to Alice Crossland [65] entered on March 5, 2018, the Court sets a hearing for Order To Show Cause Re Default Judgment for April 9, 2018 at 11:30 a.m. If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

    Any Motion for default judgment must comply with the Court's Procedures and Schedules. *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

    IT IS SO ORDERED.