---------- Forwarded message ----------
From: **Reaton** <reatonfc@gmail.com>
Date: Thu, Nov 14, 2013 at 5:30 PM
Subject: DD contacts
To: Sabrina Green <sgreen@sglawcorp.com>


From: alan@markosarko.com
To: mikemoyal@toval.net
CC: jrohner55@gmail.com
Subject: Conference Call with the Principals of the Maya Sand & Antelope Shale Project
Date: Wed, 13 Nov 2013 15:10:45 -0700

Mike,


I have arranged for a Conference call with the Principals of the Maya Sand & Antelope Shale Production Project (Golden Sun Energy Company LLC).

The Conference Call will be at 12:00 PM Eastern Time (Florida), which is 10:00 AM Mountain Time (Arizona).

The Conference Line Telephone Number is (605) 475-4000. The Access Code is 227809#.

The attendees will include as follows:


Mike Moyal of Toval

Alan Sarko of Marko & Sarko PLLC

James Rohner of J&R Consulting Services

Richard Eaton of Golden Sun Energy LLC

James Zadko of Golden Sun Energy LLC


If you have any questions or problems, I can be reached at the information listed below.

1

Sincerely,


Alan Sarko



Alan B. Sarko

MARKO & SARKO, PLLC

706 E. Bell Rd., Suite 124

Phoenix, AZ 85022

Phone:  602-866-8187

Fax:  602-866-8308

Email:  alan@markosarko.com


CONFIDENTIALITY NOTICE:  This communication is intended only for the entity to whom it is directed.  It may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law.  Dissemination, distribution or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited.  If you have received this communication in error, please notify us immediately by telephone at 602-866-8187 or via email, and delete this message and all attachments thereto.