From: **James Rohner** <jrohner51@hotmail.com>
Date: Fri, Nov 15, 2013 at 5:51 PM
Subject: RE: Panorama Land acquisition
To: Sabrina Green <sgreen@sglawcorp.com>, Bill Maynard <bmaynard712@hotmail.com>, Reaton <richard@gs-energyllc.com>

Dear Sabrina,
The reason you don't find someone like this by simple checking standard sources is this is a private investor , and as such he does not advertise because lending is done on an Invitation on for new clients. I have attached a document that speaks to the investors process, with full contact information at the bottom.
If you are to concerned you could have Richard call him since he is willing to fund I see no reason why I can not share this information with you. Please let me know if there is anything else I can do.

Regards,
James Rohner
James Rohner
J&R Consulting Services
Funding Facilitator & Consulting
President/Managing Member
15655 W. Roosevelt Pkwy Suite 237
Goodyear , Arizona 85338
623-251-1185 Cell

1

623-240-0083 Office

CONFIDENTIALITY NOTICE: The information contained in this communication (including in any attached file(s)) may be confidential, proprietary, and/or legally privileged and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. This communication is neither an offer to sell nor a solicitation of an offer to purchase any security or other financial product. If this communication is misdirected, no confidentiality or privilege is thereby waived.

> Subject: Panorama Land acquisition
> From: sgreen@sglawcorp.com
> Date: Fri, 15 Nov 2013 14:42:09 -0800
> To: jrohner51@hotmail.com
>
> Mr. Rohner:
>
> Thank you for your time today in speaking with us regarding the land and mineral acquisition. The documents regarding proof of funds are being sent. On our end, we are also conducting due diligence as required and are finding little or nothing regarding the potential investor, Toval and the partnership with JC Funding Group, and MPLLC. Could you please provide us with references regarding some of your past investments, company information on all three business entities and Mr. Moyal's bio at your earliest convenience.
>
> Thank you,
>
> Sabrina Green
>
> Sabrina L. Green, Esq.
> Stratton & Green, ALC
> 591 Camino de la Reina
> Suite 530
> San Diego, CA 92108
> (619) 718-4820
> Sent from my iPad
>

2

>
> UNAUTHORIZED INTERCEPTION OF THIS MESSAGE IS PROHIBITED BY FEDERAL LAW PURSUANT TO 18 U.S.C. 2511 (2000).
>
> CONFIDENTIALITY NOTICE: This message and any files transmitted with it are CONFIDENTIAL and intended solely for the use of the individual or entity to whom they are addressed. The information herein may also be protected by the attorney-client privilege, work product immunity, or other legal rules. If you have received this e-mail by mistake, please immediately notify us by e-mail reply and delete it from your system; you may not copy or forward this message or disclose its contents to anyone.

# Toval International – Project Funding Program

**TOVAL International, Association with, JC Funding Group**

Thank you for considering us for your project funding needs. We provide venture capital to fund projects, including industrial, real estate & development / construction projects, Oil and Gas / Refineries etc. (List attached).

From this point forward, we are the "Funding Party", the party seeking funds will be the "Intended Party".

## QUALIFICATIONS

1. Minimum funded amount of $10 Million Dollars.
2. An experienced management team to oversee and run the operation.
3. The numbers must make sense (include good footnotes for financials).
4. The Intended Party will need to provide evidence for capacity to contribute the greater of $1 Million Dollars or 10% into the transaction.
5. Our interest in providing an equity investment in such projects is to take a majority ownership position and a minority management position for the life of the project. Buy Outs and buy downs can be discussed and agreed to.

## OUR PROCESS

1. Interested Party provides an Executive Summary, Business Plan and Projections for up to 5 years, a Use of Funds and a time line for your project to be operational.
2. IF the project fits our criteria, a Memorandum of Understanding will be issued to the Intended Party. Upon acceptance of the MOU, a conference call will be scheduled with the principals.
3. IF both parties agree to proceed, Intended Party will need to provide additional information to Funding Party for the underwriting process. A list of typical items is attached. List is determined by project.
4. Upon completion of underwriting, a Funding Commitment is issued to Intended Party. Upon acceptance, Intended Party will deposit their contribution into the closing bank escrow account.
5. Closing, transfer of funds for funding and other bank related duties and responsibilities are handled between bank officers.
6. Intended Party will need to establish a new bank account for the newly formed Joint Venture.
7. Final paperwork will be completed and Loan proceeds will be deposited, per a tranche schedule, in the new Joint Venture Bank Account.

## TERMS AND CONDITIONS OF PROJECT FUNDING

These are informal Terms and Conditions for our Project Funding Program.

- This program is by "invitation only". We are selective in the projects and Intended Parties we choose to partner with.

- We provide 90% of the funds for the project cost of development from start until turnkey operation. Client needs to contribute 10%.
- The funds to be released for the project by the Funding Party to the Intended Party, under the terms of the agreement, will be monitored and overseen by the bank officers for both parties.
- Intended Party will be required to provide a Proof of Funds at the initial underwriting process to verify capability in providing their 10% contribution.
- A Top Tier 1 Bank with an A+/AA or better rating will facilitate closings. The Intended Party will deposit 10% equity contribution 15 days prior to total project funding.
- Escrowed funds will be handled in accordance with agreed to escrow instructions. See attached.
- Funding Party is seeking 60% equity in the project along with 49% management oversight.
- Funding Party and their partner's process funds through Deutsche Bank https://www.db.com/usa. Which is rated the #1 Bank in the world http://www.bankersaccuity.com/resources/bank-rankings/
- Funding time is determined by the type of project:
    - Purchasing an existing Real Estate / Business = 90 – 120 days to fund.
    - Funding a project: Cash starts 30 days from deposit of escrow and is tranched in 10 equal monthly installments.

## ADDITIONAL DOCUMENTATION

Upon acceptance of the MOU, we may require the following documentation to complete our Due Diligence on the project - Some items may not be applicable:

1) Copy of your Articles of Incorporation including all Bylaws and amendments, board meeting and director minutes, shareholder/member information
2) Complete the attached Client Information Sheet – for all principals / LLC Members
3) Legible copy of your state issued photo ID and/or Passport (preferred) – all members
4) Federal and State Income tax returns – Corporate – previous 3 years.
5) Evidence Company is current on any sales tax, unemployment, social security, and any other tax payments.
6) Current YTD P&L and Balance Sheet
7) Copy contracts with the refinery purchasing production or lease agreements with multi-unit real estate projects.
8) Other contracts relevant to this project – storage, trucking, employment etc (if applicable)
9) Copy of insurance policy(policies)
10) Last 3 months of corporate bank statements
11) Copies of all lease agreements as they relate to this project – land, equipment etc also any mortgage or lease information on any property owned by the LLC
12) Breakdown of money you have currently put into this project
13) List of any outstanding debts and creditor contact information
14) Any litigation – pleadings lawsuits etc – prior and current
15) Any marketing or consulting studies completed for this project
16) Copy of any assay or valuations – if not previously provided
17) Account receivables information

18) List of any bank(s) or other lender company has a financial relationship with. Briefly describe the relationship, lines of credit, lesser information for equipment etc and amounts)
19) Copies of permits and licenses necessary to conduct the Company's business
20) Any material reports to Government agencies for the past three years.

This list is not inclusive. Other information may be requested.

## ADDITIONAL PROJECTS WE FUND

**Projects Funding Party is interested in Funding – this list is not inclusive:**

Commercial Real Estate:
　　Apartment Complexes, Movie Theatre Complexes, Hotels, Assisted Living, Hospital Development and Construction projects, we will consider most Commercial Projects with Real Estate.

Oil and Gas Related Projects:
　　Drilling (recovery, Power Stations, **Truck Stop Service Center**
Gas Stations, pipe lines, refineries, tank storage - prefer project to be near transportation: water, rail, pipeline or refinery.

## TO GET STARTED

**To Submit a Deal for Consideration to Our Lead Analyst:**

Provide the Following:

Executive Summary
Business Plan
Performa/ projections for up to 5 years
Financials if it is in operation – last two years and YTD for current year
Use of Funds / time line to be operational
Photo's of site or appraisal / Assay or other valuations if available

B'H "
**Thank You**

Mike moyal
407-967-5500 cell
skype: mikemoyal
mikemoyal@toval.net
Toval International