# Wire Transfer Services
## Outgoing Wire Transfer Request


**WELLS FARGO**

| Today's Date: | Created After Deadline: | Wells Fargo Reference Number: |
|---|---|---|
| 01/10/2014 | No | FW0000▓▓▓▓10181▓▓ |

| Banker Name: | | | Officer/Portfolio Number: |
|---|---|---|---|
| KATHERIN CONCEPCION | | | CM645 |

| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 949/766-4640 | 04144 | 0000456 | E2279-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC") and the International Bank Account Number ("IBAN").

### Originator's Information

| Customer Name: | | Street Address: | |
|---|---|---|---|
| WILLIAM ▓▓▓▓▓ | | ▓▓▓▓▓▓▓▓ | |

| Primary ID Type: | Primary ID Description: | Address Line 2: | |
|---|---|---|---|
| DLIC | ▓▓▓▓▓▓ | | |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: |
|---|---|---|---|
| CA | | 07/12/2015 | |

| Secondary ID Type: | Secondary ID Description: | City: | State: |
|---|---|---|---|
| PINV | PIN Validation | ▓▓▓▓▓▓▓ | CA |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
|---|---|---|---|---|
| | | | 92679-5362 | US |

| | | | Home Phone: | Business Phone: |
|---|---|---|---|---|
| | | | ▓▓▓▓▓ | |

### Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 00▓▓▓6 | $500,000.00 | ▓▓▓▓▓66 | 001▓ |

### Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| Barton Law Firm L.P.A. Attorney E | |

| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
|---|---|
| ▓▓▓▓▓▓02 | |

| Information/Comments: | Name/Address Line 3: |
|---|---|
| Full name of beneficiary - Barton Law Firm L.P.A. Attorney Escrow Account▓▓▓ | |
| | Beneficiary Phone Number: |

### Beneficiary Bank (This is the financial institution where the beneficiary maintains their account.)

| ABA/RTN | SWIFT/BIC: | Beneficiary Bank Name: | |
|---|---|---|---|
| ▓▓▓▓▓▓ | | KEYBANK NATIONAL ASSOCIATION | |

| Beneficiary Bank Address: | | City: | State: |
|---|---|---|---|
| | | CLEVELAND | OH |

**Customer Copy**

Page 1 of 4

WTR6603 (11-13 SVP)



PMA account 7400874041 ■ January 1, 2014 - January 31, 2014 ■ Page 4 of 5

Did you know that you can review your safe deposit box information through Wells Fargo Online Banking? Sign on to online banking and go to your account summary page. Check it out today.

# Wells Fargo® High Yield Savings

### Activity summary

| | |
|---|---:|
| Balance on 1/1 | 738,168.45 |
| Deposits/Additions | 8,048.37 |
| Withdrawals/Subtractions | - 700,060.00 |
| **Balance on 1/31** | **$46,156.82** |

Account number: 3401350966
**WILLIAM R MAYNARD**
**POD JULIE MAYNARD**

*Wells Fargo Bank, N.A. (Member FDIC)*
*CALIFORNIA account terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Interest you've earned

| | |
|---|---:|
| Interest earned this month | $48.37 |
| Average collected balance this month | $284,712.32 |
| Annual percentage yield earned | 0.20% |
| Interest paid this year | $48.37 |
| Total interest paid in 2013 | $195.84 |

### Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---:|---:|---:|
| | Beginning balance on 1/1 | | | 738,168.45 |
| 1/10 | Wire Trans Svc Charge - Sequence: 140110146454 Srf# 0000456010181504 Trn#140110146454 Rfb# | | 30.00 | |
| 1/10 | WT Fed#01660 Keybank National A /Ftr/Bnf=Barton Law Firm L.P.A. Attorney E Srf# 0000456010181504 Trn#140110146454 Rfb# | | 500,000.00 | 238,138.45 |
| 1/13 | Deposit Made In A Branch/Store | 8,000.00 | | 246,138.45 |
| 1/16 | Wire Trans Svc Charge - Sequence: 140116115745 Srf# 0000456016181664 Trn#140116115745 Rfb# | | 30.00 | |
| 1/16 | WT Fed#07994 Keybank National A /Ftr/Bnf=Barton Law Firm L.P.A. Attorney Srf# 0000456016181664 Trn#140116115745 Rfb# | | 200,000.00 | 46,108.45 |
| 1/31 | Interest Payment | 48.37 | | 46,156.82 |
| | Ending balance on 1/31 | | | 46,156.82 |
| **Totals** | | **$8,048.37** | **$700,060.00** | |

138580