# Wire Transfer Services
Outgoing Wire Transfer Request


**WELLS FARGO**

| | | |
|---|---|---|
| Today's Date: 01/16/2014 | Created After Deadline: No | Wells Fargo Reference Number: FW0000456016181664 |
| Banker Name: ARMANDO SAMIA JR | | Officer/Portfolio Number: CM052 |
| Banker Phone: 949/766-4640 | Store Number: 04144 | Banker AU: 0000456 | Banker MAC: E2279-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC") and the International Bank Account Number ("IBAN").

## Originator's Information

| | | |
|---|---|---|
| Customer Name: WILLIAM R MAYNARD | | Street Address: 90 PANORAMA |
| Primary ID Type: PINV | Primary ID Description: PIN Validation | Address Line 2: |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: |
| Secondary ID Type: DLIC | Secondary ID Description: N9778303 | City: COTO DE CAZA | State: CA |
| Secondary ID State/Country: CA | Secondary ID Issue Date: 07/20/2010 | Secondary ID Expiration Date: 07/12/2015 | ZIP/Postal Code: 92679-5362 | Country: US |
| | | Home Phone: 949/589-8362 | Business Phone: |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0000456 | $200,000.00 | 3401350966 | 00114 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| | |
|---|---|
| Beneficiary/Recipient Name: Barton Law Firm L.P.A. Attorney | Name/Address Line 1: |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): 353301007202 | Name/Address Line 2: |
| Information/Comments: Full name on beneficiary - Barton Law Firm L.P.A. Attorney Excrow Account-IOLTA | Name/Address Line 3: |
| | Beneficiary Phone Number: |

## Beneficiary Bank (This is the financial institution where the beneficiary maintains their account.)

| ABA/RTN | SWIFT/BIC: | Beneficiary Bank Name: | | |
|---|---|---|---|---|
| 041001039 | | KEYBANK NATIONAL ASSOCIATION | | |
| Beneficiary Bank Address: | | City: CLEVELAND | State: OH | |



Page 1 of 4

WTR6603 (11-13 SVP)