Workspace Webmail :: Print                                              Page 1 of 1

Print | Close Window

**Subject:** Re: Update
**From:** Richard Eaton <reatonfc@gmail.com>
**Date:** Wed, Jan 29, 2014 9:50 am
**To:** "<jeff@crosscapp.com>" <jeff@crosscapp.com>

> Awesome!
>
> Sent from my iPhone
>
> On Jan 29, 2014, at 9:33 AM, <jeff@crosscapp.com> wrote:
>
>> Richard - Please relay this to the rest of your team. Wire to the various sub-accounts on the Plan A program are expected to be initiated today. 3 other transactions have been confirmed to have received their payouts. My Client expects to receive his later today or first thing tomorrow. Pending confirmation and approval to deploy from Bill following those steps, we would expect to deploy the $700k Thu/Fri and be up and running.
>>
>> Jeff Crossland
>> Principal
>> Crossland Capital Partners LLC
>> 1223 Wilshire Blvd. #1012
>> Santa Monica, CA 90403
>> (310) 477-5100 W
>> (310) 804-6662 C
>> email: jeff@crosscapp.com

Copyright © 2003-2016. All rights reserved.