**To: Jeff Crossland**

Jan 31, 2014, 1:01 PM

> Sabrina - we are scheduling a call with you, Bill, myself and principal of BBRC Midwest for 1:30pm today to discuss program. Call in #712-432-0075 pin#271339

Feb 26, 2014, 4:26 PM

> Can you please communicate with me directly re confirmation please

**To: Jeff Crossland**

> So if Monday then we are already a full day over. What is bothering me is originators continuing refusal to provide simple coordinates as apparently we still don't have them.

> It is not a Fed Funds wire like you may be used to. It is an international SWIFT with SWIFT messaging. Need to see the SWIFTed doc with the codes.