Workspace Webmail :: Print                                                        Page 1 of 1

Print | Close Window

**Subject:** Re: Update
**From:** Reaton <richard@gs-energyllc.com>
**Date:** Mon, Feb 24, 2014 10:17 am
**To:** "<jeff@crosscapp.com>" <jeff@crosscapp.com>
**Cc:** Sabrina Green <sgreen@sglawcorp.com>

Jeff

Thanks for update! Sabrina is sending trustee wire information. I look forward to receiving wire confirmation details when you get them.

As always- many thanks for being 100% on top of this!

Richard


Richard Eaton
CEO
Golden Sun Energy Company LLC.
4900 California Avenue
Tower B, 2nd Floor
Bakersfield, CA 93309
Cell: 678-595-7414
Office: 661-377-2481
Skype: 1-661-636-6364

UNAUTHORIZED INTERCEPTION OF THIS MESSAGE IS PROHIBITED BY FEDERAL LAW PURSUANT TO 18 U.S.C. 2511 (2000).

CONFIDENTIALITY NOTICE: This message and any files transmitted with it are CONFIDENTIAL and intended solely for the use of the individual or entity to whom they are addressed. The information herein may also be protected by the attorney-client privilege, work product immunity, or other legal rules. If you have received this e-mail by mistake, please immediately notify us by e-mail reply and delete it from your system; you may not copy or forward this message or disclose its contents to anyone.

On Mon, Feb 24, 2014 at 1:09 PM, <jeff@crosscapp.com> wrote:
> Please see the context of the e-mail I just got in. Remember the original wire coordinates provided to capital source were slightly off, causing wire to be rejected on Friday.
>
> "*I will have wire confirm in a few hours wire went this morning will arrive Tuesday in Jerys account. Didn't know it was rejected until banks in UK were closed Friday.*
>
> I light of funds expected to hit tomorrow, Custodian (Jery Barton) will probably need to keep the funds overnight before re-wiring out to Trustee on Wednesday. It probably makes sense for you to provide me the destination wire coordinates for the Trustee.
>
> Jeff Crossland
> Principal
> Crossland Capital Partners LLC
> 1223 Wilshire Blvd. #1012
> Santa Monica, CA 90403
> (310) 477-5100 W
> (310) 804-6662 C
> email: jeff@crosscapp.com

Copyright © 2003-2016. All rights reserved.