Workspace Webmail :: Print                                                                 Page 1 of 1

**Print** | **Close Window**

**Subject:** Re: Letters
**From:** Sabrina Green <sgreen@sglawcorp.com>
**Date:** Fri, Feb 28, 2014 9:17 am
**To:** "jeff@crosscapp.com" <jeff@crosscapp.com>

Of course not. Thank you.

**PLEASE NOTE OUR OFFICES HAVE MOVED AND THE NEW ADDRESS BELOW**

*Sabrina L. Green, Esq.*
*Stratton & Green, ALC*
*591 Camino de la Reina*
*Suite 530*
*San Diego, CA 92108*
*Phone: 619-718-4820*
*Facsimile: 619-718-4825*
*Email: sgreen@sglawcorp.com*

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY FOR WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OF COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IS ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY. THANK YOU.

**From:** "jeff@crosscapp.com" <jeff@crosscapp.com>
**To:** Sabrina Green <sgreen@sglawcorp.com>
**Sent:** Friday, February 28, 2014 9:15 AM
**Subject:** Letters

Sabrina - Attached is the letter from me and the letter from Program Coordinator. Please do not reach out and try to contact the Program Coordinator at this time. We don't want to confuse him as he working in real time trying to get this done.

Jeff Crossland
Principal
Crossland Capital Partners LLC
1223 Wilshire Blvd. #1012
Santa Monica, CA 90403
(310) 477-5100 W
(310) 804-6662 C
email: jeff@crosscapp.com

Copyright © 2003-2016. All rights reserved.

# EFFE GROUP OF COMPANIES, LLC
## AND ASSOCIATED COMPANIES
7317 LITTLE ROAD, NEW PORT RICHEY, FL 34654
TELEPHONE: 863-229-2238 Email: legalassetteam@gmail.com

DATE: February 25, 2014

Mr. Paul Van Gamper:
Pvangamper1@Gmail.com

Re: Investment Returns

In keeping with the undertaking arising from the Investment involving SWIFT MT 799, the appropriate fees and benefits accruing to various parties that include you are now being disbursed. You have asked that portion of those proceeds being sent to an Attorneys Account for the benefit of Mr. Jeff Crosland. You will have the transmission copies as soon as the Paymaster transmits payments to all the beneficiaries.

Sincerely

Signed this February 25, 2014

DIRECTOR : MR. EARL WESCOM

CC   ACCOUNTS

Initial Buyer:            Page 1 of 1           Initial Seller:

## JC FUNDING GROUP, LLC
### 1223 WILSHIRE BLVD., #1012, SANTA MONICA, CA 90403

Ms. Sabrina L. Green, Esq.  
Stratton & Green, ALC  
591 Camino de la Reina  
Suite 530  
San Diego, CA 92108

February 28, 2014

RE: Wire Receipt of Funds in Connection with Land Purchase

Dear Sabrina,

As you know, our company JC Funding Group, LLC, has contracted to make a Loan to Panorama Energy Holdings, Inc. ("Panorama") to allow Panorama to purchase certain Land located in and around Bakersfield, California. We source capital to support our loan commitments from offshore and have been attempting to wire the funds necessary to allow Panorama to close throughout this week. The attached letter attests to the transaction funds support. The funds are emanating from London and two wire attempts have been made through the international SWIFT system of bank-to-bank delivery.

Relatively new compliance requirements imposed by the U.S. Government on inbound wires caused the most recent wire to be interrupted and sent back to the London banking source. The compliance issue was rectified and a new wire in the amount of $5.1 million has been loaded and set to send from Barclay's Bank in London this Friday February 28, 2014. We have been awaiting the "Send Receipt" confirmation from Barclay's that such wire SWIFT has been sent but as of this writing their business day had not closed.

We fully expect to see such confirmation and that the funds will transmit imminently to our KeyBank N.A. account in the United States. The Custodian will then immediately initiate an outbound wire to the title company associated with this transaction.

I am awaiting confirmation from the bank that the wire was initiated.

Should you have any questions in connection with the above, feel free to contact me.

Sincerely,

Jeff N. Crossland, Managing Member  
JC Funding Group, LLC

## JC FUNDING GROUP, LLC
*1223 WILSHIRE BLVD., #1012, SANTA MONICA, CA 90403*

Ms. Sabrina L. Green, Esq.　　　　　　　　　　　　　　　　　　　February 28, 2014
Stratton & Green, ALC
591 Camino de la Reina
Suite 530
San Diego, CA 92108

RE: Wire Receipt of Funds in Connection with Land Purchase

Dear Sabrina,

As you know, our company JC Funding Group, LLC, has contracted to make a Loan to Panorama Energy Holdings, Inc. ("Panorama") to allow Panorama to purchase certain Land located in and around Bakersfield, California. We source capital to support our loan commitments from offshore and have been attempting to wire the funds necessary to allow Panorama to close throughout this week. The attached letter attests to the transaction funds support. The funds are emanating from London and two wire attempts have been made through the international SWIFT system of bank-to-bank delivery.

Relatively new compliance requirements imposed by the U.S. Government on inbound wires caused the most recent wire to be interrupted and sent back to the London banking source. The compliance issue was rectified and a new wire in the amount of $5.1 million has been loaded and set to send from Barclay's Bank in London this Friday February 28, 2014. We have been awaiting the "Send Receipt" confirmation from Barclay's that such wire SWIFT has been sent but as of this writing their business day had not closed.

We fully expect to see such confirmation and that the funds will transmit imminently to our KeyBank N.A. account in the United States. The Custodian will then immediately initiate an outbound wire to the title company associated with this transaction.

I am awaiting confirmation from the bank that the wire was initiated.

Should you have any questions in connection with the above, feel free to contact me.

Sincerely,


_____
Jeff N. Crossland, Managing Member
JC Funding Group, LLC