---

**From:** Sabrina Green <sgreen@sglawcorp.com>
**Sent:** Thursday, March 27, 2014 3:06 PM
**To:** Jery Barton
**Cc:** Jeff Crossland; Reaton; Bill Maynard; Dietmar Greil
**Subject:** Re: Your email inquiry

Thank you Mr. Barton:

Although no answers were provided, I do appreciate the response and your position. We will follow up with Mr. Crossland directly again as we have been attempting to do since this past Friday. We too merely desire a successful outcome for our company in its dealings that were managed using Barton Law Firm's services.

Sincerely,
Sabrina Green

**PLEASE NOTE OUR OFFICES HAVE MOVED AND THE NEW ADDRESS BELOW**

*Sabrina L. Green, Esq.*
*Stratton & Green, ALC*
*591 Camino de la Reina*
*Suite 530*
*San Diego, CA 92108*
*Phone: 619-718-4820*
*Facsimile: 619-718-4825*
*Email: sgreen@sglawcorp.com*

This email communication contains CONFIDENTIAL INFORMATION WHICH ALSO IS LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. This message is a communication made in confidence to or by an attorney or to or by a client for the purpose of seeking or obtaining legal advice, and is legally privileged under Evid C §§950-962; see, e.g., Upjohn Co. v U.S. (1981) 449 US 383, 66 L Ed 2d 584, 101 S Ct 677; D.I. Chadbourne, Inc. v Superior Court (1964) 60 C2d 723, 36 CR 468. See also Martin v WCAB (1997) 59 CA4th 333, 69 CR2d 138. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

IRS CIRCULAR 230 DISCLOSURE

To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Jery Barton <jery@bartonlawfirmlpa.com>
**To:** Sabrina Green <sgreen@sglawcorp.com>
**Cc:** Jeff Crossland <jeff@crosscapp.com>
**Sent:** Thursday, March 27, 2014 2:28 PM
**Subject:** Your email inquiry

Dear Ms. Green:

This email responds to your email below. Several items:

1.
I am an escrow agent only, my credentials for which include 40+ years of membership in the Ohio Bar, without a blemish on my record that I know of.

2.

Accordingly, I am not involved in, nor privy to, the business transactions that I receive and disburse funds for, except that I assure myself to the extent possible, that such transactions are lawful. I do this by conducting background checks and collecting Patriot Act compliance information where appropriate.

3.
I transfer funds only pursuant to written instructions from parties with whom I have contracted to provide services, and, in some cases, pursuant to written instructions of parties who have been given written authorization to direct funds.

4.
In the instant matter, Jeff Crossland has had authority to direct the transfers you refer to.

5.
I do not interact with participants in transactions that are the subject of escrow arrangements; this would be outside the scope of my services. It would also be extremely time consuming.

I'm sure that you will be able to resolve your questions. I sincerely desire a successful outcome for your company in its dealings that were managed using Barton Law Firm's services.

Barton Law Firm LPA
by Jery Barton


On Mar 26, 2014, at 3:30 PM, Sabrina Green <sgreen@sglawcorp.com> wrote:

Dear Mr. Barton:

Although we have spoken briefly before, I am internal counsel for Panorama Energy Holding, Inc., and direct counsel for William Maynard. As you are aware pursuant to the lending program Panorama entered into with Jeff Crossland and JC Funding- 13, LLC, Mr. Maynard on behalf of Panorama, sent two wires totaling $700,000 directly to your Barton Law Firm Escrow Account. The first wire for $500,000 was sent on January 10, 2014. In an abundance of caution in order to receive the necessary $5.1 million Panorama was seeking prior to February 28, 2014, Jeff Crossland stated the capital would be raised almost definitely by our short deadline if we were to put more funds into the program at the inception. Based on his advice, the second wire in the amount of $200,000 was sent again to your law firm's escrow account on $200,000 on January 16, 2014. I have attached the wire confirmations for your convenience and review.

As of Friday of last week, we learned from Mr. Crossland that the $200,000 has apparently not been placed into the same program as the $500,000. We had never been informed of this fact prior to March 21, 2014, more than four weeks after we have been repeatedly informed the entire of the $5.1 million would be in your escrow account for our use and that the other $2 million

3

would follow shortly behind. Mr. Crossland has indicated that the funds have been deployed to another account. At this time, Panorama is formally requesting to know specifically to what account you deployed the $200K in funds. Likewise, as the funds were to be deployed in the same program as the $500,000, Panorama would like to know if the $2 million the $200K was to raise, has thus been raised. We are assuming so, since the $5.1 apparently has been fully raised and more than 4 separate wire attempts have been made over the past five (5) weeks to get those raised funds to Panorama's escrow agent, you. We are also making this assumption based on the fact that the $200,000 was deposited less than a week later than the initial $500K and we are five weeks past the point where full funds were raised in that program.

Finally, we would just like confirmation that the $500K was deployed into the program per the contract we signed with JC Funding-13, LLC and the date when it was actually deployed into that program.

Thank you for your prompt clarification and information on these two issues. It is greatly appreciated.

Regards,

Sabrina Green

**PLEASE NOTE OUR OFFICES HAVE MOVED AND THE NEW ADDRESS BELOW**
*Sabrina L. Green, Esq.*
*Stratton & Green, ALC*
*591 Camino de la Reina*
*Suite 530*
*San Diego, CA 92108*
*Phone: 619-718-4820*
*Facsimile: 619-718-4825*
*Email: sgreen@sglawcorp.com*

This email communication contains CONFIDENTIAL INFORMATION WHICH ALSO IS LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. This message is a communication made in confidence to or by an attorney or to or by a client for the purpose of seeking or obtaining legal advice, and is legally privileged under Evid C §§950-962; see, e.g., Upjohn Co. v U.S. (1981) 449 US 383, 66 L Ed 2d 584, 101 S Ct 677; D.I. Chadbourne, Inc. v Superior Court (1964) 60 C2d 723, 36 CR 468. See also Martin v WCAB (1997) 59 CA4th 333, 69 CR2d 138. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

IRS CIRCULAR 230 DISCLOSURE

To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

<Wire Confirmations.pdf>