From: **Michael Moyal** <mikemoyal@gmail.com>
Date: Sun, May 11, 2014 at 7:44 PM
Subject: criminal law suit against Jeff and Paul
To: Sabrina Green <sgreen@sglawcorp.com>, Bill Maynard <bmaynard712@hotmail.com>, Richard Eaton/CEO Golden Sun Energy <richard@gs-energyllc.com>
Cc: "Alan B. Sarko" <alan@markosarko.com>

בס"ד

Sabrina Green

Please acquire statements from Richard/Bill, Alan, Mike and yourself and anyother contracts, exhibits, documents, etc to substantiate the following criminal law suit against Jeff and Paul acting as brokering license.  $500,000 on or about January 10, 2014 and $200,000 on or about January 16, 2014 were contractually put into Jeff and Paul's escrow account with their intention to grow the funds to $5. 1 million in 30 days.  [contact Sabrina and/or Richard for contract and escrow documents] $200,000 was requested by Jeff to insure the $5.1 million growth would be guaranteed, plus the $200,000 growing to 2 million dollars per Jeff [see Sabrina and/or Richard for second set of documents].

1

We contend that Jeff conspired with Paul to convert the funds, taking them out of escrow for their own benefit, without permission from any principals. To date we have a breach of contract and criminal conversion of funds. Paul and Jeff have ignored communications requesting explanation of their actions, necessitating this request for an immediate filing. I believe with statements from the parties noted above, we should be able to seek successful relief thru the legal system, punishment and license removal from the guilty parties.

Call me if you have any questions. Thank you for your prompt assistance concerning this matter.

Most sincerely,


MICHAEL MOYAL



B'H "
Thank You
Mike moyal
407-967-5500 cell
skype: mikemoyal
mikemoyal@toval.net
Toval International Trading N.V.
Make it a great day!
לחשוב חיובי, לעשות את זה נכון בפעם הראשונה

DISCLAIMER: Sender is not a United States Securities Dealer, Broker or US Investment Adviser. This electronic transmission and or attached documents are not to be considered a solicitation for any purpose in any form or content, nor an offer to sell and/or buy securities. Merely describing the details of an existing private placement program does not constitute an offer or solicitation of any kind and, if presented, is done so as a request for information. This transmission may contain privileged and/or confidential information and is intended solely for the use of the addressee. Upon receipt of these documents, you as the recipient, acknowledge this disclaimer and warnings herein. By reading beyond this point, you agree, acknowledge and accept that this is a privileged, proprietary and confidential communication and you agree to keep it private. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C. §§ 1367, 2510-2521, 2701-2710, 3121-3126. Also, see: http://www.ftc.gov/privacy/glbact/glbsub1.htm -Gramm-Leach-Biley Act 15 USC, Subchapter I, Sec. 6801-6809