

**KeyBank**

(OH-01-49-3001)
4900 Tiedeman Rd.
Brooklyn, OH 44144

December 5, 2016

Marc Lazo
Attorney At Law
1900 Main Street Suite 600
Suite 600
Irvine, CA  92614

Re:   Subpoena
        In the Name Of: JC Funding Group LLC
                Case No:   SC 123088

Dear Attorney Lazo:

In response to the above-referenced request received by KeyBank National Association, enclosed are bank records requested. These records are maintained in the normal course of business at Key Bank National Association.

If you have any questions concerning this matter, please call me at the number listed below.

Sincerely,

*Jennifer Kowicki*

Jennifer Kowicki
Custodian of Records
Subpoena Processing
216-813-8408

Enclosures

Attachment
Affidavit



**KeyBank**

(OH-01-49-3001)
4900 Tiedeman Rd.
Brooklyn, OH 44144

## Enclosure Attachment

**Records of:**   *Barton Law Firm LPA*

| # of Pages<br>(refers to those<br>determined by weight) | Description of Records |
|---|---|
| 36<br>12<br>25 | Records for account [redacted] from 1/2014 – 12/214:<br>Statements<br>Copies of withdrawals<br>Wire transactions.<br>(Barton Law Firm LPA Attorney Escrow Account) |
| 1 | Account profile in lieu of the signature card for account [redacted]202 (Barton Law Firm LPA Attorney Escrow Account IOLTA) |
| 3 | Wire transfer service payment authorization form and wire agreement for account [redacted]7202. |
|  |  |
|  |  |
|  |  |
|  |  |
| 77 | Total Pages |

**AFFIDAVIT**

STATE OF OHIO                    )
COUNTY OF CUYAHOGA               ) SS:        JC Funding Group

Now comes Jennifer Kowicki, being first duly sworn, deposes and says the following:

1. I am Custodian of Records for **KeyBank National Association**, and I have knowledge of the matters herein referred to.

2. Attached hereto, and made a part of hereof, are true and correct copies of the original documents of **KeyBank National Association**. These records are maintained in the normal course of business at **KeyBank National Association**.

Affiant further sayeth naught.

_Jennifer Kowicki_

Sworn to before me and subscribed in my presence, this 5th day of December, 2016.

_Christine Allen_
Notary Public

CHRISTINE ALLEN
Notary Public, State of Ohio
My Commission Expires
August 8, 2018

NOTARIAL SEAL
STATE OF OHIO

Fax: (949) 234-6254

SUBP-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Wilson Keadjian Browndorf LLP
Marc Y. Lazo SBN:215998, Charles K. Stec SBN: 310514
1900 Main Street, Suite 600 Irvine, CA 92614
TELEPHONE NO.: (888) 690-5557        FAX NO.: (949) 234-6254
E-MAIL ADDRESS: mlazo@wkbllp.com
ATTORNEY FOR *(Name):* Plaintiff

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS: 1725 Main Street
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Monica, CA
BRANCH NAME: West Division - Santa Monica Courthouse

PLAINTIFF/PETITIONER: Golden Sun Energy Co., LLC et al.

DEFENDANT/RESPONDENT: JC Funding Group, LLC et al.

CASE NUMBER:
SC123088

DEPOSITION SUBPOENA
FOR PRODUCTION OF BUSINESS RECORDS

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*
Custodian of Records for: Keybank National Association 127 Public Square Cleveland, OH 44114

1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:
To *(name of deposition officer):* Advanced Discovery        At *(time):* 1:00 p.m.
On *(date):* December 5, 2016
Location *(address):* 16811 Hale Ave. Suite C Irvine CA 92606  (949) 222-0050

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. ☑ by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. ☐ by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. ☐ by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows (if electronically stored information is demanded, the form or forms in which each type of information is to be produced may be specified):
   SEE ATTACHMENT "3" FOR RECORDS REQUESTED

   ☑ Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date Issued: November 4, 2016

Marc Y. Lazo
(TYPE OR PRINT NAME)

*(SIGNATURE OF PERSON ISSUING SUBPOENA)*

Attorney for Plaintiff
(TITLE)

*(Proof of service on reverse)*                                    Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-010 [Rev. January 1, 2012]

DEPOSITION SUBPOENA FOR PRODUCTION
OF BUSINESS RECORDS

Code of Civil Procedure, §§ 2020.410-2020.440;
Government Code, § 68097.1
www.courts.ca.gov

Fax: (949) 234-6264          To: 21036765885@rcfax.com Fax: +121630765885

## ATTACHMENT 3 TO SUBPOENA

### Keybank National Association

Please produce all documents for all accounts bearing the account number(s) ██████7202 for the period beginning on January 1, 2014 and ending on December 31, 2014, including but not limited to:

1.  All documents pertaining to wire transfers received or sent by account number ███████7202.

2.  All bank statements for account number ███████7202.

3.  All deposit slips for account number ███████7202.

4.  All account opening documents for account number ██████7202.

5.  All account closing documents for account number ██████7202.

6.  All cash withdrawals for account number ██████7202.

```
HCIT                    ACPR 0 CIS ACCOUNT/PRODUCT PROFILE        16/12/02 14.51.29
ACPR         CO    101 OP                    MS 64000 ACTION SUCCESSFUL
ACTION: INQ      (INQ NXT NXTCUS NXTACR NXTRMK ACDT ACDE)
COID   101 PRD DDA ACCT     #03-533-0-1007202-01 SSN/TID ▓▓▓▓612   CD 0 LINE 0
T BARTON LAW FIRM LPA                            BALANCE
T ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA           SUB-PRD 18 ST 08   CURR
A 1701 WOODLANDS DR STE 300                      COST CTR  5733035 BRN      330
C MAUMEE OH 43537-4056                           OPENED    1070305
                                                 CLOSED    1150707
                                                 LST MNT   1151101 EMP?       N
                                                                   SENS       0
                                        CNTRY                      LANG
                                                                   NEXT:      1
ACTN: CUPR CUID CUMN AEPR  R E L A T E D   C U S T O M E R S
SEQ- COID- CUSTOMER-------------------------- TIE- REL------ APSP OWNER  %
0001   101 *BARTON LAW FIRM LPA                  1 INTEREST  NNN  100.0000
0002   101 JERY E BARTON                         1 SIGNER    NNN  100.0000
```

(Page 3 of 10)

| For Bank Use Only |
| --- |
| TIN # (required): |
| Account # (optional): |
| Document Type: Treasury Services Agreement |
| Aux Doc Type: Wire Agreement |
| Contact Name: |
| Phone: |
| Agreement Modified ☐ Yes or ☐ No |

## WIRE TRANSFER SERVICE
## PAYMENT AUTHORIZATION FORM

Barton Law Firm LPA
Attorney Escrow Acct. Iolta/Iota
Client Name

1701 Woodlands Dr Ste. 300
Client Address

Maumee Ohio 43537
City, State, Zip

KeyBank National Association Airport Hwy 339

Bank Name                 Branch/Dept.

Holland, Ohio 43528
Bank (City, State, Zip)

Lori Moffitt
Bank Contact Name

5677034001
Bank Contact Phone Number

| Type of Service |
| --- |

x   New Service

☐   Revision to Current Service

   ☐ This supersedes all previous Payment Authorization Forms

   Or

☐ This modifies the existing Payment Authorization Form dated _____ mm/dd/yy

   This modification adds ☐ Authorized Representatives and/or ☐ Accounts

   This modification deletes ☐ Authorized Representatives and/or ☐ Accounts

   ☐ Other modification; please specify
☐ Cancel All Wire Services for

   ☐ Phone      ☐ KTT      ☐ Batch Wire Transmission

*Agreement already on File*

*Reissue Pw*

*# 48989*

| Method of Delivery |
| --- |

Please select all that apply:

☐   KTT -- Key Total Treasury via the Internet

☐   Phone Initiation (required for back-up Initiation for all KTT Authorized Representatives)

☐   Batch Wire Transmission

## RECEIVED

FEB 1 4 2014

KEY WIRE TRANSFER

Please contact your Cash Management Sales Officer or your nearest KeyCenter if you require assistance completing this form.

---

## Telephone Initiation

### Callback Security Procedures for Telephone Initiations (Secondary Authorization)

The Client chooses the security procedure on the listed accounts below, as indicated by an "X" on one of the five options below, to be followed in connection with wire transfers and in accordance with the terms of the current Wire Transfer Schedule and Master Agreement/Cash Management Services.

- **Callback Procedure** – This procedure includes a callback feature as a form of Secondary Authorization, whereby the Bank calls the telephone number provided below and the additional Authorized Representative listed is asked to verify all non-repeat wires. (Repeat wires do not require a callback)
- **Callback Procedure with PIN** (Personal Identification Number) – Requires that the Authorized Representative answering the callback be required to provide a PIN. The Authorized Representative receiving the callback cannot be the same person that initiated the wire.
- **Callback Procedure with Dollar Limit** –The callback procedure, as a form of Secondary Authorization, will be exercised ONLY for wires initiated at or over the dollar amount specified.
- **Callback with Dollar Limit and PIN** – The callback procedure will be exercised for wires over the dollar amount specified AND the Authorized Representative answering the callback will be required to provide a PIN. The Authorized Representative receiving the callback cannot be the same person that initiated the wire.
- **Waive Callback Procedure** – Callback security feature is not required.

Please Note: Secondary Authorization Callback procedures are based at the account level.

### Initiation and Secondary Authorization Designations

| Secondary Authorization<br>Account Number | Callback | Callback with PIN | Callback w/Dollar Limit | Callback w/ $ Limit & PIN | Waive Callback | Callback Dollar Limit for Non-Repeat wires (if applicable) | Callback Dollar Limit for Repeat wires (if applicable) |
|---|---|---|---|---|---|---|---|
| 1. ▓▓▓▓7202 | ☐ | ☐ | ☐ | ☐ | xx | $ | $ |

| Authorized Representatives for the account listed above<br>Name: | Phone Number: | Initiate<br>Yes | No | Approve*<br>Yes | No | Initiation Dollar Limit | Approval Dollar Limit |
|---|---|---|---|---|---|---|---|
| 1. Jery Barton 48-989 | 419 306 0100 | Xx | ☐ | ☐ | ☐ | $ unlimited | $ |
| 2. | #: | ☐ | ☐ | ☐ | ☐ | $ | $ |
| 3. | #: | ☐ | ☐ | ☐ | ☐ | $ | $ |
| 4. | #: | ☐ | ☐ | ☐ | ☐ | $ | $ |
| 5. | #: | ☐ | ☐ | ☐ | ☐ | $ | $ |

| Secondary Authorization<br>Account Number | Callback | Callback with PIN | Callback w/Dollar Limit | Callback w/ $ Limit & PIN | Waive Callback | Callback Dollar Limit for Non-Repeat wires (if applicable) | Callback Dollar Limit for Repeat wires (if applicable) |
|---|---|---|---|---|---|---|---|
| 2. | ☐ | ☐ | ☐ | ☐ | ☐ | $ | $ |

Check this box if the authorized callers and limits for account #2 are the same as the callers listed for account #1 ☐

| Authorized Representatives for the account listed above<br>Name: | Phone Number: | Initiate<br>Yes | No | Approve*<br>Yes | No | Initiation Dollar Limit | Approval Dollar Limit |
|---|---|---|---|---|---|---|---|
| 1. | #: | ☐ | ☐ | ☐ | ☐ | $ | $ |
| 2. | #: | ☐ | ☐ | ☐ | ☐ | $ | $ |
| 3. | #: | ☐ | ☐ | ☐ | ☐ | $ | $ |
| 4. | #: | ☐ | ☐ | ☐ | ☐ | $ | $ |

Wire Transfer Service Payment Authorization Form (Rev 09/01/09)
KeyCorp Confidential

Bank accepts the security procedure for Telephone or KTT initiation chosen by Client above.  By execution hereof by its duly authorized officer, Client requests Bank to act on funds transfer requests in accordance with the terms of this Payment Authorization Form and any current Repetitive Transfer Schedule executed by the Client on file with Bank, and the current Wire Transfer Schedule and Master Agreement/Cash Management Services, receipt of which is also hereby acknowledged by Client, as the same may be amended in accordance with its terms.

X _Barton Law Firm LPA / Illia_                       KeyBank National Association
Client Name                                           Bank Name

X _Jay E Barton_  2-12-14          _Jim Moffitt_   _2-12-14_
Authorized Officer          Date         Authorized Officer          Date

_Jay Barton_                                          _Lon Moffitt_
Print Name                                            Print Name

Ipa                                                   PB
Title                                                 Title

This completed Wire Transfer Payment Authorization Form and the completed Wire Transfer Schedule must be signed by BOTH an authorized officer of Client representative and an Officer of KeyBank.

For Internal Sales and Operations Use Only

For internal KB Client Users: With or without Telephone Initiation, promptly please mail both original copies to:
KeyBank Fulfillment Support
Mail Code OH-01-51-0831
4910 Tiedeman Road, Brooklyn, OH 44144

For requests for Telephone Initiation ONLY, please fax to:
KeyBank Wire Operations
Attn: Database Administration
Toll Free: 1-866-637-9287
Local: 216-370-9450

If you have any questions, please call (800) 443-9177 (216) 813-0000 (Option 5)

RECEIVED

FEB 1 4 2014

KEY WIRE TRANSFER

Wire Transfer Service Payment Authorization Form (Rev 09/01/09)
KeyCorp Confidential

**WIRE TRANSFER**
**Service Schedule**

```
For Bank Use Only
TIN # (required)
Account # (optional)
Document Type: Treasury Services Agreement
Aux Doc Type: Wire Agreement
Contact Name:
Phone:
Agreement Modified ☐ Yes or ☐ No
```

**CLIENT NAME:**       **("Client")**

**THIS SCHEDULE.** Client has decided to use the Service described below and KeyBank National Association ("Bank") agrees to provide the Service as stated herein. Client and Bank agree that the Service shall be performed in accordance with this Schedule and Client's selections, designations, authorizations and/or other instructions, and subject to the Master Agreement between Client and Bank for cash management services, a copy of which has been received and signed by Client (said agreement, together with this Schedule and all other addenda, exhibits and schedules attached thereto, collectively called the "Master Agreement". This Schedule is hereby made a part of the Master Agreement. All capitalized terms in this Schedule shall, unless otherwise defined herein, have the same meaning as ascribed to them in the Master Agreement.

**1. Service.** Bank provides Client with access to a Wire Transfer Service which enables Client to transfer available funds from its account at Bank as stated herein. Client agrees to be legally bound by the following terms and conditions each time that Client uses this Wire Transfer Service.

**2. Authorizations.**
(A) The authority of any agent of Client may be established under applicable principles of agency law or by resolution of the Client. Without limiting the generality of the foregoing, Client hereby authorizes each of the persons listed on the Payment Authorization Form (each herein called an "Authorized Representative"), and any person who may be added to the Payment Authorization Form by amendment thereof, to issue or authorize to be issued requests, instructions, and payment orders, including any cancellation or amendment thereof, in the name and on behalf of the Client, given by any means or modality, including without limitation by oral, written, terminal, personal computer, telephone, telegraph, telex, facsimile or electronic communication or signal, for or relating to any funds transfer from or into any account or accounts of the Client. Bank may rely on the authorization set forth in the prior sentence with respect to any Authorized Representative until the Wire Communications Department of Bank has received a proposed amended Payment Authorization Form deleting such person as an Authorized Representative, and Bank has had a reasonable opportunity to act upon any such amendment. Any amendment to the Payment Authorization Form may be signed by any other person whose authority to do so has been established to Bank's satisfaction.

(B) Client requests Bank to transfer funds from Client account(s) whether such accounts are at Bank or another financial institution, and to any account of a third party specified by Client, whether such third party account(s) is at Bank or another financial institution.

(C) Client requests Bank to effect funds transfers based upon pre-determined repetitive transfer instructions described in any Repetitive Transfer Schedule executed in the name of the Client currently on file with Bank ("Repetitive Transfers"). Such instructions cover pre-authorized transfers of a repetitive nature (those in which transfer debit and credit parties remain the same; date and dollar amount may be variable).

(D) The Client warrants and represents that Client's performance of this Schedule has been duly authorized and is a binding obligation of the Client.

**3. Security Procedures.**
(A) When a payment order issued in the name of a Client is transmitted directly to the Wire Communications Department of Bank, its authenticity will be verified pursuant to the security procedure chosen by the Client from among the alternative security procedures set forth in the Payment Authorization Form. Where Repetitive Transfers are requested, such initial request and any proposed modification to the Repetitive Transfer Schedule will be verified in accordance with the security procedure set forth in the Payment Authorization Form, but each successive transaction need not otherwise be independently verified.

(B) Client agrees that the security procedure chosen by Client as set forth in the Payment Authorization Form are commercially reasonable for the Client and waives any objection that they are not. The Client shall be bound by any payment order, whether or not authorized, issued in its name and accepted by Bank in compliance with such security procedures. To the extent that Client fails to follow these security procedures, Client shall be deemed to have refused such security procedures.

(C) Bank will assign a unique Personal Identification Number (PIN) for each of Client's Authorized Representatives as designated in the Payment Authorization Form. Client shall be responsible for transmitting the PIN to the appropriate Authorized Representative and for assuring that it is not made known to any person other than the Authorized Representative by whom it is intended to be used. Client shall maintain the PINs in strictest confidence and take security measures

RECEIVED

FEB 1 4 2014

KEY WIRE TRANSFER

sufficient to assure that they are not used to facilitate unauthorized transactions.

(D) If applicable, Bank will assign to each user an identification number ("User ID"), a temporary Password, and requires user to register a digital certificate which will enable Client to initiate payment orders by personal computer through the Internet. Client shall change the initial assigned Password immediately. Each user shall maintain his/her own unique User ID and Password. Client shall exercise reasonable care in determining when changes in the Password shall be made. If applicable, Client shall be responsible for terminating a user's access. Client has the option to require another authorized individual to approve or cancel a transfer request before it is released.

(E) Bank may require the use of a user authentication device for each of Client's Authorized Representatives as designated in the Payment Authorization Form. Client shall be responsible for transmitting the user authentication device to the appropriate Authorized Representative. Client shall maintain the user authentication device in strictest confidence and take security measures sufficient to assure that it is not used to facilitate unauthorized transactions.

(F) Client warrants that each transaction initiated or facilitated by the use of the User ID, Password, or any PIN is fully authorized by the Client and by any other party whose authorization is required. Bank shall not be liable for any loss, damage, or liability which may arise from the unauthorized use of the User ID, Password, or any PIN.

(G) The security procedures set forth in the Payment Authorization Form are available only if the Client's payment orders are transmitted directly to the Wire Communications Department of Bank. If the Client instead chooses to transmit such payment orders to a Bank representative outside the Wire Communications Department (such as a branch office employee or the Client's relationship manager or his or her assistant), the security procedures will be limited to possible voice recognition and the Client will be deemed to have refused the security procedures set forth in the Payment Authorization Form.

(H) Security procedures for the detection of Client errors are not provided by Bank and in no event shall Bank be liable for Client errors.

4.  **Inconsistencies Between Names and Numbers.** If an identifying or bank account number provided in a payment order issued in the name of the Client identifies a person different from the beneficiary named in the payment order, or if the words and numbers set forth in a payment order are otherwise inconsistent, the Client understands that execution or payment of the payment order might be made by Bank, another beneficiary's bank, or any other person on the basis of the identifying number, bank account number, or other number rather than on the basis of the name or words. If a payment order identifies an intermediary bank or the beneficiary's bank both by name and an identifying number and the name and number identify different persons, the Client understands that Bank, another receiving bank, or any other person might rely on the number as the proper identification of the intermediary or beneficiary's bank even if it identifies a person different from Bank identified by name. Bank may, in its discretion and without liability, choose to rely either upon a name or other words, or upon an identifying, related, accompanying, or bank account number in a payment order. Bank shall not, for any purpose, be deemed to know that an account identifying or other number in a payment order does not identify or match the person or words intended to be identified or otherwise set forth therein unless the officer or employee of Bank who receives or accepts the payment order has actual knowledge and awareness of the contents of the payment order and the fact that a discrepancy exists.

5.  **Execution, Rejection and Payment of Payment Orders.** Bank shall have the right to reject or impose conditions that must be satisfied before it will accept a payment order for any reason, including without limitation Client's violation of any term of this Schedule or the Master Agreement, Client's failure to maintain a sufficient withdrawable account balance, or the belief by Bank that the payment order may have not in fact been authorized. The payment order may also be rejected by an intermediary or beneficiary's bank other than Bank, or by operation of law. If a payment order is rejected, Bank shall endeavor to notify the Client by telephone, electronic transmission, in writing or by other means chosen by Bank. The notice shall be effective when given. Bank shall, however, have no liability to Client by reason of such rejection by another person in the funds transfer chain, or the fact that such notice was not given or was not given at an earlier time. Bank shall have no liability to Client for failing to notify Client within any specified period of time of receipt, acceptance, execution, or payment of any payment order.

6.  **Execution Date.** The Client shall not issue a payment order instructing execution or payment on a banking day later than the day the order is received by Bank unless Bank agrees to accept such order.

7.  **Cut-Off Hours.** Format requirements and cut-off hours may be established and changed by Bank from time to time. Payment orders received after such cut-off hours may be treated by Bank for all purposes as having been received on the following banking day.

8.  **Provisionality of Credits.** While an account of the Client may be credited in the amount of an incoming payment order, such crediting shall be subject to receipt of final settlement by Bank and any cancellation effected or agreed to by Bank.

9.  **Cancellation and Amendment.** Client shall have no right to amend or cancel any payment order. Bank may,

however, on its own initiative and without obligation, act upon a request to amend or cancel, but shall have no liability if such cancellation or amendment is not effected. Any such request to cancel or amend must be received by the Wire Communications Department of Bank, on or before the banking day on which the payment order is to be executed. If Bank agrees to a request from the sender or originator to cancel a payment order which has been credited to a Client's account, Bank may deduct or set off the amount of the order from or against any Client account or otherwise obtain a refund from the Client.

**10. Overdrafts.** The Client does not have the right to incur an overdraft in any of its accounts as a result of a funds transfer. The Client shall have in its account, at the time a payment order is initiated, a balance of actually and finally collected funds sufficient to cover all of its obligations including the payment order. Bank may, however, in its discretion, execute the payment order even if such execution should result in the creation of an overdraft in a Client's account. The Client shall be liable to Bank for any such overdraft. If insufficient Client funds are available to cover a payment order, including charges, Bank may, in its discretion, send the amount of funds available or send the payment net of charges, or not execute the payment order.

**11. Report of Discrepancies in Payment Orders.** Within fourteen (14) days after the date the Client receives notification from Bank, whether by advice, confirmation, statement or otherwise, or Bank makes such notification available to the Client, whether by computer link or otherwise, that a payment order in the name of the Client was accepted by Bank or the Client's account was debited or credited with respect to a payment order, or within fourteen (14) days of any earlier date upon which the Client has notice from another source of execution, payment, non-execution, or non-payment by Bank or any other party of any payment order issued in the name of or paid to the account of the Client, the Client must notify the Wire Communications Department of Bank of the relevant facts regarding any unauthorized or erroneous payment order, any discrepancy reflected in such notification or notice, and any right of a refund. Failure of Client to so notify shall relieve Bank of any liability it would otherwise have in regard to such payment order. Bank shall have no obligation to notify the Client of the receipt, execution, or payment of any payment order within any specified period of time. If Client chooses not to receive advices, statements or other notifications of debits or credits to the Client's account, or instructs Bank to hold such notifications for Client, the fourteen-day period set forth herein shall be deemed to begin to run, respectively, on the date of the debit or credit or on the date the notification is prepared by Bank.

**12. Recording.** Bank may, but shall not be obligated to, tape or otherwise record telephone conversations between Bank and Client.

**13. Third Party Transfers.** Client covenants and agrees that Client may only use Key Total Treasury ("KTT") to initiate funds transfers on its own behalf and in Client's own name. Client will not use KTT to initiate funds transfers on behalf of Client's customers or other third parties.

**14. Notices.** All notices or written communications of any type related to the Schedule or to the funds transfers hereunder shall be directed: (A) if sent by the Client, to the address for notices to Bank as set forth in the Payment Authorization Form, unless the Wire Communications Department of Bank, shall expressly specify a different address to the Client in writing; and (B) if sent by Bank, to the address of Client set forth in the Payment Authorization Form, as the same may be amended to reflect a different address.

Client:

By: _E. Brut_    Date: _2-12-14_
   Signature            Date

Title: _President_

**KEYBANK NATIONAL ASSOCIATION**

By: _____    Date: _2-12-14_
   Signature            Date

Title: _____

**Attachments:**

Payment Authorization Form (six pages)
*NOTE:* This form *must* accompany all Wire Transfer Service agreements.
     Repetitive Transfer Schedule (optional)

**RECEIVED**

FEB 1 4 2014

**KEY WIRE TRANSFER**

Txn Type:   WITHDRAWAL          Product Type: Customer Withdrawal (DB)

Bank #:        0101                      DIN:           105296088563
Branch #:      350336                    Date & Time: 04/15/2014  09:57
Branch Name: 336 – Maumee                Trans #:       72
CashBox:       013                       Batch #:       4
RACF ID:       PODDAJA                   Status:        Online
Account Title: BARTON LAW FIRM/IOTA

Message Center:

KeyBank                          SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T 5643-0101 | ACCOUNT 7202 | PC/TC | AMOUNT $9500.00 |
|---|---|---|---|---|

Txn Type:   DEPOSIT                    Product Type: DDA Commercial Deposit (CR)

Bank #:        0101                    DIN:           105296088564
Branch #:      350336                  Date & Time: 04/15/2014  09:57
Branch Name: 336 ~ Maumee             Trans #:       73
CashBox:       013                     Batch #:       4
RACF ID:       PODDAJA                 Status:        Online
Account Title: BARTON LAW FIRM LPA     Auth:          OT

Message Center:

**KeyBank**                           SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | 5194-0101 | 7194 | | $9500.00 |



**Account Withdrawal**

Account Type

**KeyBank**

Checking/Money Market    Savings    CD    IRA Money Market    IRA CD

9/25, 20 14

_J E Bee_
Customer Signature

ACCOUNT NUMBER

1202    $    2000.00

FORM NO 46-5280-T21 REV. 8/05

Txn Type:     DEPOSIT                    Product Type: DDA Commercial Deposit (CR)

nk #:          0101                      DIN:              107378032300
anch #:        350339                    Date & Time: 09/25/2014  16:54
Branch Name: 339 – Airport Highway       Trans #:          225
CashBox:       008                        Batch #:          2
RACF ID:       MAXSORH                    Status:           Online
Account Title: BARTON LAW FIRM LPA

Message Center:

**KeyBank**                              SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|-----------|-----|---------|-------|--------|
| | 5194-0101 | 7194 | | $2000.00 |

## Account Withdrawal

Account Type

**KeyBank**

X Checking/ Money Market        Savings        CD        IRA Money Market        IRA CD

FORM NO. 45-6262-121 REV 1

10-9 , 20 14                    Customer Signature

ACCOUNT NUMBER

7202        $        1500000

to 7194

Txn Type:   DEPOSIT

Product Type: DDA Commercial Deposit (CR)

nk #:           0101
anch #:         350339
Branch Name:    339 – Airport Highway
CashBox:        004
RACF ID:        SHEPHKA
Account Title:  BARTON LAW FIRM LPA

DIN:            107356007676
Date & Time:    10/09/2014  14:08
Trans #:        170
Batch #:        2
Status:         Online
Auth:           OT

Message Center:

KeyBank

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | 5194-0101 | 7194 | | $15000.00 |

## Account Withdrawal

Account Type

**KeyBank**

Checking/
Money Market          Savings          CD          IRA Money Market          IRA CD

10-21 , 20____

Tran to new)
Customer Signature

ACCOUNT NUMBER

~7202          $          494.50

Txn Type:       DEPOSIT                    Product Type: DDA Consumer Deposit (CR)

Bank #:         0101                                    DIN:            107381048510
Branch #:       350339                                 Date & Time: 10/21/2014  16:50
Branch Name:    339 -- Airport Highway                 Trans #:        166
CashBox:        009                                     Batch #:        2
RACF ID:        BIRKEHE                                 Status:         Online
Account Title:  IN PROCESS SETUP

Message Center:

**KeyBank**                              SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|-----------|-----|---------|-------|--------|
|           | 5194-0101 | ████████2328 |  | $494.50 |

Txn Type:   WITHDRAWAL                 Product Type: Customer Withdrawal (DB)

Bank #:        0101                              DIN:              107373044812
Branch #:      350339                            Date & Time: 12/12/2014  10:08
Branch Name:   339 – Airport Highway             Trans #:          40
CashBox:       003                               Batch #:          1
RACF ID:       MURPHJC                           Status:           Online
Account Title: BARTON LAW FIRM/IOTA

Message Center:

KeyBank                                    SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T<br>5643-0101 | ACCOUNT<br>▓7202 | PC/TC | AMOUNT<br>$5000.00 |
|---|---|---|---|---|

Txn Type:    DEPOSIT                    Product Type: DDA Commercial Deposit (CR)

Bank #:        0101                          DIN:              107373044813
Branch #:      350339                        Date & Time: 12/12/2014  10:09
Branch Name:  339 – Airport Highway          Trans #:          41
CashBox:       003                           Batch #:          1
RACF ID:       MURPHJC                        Status:          Online
Account Title:  BARTON LAW FIRM LPA           Auth:            OT

Message Center:

KeyBank                          SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|-----------|-----|---------|-------|--------|
|           | 5194-0101 | ▆▆▆▆▆7194 |       | $5000.00 |

Txn Type:   WITHDRAWAL          Product Type: Customer Withdrawal (DR)

nk #:          0101                      DIN:          107356013980
.anch #:       350339                    Date & Time: 12/23/2014  11:52
Branch Name: 339 – Airport Highway       Trans #:      128
CashBox:       004                       Batch #:      1
RACF ID:       SHEPHKA                    Status:       Online
Account Title: BARTON LAW FIRM/IOTA

Message Center:

KeyBank                              SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

AUXILIARY        R/T              ACCOUNT              PC/TC    AMOUNT
                 5643-0101        ███████202                   $50000.00

Txn Type: **DEPOSIT**  Product Type: DDA Commercial Deposit (CR)

Bank #: 0101  DIN: 107356013981
 anch #: 350339  Date & Time: 12/23/2014  11:53
Branch Name: 339 – Airport Highway  Trans #: 129
CashBox: 004  Batch #: 1
RACF ID: SHEPHKA  Status: Online
Account Title: M2 CONSULTANCY LLC  Auth: OT

Message Center:

**⚷ KeyBank**  SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| **AUXILIARY** | **R/T** | **ACCOUNT** | **PC/TC** | **AMOUNT** |
|---|---|---|---|---|
| | 5194-0101 | ▮▮▮▮2328 | | $50000.00 |

```
INSTITUTION O... KEY BANK GR LAKES CLEVE        FUNDS TRANSFER SF...H REPORT              SEND TO-CH-01-49-3001  P... 1
PROCESS EFF. L...S 12/02/16                                                               WTSS30 PRINTED 12/02/16  38:21
REQUESTOR: KOWICJE                          INST: 001                                              LOG ID: KOWICJE
SEARCH REQ: TYPE: A  START DATE: 01/01/14   TAX ID:                          COUNTRIES:
            FILE(S): B  END DATE: 07/01/15  APPL/ACCT: DD        ...7202      TEXT:

    EXEC DATE   ENTRY              FUNDS TRANSFER INFORMATION    (PERIOD = MISSING)

    01/08/14    99778    ORIG-   WILLIAM P MOONEY              BENE-   BARTON LAW FIRM, L.P.A
                         ADDR 1- ITF JOAN M MOONEY             ADDR 1- US
                         ADDR 2- 26451 SHUMANS WAY             ADDR 2-
                         ADDR 3- SOUTH LYON MI 48178-8615      ADDR 3-
                         ORIG BANK- BANK OF AMERICA, N.A.      BENE BANK-          KEY BANK GR LAKES CLEVE
                         AMOUNT-       4,110.000 USD           US EQUIVALENT-
                         ORIG ACCT- GL             ...4326     BENE ACCT-  DD           ...7202        TIN-
                         DEBIT ACCT-               ...5035     CREDIT ACCT-DD           ...7202
                         ORIG ID-                              BENE ID-
                         INSTRUCTIONS 1-                       TRACE ID-   2014010800...647        OPER-
                         INSTRUCTIONS 2-                       FROM CNTRY- US TO CNTRY- ..   PAYMENT DATE- 14/01/20
                         INSTRUCTIONS 3-                       INTER R/T 1- 026009593
ARCHIVE
COMPLETE

    01/09/14    98615    ORIG-   BARTON LAW FIRM LPA           BENE-   UNION BUILDING OPS
                         ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA   ADDR 1-
                         ADDR 2- 1701 WOODLANDS DR STE 300     ADDR 2-
                         ADDR 3- MAUMEE OH 43537-4056          ADDR 3-
                         ORIG BANK-      KEY BANK GR LAKES CLEVE  BENE BANK- 121000248    WELLS FARGO BANK, NA
                         AMOUNT-      40,000.000 USD           US EQUIVALENT-
                         ORIG ACCT- DD             ...7202     BENE ACCT-  GL           ...9930        TIN-
                         DEBIT ACCT- DD            ...7202     CREDIT ACCT-GL           ...5035
                         ORIG ID-                              BENE ID-
                         INSTRUCTIONS 1-                       TRACE ID-   2014010900...470       OPER-
                         INSTRUCTIONS 2-                       FROM CNTRY- ..   TO CNTRY- ..   PAYMENT DATE- 14/01/20
                         INSTRUCTIONS 3-                       INTER R/T 1-
ARCHIVE
COMPLETE

    01/10/14    99477    ORIG-   WILLIAM R MAYNARD             BENE-   BARTON LAW FIRM L.P.A. ATTORNEY E
                         ADDR 1- 90 PANORAMA                   ADDR 1-
                         ADDR 2- COTO DE CAZA        CA 92679-5362  ADDR 2-
                         ADDR 3-                                ADDR 3-
                         ORIG BANK- 121000248   WELLS FARGO BANK, NA  BENE BANK-        KEY BANK GR LAKES CLEVE
                         AMOUNT-     500,000.000 USD           US EQUIVALENT-
                         ORIG ACCT- DD            ...0966      BENE ACCT-  DD           ...7202        TIN-
                         DEBIT ACCT- GL           ...5035      CREDIT ACCT-DD           ...7202
                         ORIG ID-                              BENE ID-
                         INSTRUCTIONS 1- FULL NAME OF BENEFICIARY - BARTO  TRACE ID- 2014011001...030   OPER-
                         INSTRUCTIONS 2- N LAW FIRM L.P.A. ATTORNEY ESCROW A  FROM CNTRY- ..  TO CNTRY- ..  PAYMENT DATE- 14/01/20
                         INSTRUCTIONS 3- CCOUNT IOLTA          INTER R/T 1-
ARCHIVE
COMPLETE
```



INSTITUTION C____ KEY BANK GR LAKES CLEVE
PROCESS EFF ___ 12/02/16

REQUESTOR: KOWICJE
ARCH REQ: TYPE: A   START DATE: 01/01/14
FILE(S): B         END DATE: 07/01/15

FUNDS TRANSFER SE___CH REPORT

SEND TO-OH-01-49-3001          P____ 2
WTS830  PRINTED 12/02/16       38:21
                               LOG ID: KOWICJE

INST: 001
TAX ID:
APPL/ACCT: DD          7202

COUNTRIES:
TEXT:

FUNDS TRANSFER INFORMATION (PERIOD = MISSING)

PE  EXEC DATE  ENTRY

NE  01/16/14  99971  ORIG-   WILLIAM R MAYNARD
                     ADDR 1- 90 PANORAMA
                     ADDR 2- COTO DE CAZA        CA 92679-5362
                     CRIG BANK- 121000248        WELLS FARGO BANK, NA
                     AMOUNT-   200,000.000       USD
                     ORIG ACCT- ___0966          TIN-
                     DEBIT ACCT- GL   5035
            ARCHIVE  ORIG ID-
            COMPLETE INSTRUCTIONS 1- FULL NAME ON BENEFICIARY - BARTON L
                     INSTRUCTIONS 2- AW FIRM L.P.A. ATTORNEY ESCROW ACCO
                     INSTRUCTIONS 3- UNT-IOLTA

                            BENE-  BARTON LAW FIRM L.P.A. ATTORNEY
                            ADDR 1-
                            ADDR 2-
                            BENE BANK- 041001039   KEY BANK GR LAKES CLEVE
                         US EQUIVALENT-
                            BENE ACCT- DD   ___202   TIN-
                            CREDIT ACCT- DD   7202
                            BENE ID-
                            TRACE ID- 20140116008165
                            FROM CNTRY-  OPER-
                            TO CNTRY-  PAYMENT DATE- 14/01/20
                            INTER R/T 1-

RIG 01/21/14  96835  ORIG-   BARTON LAW FIRM LPA
                     ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA
                     ADDR 2- 1701 WOODLANDS DR STE 300
                     ADDR 3- MAUMEE OH 43537-4056
                     ORIG BANK- 041001039        KEY BANK GR LAKES CLEVE
                     AMOUNT-   50,000.000        USD
                     ORIG ACCT- DD   7202         TIN-
                     DEBIT ACCT- DD   7202
            ARCHIVE  ORIG ID-
            COMPLETE INSTRUCTIONS 1- FUND ACCOUNT
                     INSTRUCTIONS 2- RECEIPT ACCOUNT
                     INSTRUCTIONS 3-

                            BENE-  SOLEIL CAPITALE CORPORATION
                            ADDR 1-
                            ADDR 2-
                            ADDR 3-
                            BENE BANK- 026013673   TD BANK, NA
                         US EQUIVALENT-
                            BENE ACCT- ___0277     TIN-
                            CREDIT ACCT- GL   5035
                            BENE ID-
                            TRACE ID- ___03867
                            FROM CNTRY-  OPER-
                            TO CNTRY-  PAYMENT DATE- 14/01/20
                            INTER R/T 1-

ORIG 02/03/14  99009  ORIG-   BARTON LAW FIRM LPA
                     ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA
                     ADDR 2- 1701 WOODLANDS DR STE 300
                     ADDR 3- MAUMEE OH 43537-4056
                     ORIG BANK- 041001039        KEY BANK GR LAKES CLEVE
                     AMOUNT-   250,000.000       USD
                     ORIG ACCT- DD   7202         TIN-
                     DEBIT ACCT- DD   7202
            ARCHIVE  ORIG ID-
            COMPLETE INSTRUCTIONS 1- AATN PAUL VAN GAMPER 2489171231
                     INSTRUCTIONS 2- ATT: PAUL VAN GAMPER
                     INSTRUCTIONS 3- 2489171231

                            BENE-  BBRC MIDWEST LLC
                            ADDR 1-
                            ADDR 2-
                            ADDR 3-
                            BENE BANK- 072400528   FIRSTMERIT BANK, N.A.
                         US EQUIVALENT-
                            BENE ACCT- ___0051     TIN-
                            CREDIT ACCT- GL   5035
                            BENE ID-
                            TRACE ID- 20140203007954
                            FROM CNTRY-  OPER-
                            TO CNTRY-  PAYMENT DATE- 14/02/20
                            INTER R/T 1-

Page026

```
SEND TO-OH-01-49-3001                                    P         3
WTS830   PRINTED 12/02/16                                       38:21

                                                   LOG ID: KOWICJE

INSTITUTION  KEY BANK GR LAKES CLEVE                 FUNDS TRANSFER SEARCH REPORT
PROCESS EFF. DATE 12/02/16

REQUESTOR: KOWICJE        START DATE: 01/01/14      INST: 001
SEARCH REQ: TYPE: A       END DATE: 07/01/15        TAX ID:
            FILE(S): B                              APPL/ACCT: DD          7202

                                          COUNTRIES:
                                          TEXT:

TYPE   EXEC DATE  ENTRY              FUNDS TRANSFER INFORMATION  (PERIOD = MISSING)

ORIG   02/12/14   98443   ORIG-  BARTON LAW FIRM LPA        BENE-  SOLEIL CAPITALE FZC
                          ADDR 1-  ATTORNEY ESCROW ACCT/ IOLTA  ADDR 1-
                          ADDR 2-  1701 WOODLANDS DR STE 300    ADDR 2-
                          ADDR 3-  MAUMEE OH 43537-4056         ADDR 3-
                          ORIG BANK-  041001039  KEY BANK GR LAKES CLEVE  BENE BANK-  021001088      HSBC BANK USA NA
                          AMOUNT-  360,000.000  USD           US EQUIVALENT-
                          ORIG ACCT-  DD      7202    TIN-      BENE ACCT-  GL      56521  TIN-
                          DEBIT ACCT-  DD      7202             CREDIT ACCT-  GL      5035
                          ORIG ID-                              BENE ID-
                          INSTRUCTIONS 1-                       TRACE ID-  201402120002915        OPER-
                          INSTRUCTIONS 2-                       FROM CNTRY-  .  TO CNTRY-  .   PAYMENT DATE- 14/02/20
            ARCHIVE       INSTRUCTIONS 3-                       INTER R/T 1-
            COMPLETE

BENE   02/13/14   99629   ORIG-  GROMLEY LAW OFFICES PLC    BENE-  JERY E BARTON LAW FIRM LPA
                          ADDR 1-  DBA GORMLEY AND JOHNSON PLC  ADDR 1-  1701 WOODLANDS SUITE 300
                          ADDR 2-  101 E GD RIVER AVE BOX 935   ADDR 2-  MAUMEE, OH 43528
                          ADDR 3-  FOWLERVILLE, MI 48836-       ADDR 3-
                          ORIG BANK-  041200055  FIRSTMERIT BANK, N.A.  BENE BANK-  041001039   KEY BANK GR LAKES CLEVE
                          AMOUNT-  50,000.000  USD            US EQUIVALENT-
                          ORIG ACCT-  ..  1831    TIN-          BENE ACCT-  DD      7202    TIN-
                          DEBIT ACCT-  GL      5035             CREDIT ACCT-  DD      7202
                          ORIG ID-                              BENE ID-
                          INSTRUCTIONS 1-                       TRACE ID-  201402130007401       OPER-
                          INSTRUCTIONS 2-                       FROM CNTRY-  .  TO CNTRY-  .   PAYMENT DATE- 14/02/20
            ARCHIVE       INSTRUCTIONS 3-                       INTER R/T 1-
            COMPLETE

ORIG   02/13/14   98961   ORIG-  BARTON LAW FIRM LPA        BENE-  SSC NORTH AMERICA LLC
                          ADDR 1-  ATTORNEY ESCROW ACCT/ IOLTA  ADDR 1-
                          ADDR 2-  1701 WOODLANDS DR STE 300    ADDR 2-
                          ADDR 3-  MAUMEE OH 43537-4056         ADDR 3-
                          ORIG BANK-  041001039  KEY BANK GR LAKES CLEVE  BENE BANK-  026009593      BANK OF AMERICA
                          AMOUNT-  49,970.000  USD            US EQUIVALENT-
                          ORIG ACCT-  DD      7202    TIN-      BENE ACCT-  GL      60580  TIN-
                          DEBIT ACCT-  DD      7202             CREDIT ACCT-  GL      5035
                          ORIG ID-                              BENE ID-
                          INSTRUCTIONS 1-                       TRACE ID-  201402130007548       OPER-
                          INSTRUCTIONS 2-                       FROM CNTRY-  .  TO CNTRY-  .   PAYMENT DATE- 14/02/20
            ARCHIVE       INSTRUCTIONS 3-                       INTER R/T 1-
            COMPLETE
```



```
INSTITUTION OF ... KEY BANK GR LAKES CLEVE              FUNDS TRANSFER SEARCH REPORT        SEND TO-OE-01-49-3001  PP  4
PROCESS EFF. 1   J 12/02/16                                                                 WTS830 PRINTED 12/02/16  38:21
REQUESTOR: KOWICUB                          INST: 001                                                    LOG ID: KOWICUB
ARCH REQ: TYPE: A    START DATE: 01/01/14   TAX ID:
     FILE(S): B     END DATE: 07/01/15      APPL/ACCT: DD
                                                                     COUNTRIES:
                                                                     TEXT:
TYPE  EXEC DATE  ENTRY                               FUNDS TRANSFER INFORMATION  (PERIOD = MISSING)
```

```
      04/14/14   99454   ORIG-  ELIZABETH MISSIONARY BAPT CHURCH MO    BENE-  BARTON LAW FIRM LPA ATTY ESCROW
                          ADDR 1-  503 MAURICE ST                       ADDR 1-  AIRPORT HIGHWAY
                          ADDR 2-  MONROE NC 28112-5654                 ADDR 2-  HOLLAND  OH 43528
                          ORIG BANK-  062005690  REGIONS BANK           BENE BANK-  041001039  KEY BANK GR LAKES CLEVE
                          AMOUNT-  220,000.000  USD                    US EQUIVALENT-
                          ORIG ACCT-  ...7993      TIN-                  BENE ACCT-  DD  ...7202      TIN-
                          DEBIT ACCT-  GL  ...5035                       CREDIT ACCT-  DD  ...7202
                          ORIG ID-                                       BENE ID-
                          INSTRUCTIONS 1-  CONTACT MS IORI MOFFITT       TRACE ID-  20140414008460
ARCHIVE                   INSTRUCTIONS 2-  (567)703-4012                 FROM CNTRY-     TO CNTRY-       OPER-
COMPLETE                  INSTRUCTIONS 3-                                INTER R/T 1-          PAYMENT DATE- 14/04/20
```

```
      04/14/14   99853   ORIG-  ELIZABETH MISSIONARY BAPT CHURCH MO    BENE-  BARTON LAW FIRM LPA ATTY ESCROW
                          ADDR 1-  503 MAURICE ST                       ADDR 1-  AIRPORT HIGHWAY
                          ADDR 2-  MONROE NC 28112-5654                 ADDR 2-  HOLLAND  OH 43528
                          ORIG BANK-  062005690  REGIONS BANK           BENE BANK-  041001039  KEY BANK GR LAKES CLEVE
                          AMOUNT-  80,000.000  USD                     US EQUIVALENT-
                          ORIG ACCT-  ...7993      TIN-                  BENE ACCT-  DD  ...7202      TIN-
                          DEBIT ACCT-  GL  ...5035                       CREDIT ACCT-  DD  ...202
                          ORIG ID-                                       BENE ID-
                          INSTRUCTIONS 1-  CONTACT MS IORI MOFFITT       TRACE ID-  20140414009536
ARCHIVE                   INSTRUCTIONS 2-  (567)703-4012                 FROM CNTRY-     TO CNTRY-       OPER-
COMPLETE                  INSTRUCTIONS 3-  KEYBUS33                      INTER R/T 1-          PAYMENT DATE- 14/04/20
```

```
      04/14/14   99961   ORIG-  EUREKA BAPTIST CHURCH                  BENE-  BARTON LAW FIRM L P A ATT ESCROW
                          ADDR 1-  P.O. BOX 587                         ADDR 1-  1701 WOODLANDS DR ST 300
                          ADDR 2-  WILDWOOD, NJ 08260-                  ADDR 2-
                          ADDR 3-                                       ADDR 3-  MAUMEEOH
                          ORIG BANK-  011103093  TD BANK, NA            BENE BANK-  041001039  KEY BANK GR LAKES CLEVE
                          AMOUNT-  150,000.000  USD                    US EQUIVALENT-
                          ORIG ACCT-  ...4476      TIN-                  BENE ACCT-  DD  ...7202      TIN-
                          DEBIT ACCT-  GL  ...5035                       CREDIT ACCT-  DD  ...7202
                          ORIG ID-                                       BENE ID-
                          INSTRUCTIONS 1-  EURKA BAPTIST CHURCH          TRACE ID-  20140414009063
ARCHIVE                   INSTRUCTIONS 2-                                FROM CNTRY-     TO CNTRY-       OPER-
COMPLETE                  INSTRUCTIONS 3-                                INTER R/T 1-          PAYMENT DATE- 14/04/20
```

```
INSTITUTION      KEY BANK GR LAKES CLEVE         FUNDS TRANSFER SEARCH REPORT          SEND TO-OS-01-49-3001      E  5
PROCESS EFF.  TE 12/02/16                                                              WTS830  PRINTED 12/02/1  .38:21

REQUESTOR: KOWICUE                              INST: 001                                              LOG ID: KOWICUE
SEARCH REQ:  TYPE: A   START DATE: 01/01/14     TAX ID:               COUNTRIES:
FILE(S): B   END DATE: 07/01/15     APPL/ACCT: DD    7202         TEXT:

TYPE  EXEC DATE  ENTRY                        FUNDS TRANSFER INFORMATION  (PERIOD = MISSING)
────────────────────────────────────────────────────────────────────────────────────────────────────────────────

BENE  04/16/14  98986      ORIG-  EUREKA BAPTIST CHURCH        BENE-  BARTON LAW FIRM, L.P.A./
                           ADDR 1- 142 WEST SPENCER AVE        ADDR 1- ATTORNEY ESCROW ACCOUNT/IOLTA
                           ADDR 2- WILDWOOD, NJ 08260          ADDR 2- 1701 WOODLANDS DR.
                           ADDR 3-                             ADDR 3- ST# 300 MAUMEE, OH 43537
                           ORIG BANK- 231271284  STURDY SAVINGS BANK   BENE BANK- 041001039  KEY BANK GR LAKES CLEVE
                           AMOUNT-  150,000.000 USD  TIN-      US EQUIVALENT-                 TIN-
                           ORIG ACCT- ..    6500                BENE ACCT-  DD     7202
           ARCHIVE         DEBIT ACCT- GL     5035              CREDIT ACCT- DD     202
           COMPLETE        ORIG ID-                             BENE ID-
                           INSTRUCTIONS 1-                      TRACE ID-  20140416004836       OPER-
                           INSTRUCTIONS 2-                      FROM CNTRY-      TO CNTRY-      PAYMENT DATE- 14/04/20
                           INSTRUCTIONS 3-                      INTER R/T 1-

ORIG  04/16/14  98190      ORIG-  BARTON LAW FIRM LPA          BENE-  FIRST AMERICAN TITLE INSURANCE
                           ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA        COMPANY
                           ADDR 2- 1701 WOODLANDS DR STE 300   ADDR 1-
                           ADDR 3- MAUMEE OH 43537-4056        ADDR 2-
                           ORIG BANK- 041001039  KEY BANK GR LAKES CLEVE  ADDR 3-
                           AMOUNT-  50,000.000 USD  TIN-        BENE BANK- 122241255   FIRST AMERICAN TRUST, FSB
                           ORIG ACCT- DD    7202               US EQUIVALENT-                  TIN-
           ARCHIVE         DEBIT ACCT- DD    7202               BENE ACCT-  0      0000
           COMPLETE        ORIG ID-                             CREDIT ACCT- GL   0   5035
                           INSTRUCTIONS 1- RE: MATUSKA OF MICHIGAN ESCROW NOS  BENE ID-
                           INSTRUCTIONS 2-                      TRACE ID-  20140416004104       OPER-
                           INSTRUCTIONS 3-                      FROM CNTRY-      TO CNTRY-      PAYMENT DATE- 14/04/20
                                                               INTER R/T 1-

ORIG  04/16/14  99916      ORIG-  BARTON LAW FIRM LPA          BENE-  PANARAMA ENERGY HOLDINGS
                           ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA        ADDR 1-
                           ADDR 2- 1701 WOODLANDS DR STE 300   ADDR 2-
                           ADDR 3- MAUMEE OH 43537-4056        ADDR 3-
                           ORIG BANK- 041001039  KEY BANK GR LAKES CLEVE  BENE BANK- 121000248   WELLS FARGO BANK, NA
                           AMOUNT-  100,000.000 USD  TIN-       US EQUIVALENT-                  TIN-
                           ORIG ACCT- DD    7202               BENE ACCT-       0966
           ARCHIVE         DEBIT ACCT- DD    7202               CREDIT ACCT- GL     5035
           COMPLETE        ORIG ID-                             BENE ID-
                           INSTRUCTIONS 1-                      TRACE ID-  20140416007457       OPER-
                           INSTRUCTIONS 2-                      FROM CNTRY-      TO CNTRY-      PAYMENT DATE- 14/04/20
                           INSTRUCTIONS 3-                      INTER R/T 1-
```

Page029

```
INSTITUTION 2A1   KEY BANK GR LAKES CLEVE      FUNDS TRANSFER SEARCH REPORT                          SEND TO-OB-01-49-3001    AGE   6
PROCESS EFF.     TE 12/02/16                                                                         WTS830  PRINTED 12/02/1   :38-21

REQUESTOR: KOWICJE                        INST: 001                    COUNTRIES:                                    LOG ID: KOWICJE
SEARCH REQ: TYPE: A  START DATE: 01/01/14   TAX ID:                    TEXT:
FILE(S): B   END DATE: 07/01/15  APPL/ACCT: DD        7202

TYPE  EXEC DATE  ENTRY                      FUNDS TRANSFER INFORMATION  (PERIOD = MISSING)

ORIG  04/16/14  99919    ORIG-   BARTON LAW FIRM LPA          BENE-   SSC NORTH AMERICA LLC
                         ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA  ADDR 1-
                         ADDR 2- 1701 WOODLANDS DR STE 300    ADDR 2-
                         ADDR 3- MAUMEE OH 43537-4056         ADDR 3-
                         ORIG BANK-       KEY BANK GR LAKES CLEVE  BENE BANK-       BANK OF AMERICA
                                 041001039                    US EQUIVALENT-
        ARCHIVE  AMOUNT-         100,000.000 USD              BENE ACCT-      0580      TIN-
        COMPLETE ORIG ACCT- DD       7202  TIN-              CREDIT ACCT- GL  2014         65035
                 DEBIT ACCT- DD       7202                    BENE ID-
                 ORIG ID-                                     TRACE ID- 2014041 6007441         OPER-
                 INSTRUCTIONS 1-                              FROM CNTRY-   TO CNTRY-.     PAYMENT DATE- 14/04/20
                 INSTRUCTIONS 2-                              INTER R/T 1-
                 INSTRUCTIONS 3-

ORIG  04/21/14  98473    ORIG-   BARTON LAW FIRM LPA          BENE-   BBRC MIDWEST LLC
                         ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA  ADDR 1-
                         ADDR 2- 1701 WOODLANDS DR STE 300    ADDR 2-
                         ADDR 3- MAUMEE OH 43537-4056         ADDR 3-
                         ORIG BANK-       KEY BANK GR LAKES CLEVE  BENE BANK-       FIRSTMERIT BANK, N.A.
                                 041001039                    US EQUIVALENT-
        ARCHIVE  AMOUNT-         150,000.000 USD              BENE ACCT-      0051      TIN-
        COMPLETE ORIG ACCT- DD       7202  TIN-              CREDIT ACCT- GL            65035
                 DEBIT ACCT- DD       7202                    BENE ID-
                 ORIG ID-                                     TRACE ID- 2014041002391         OPER-
                 INSTRUCTIONS 1-                              FROM CNTRY-   TO CNTRY-.     PAYMENT DATE- 14/04/20
                 INSTRUCTIONS 2-                              INTER R/T 1-
                 INSTRUCTIONS 3-

ORIG  04/22/14  98930    ORIG-   BARTON LAW FIRM LPA          BENE-   UNION BUILDING OPS
                         ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA  ADDR 1-
                         ADDR 2- 1701 WOODLANDS DR STE 300    ADDR 2-
                         ADDR 3- MAUMEE OH 43537-4056         ADDR 3-
                         ORIG BANK-       KEY BANK GR LAKES CLEVE  BENE BANK-       WELLS FARGO BANK, NA
                                 041001039                    US EQUIVALENT-
        ARCHIVE  AMOUNT-         50,000.000 USD               BENE ACCT-      9930      TIN-
        COMPLETE ORIG ACCT- DD       7202  TIN-              CREDIT ACCT- GL            5035
                 DEBIT ACCT- DD       7202                    BENE ID-
                 ORIG ID-                                     TRACE ID- 2014042007860         OPER-
                 INSTRUCTIONS 1-                              FROM CNTRY-   TO CNTRY-.     PAYMENT DATE- 14/04/20
                 INSTRUCTIONS 2-                              INTER R/T 1-
                 INSTRUCTIONS 3-
```

```
STITUTION O(  )KEY BANK GR LAKES CLEVE          FUNDS TRANSFER SE__CH REPORT                    SEND TO-OS-01-49-3001  PP___ 7
CCESS REF: L__S 12/02/16                                                                        WTS830 PRINTED 12/02/16  38:21

REQUISTOR: KOWICJE                          INST: 001                           COUNTRIES:                    LOG ID: KOWICJE
ARCH REQ: TYPE: A    START DATE: 01/01/14   TAX ID:                                 TEXT:
          FILE(S): B  END DATE: 07/01/15    APPL/ACCT: DD    _____7202

PE   EXEC DATE   ENTRY                              FUNDS TRANSFER INFORMATION  (PERIOD = MISSING)

NE   04/30/14    98080    ORIG- EDWARD JONES SENDING FUNDS FOR OSCO      BENE- BARTON LAW FIRM L P A                    A
                          ADDR 1- EUGENE GARDIN JR                       ADDR 1- TTORNEY ESCROW ACCOUNT
                          ADDR 2- 2925 MEADOW CREEK LN      MONR         ADDR 2-
                          ADDR 3- OE            NC 28110                 ADDR 3- .041001039  KEY BANK GR LAKES CLEVE
                          ORIG BANK- 091000022  US BANK, NA              BENE BANK-
           ARCHIVE        AMOUNT-       NA    15,000.000 USD        TIN- US EQUIVALENT-                          TIN-
           COMPLETE       ORIG ACCT- ...         _____5035              BENE ACCT-  DD    _____/202
                          DEBIT ACCT- GL                               CREDIT ACCT- DD   _____7202
                          ORIG ID-  088210383                          BENE ID-
                          INSTRUCTIONS 1-                              TRACE ID- 2014043005331       OPER-
                          INSTRUCTIONS 2-                              FROM CNTRY-- TO CNTRY--  PAYMENT DATE- 14/04/20
                          INSTRUCTIONS 3-                              INTER R/T 1-

ENE  04/30/14    98704    ORIG- JARRED L GARDIN                         BENE- BARTON LAW FIRM, L.P.A-ATTORNEY
                          ADDR 1- 2925 MEADOW CREEK LN                  ADDR 1- ESCROW ACCOUNT/IOLTA
                          ADDR 2- MONROE NC 28110                       ADDR 2- 6811 AIRPORT HWY HOLLAND OH
                          ADDR 3-                                       ADDR 3- 43528
                          ORIG BANK- 256074974  NAVY FCU                BENE BANK- 041001039  KEY BANK GR LAKES CLEVE
           ARCHIVE        AMOUNT-       1804   10,000.000 USD       TIN- US EQUIVALENT-                          TIN-
           COMPLETE       ORIG ACCT- ...         _____5035              BENE ACCT-  DD    _____/202
                          DEBIT ACCT- GL                               CREDIT ACCT- DD   _____7202
                          ORIG ID-                                     BENE ID-
                          INSTRUCTIONS 1- INVESTMENT; SWIFT CODE : KEYBUS33   TRACE ID- 2014043006834       OPER-
                          INSTRUCTIONS 2- REF JARRED L GARDIN          FROM CNTRY-- TO CNTRY--  PAYMENT DATE- 14/04/20
                          INSTRUCTIONS 3-                              INTER R/T 1-

BENE 04/30/14    99169    ORIG- OSCO E GARDIN JR                        BENE- BARTON LAW FIRM, L.P.A.
                          ADDR 1- 2925 MEADOW CREEK LN                  ADDR 1- 1701 WOODLANDS DR STE 300
                          ADDR 2- MONROE NC 28110                       ADDR 2- MAUMEE, OH  43537
                          ORIG BANK- 053102117  YADKIN BANK             ADDR 3- 041001039  KEY BANK GR LAKES CLEVE
           ARCHIVE        AMOUNT-       0185    5,000.000 USD       TIN- US EQUIVALENT-                          TIN-
           COMPLETE       ORIG ACCT- ...         _____5035              BENE ACCT-  DD    _____7202
                          DEBIT ACCT- GL                               CREDIT ACCT- DD   _____7202
                          ORIG ID-                                     BENE ID-
                          INSTRUCTIONS 1-                              TRACE ID- 2014043007586       OPER-
                          INSTRUCTIONS 2-                              FROM CNTRY-- TO CNTRY--  PAYMENT DATE- 14/04/20
                          INSTRUCTIONS 3-                              INTER R/T 1-
```

```
INSTITUTION 001  KEY BANK GR LAKES CLEVE          FUNDS TRANSFER SEARCH REPORT                    SEND TO-CR-01-01-49-9001   PAGE   8
PROCESS EF   DATE 12/02/16                                                                         WTS830  PRINTED 12/02/   21:38:21

REQUESTOR: KOWICJE                              INST: 001              COUNTRIES:                              LOG ID: KOWICJE
SEARCH REQ: TYPE: A   START DATE: 01/01/14      TAX ID:               TEXT:
            FILE(S): B  END DATE: 07/01/15      APPL/ACCT: DD  ▉▉▉▉▉7202

TYPE  EXEC DATE  ENTRY                          FUNDS TRANSFER INFORMATION   (PERIOD = MISSING)

BENE  04/30/14  99696    ORIG-  OSCO E GARDIN                          BENE-  BARTON LAW FIRM
                         ADDR 1- 2925 MEADOW CREEK LANE                ADDR 1- 1701 WOODLANDS DRIVE
                         ADDR 2- MONROE NC 28110                       ADDR 2- SUITE 300
                         ADDR 3-                                       ADDR 3- MAUMEE OH 43537
                         ORIG BANK- 256078446    PENTAGON FEDERAL CREDIT U  BENE BANK-  041001039    KEY BANK GR LAKES CLEVE
                         AMOUNT-           20,000.000 USD    TIN-          US EQUIVALENT-                        TIN-
                         ORIG ACCT- GL  ▉▉▉▉430                         BENE ACCT-  DD  ▉▉▉▉▉7202
                         DEBIT ACCT- GL  ▉▉▉▉▉5035                      CREDIT ACCT- DD  ▉▉▉▉▉7202
                         ORIG ID-                                      BENE ID-
                         INSTRUCTIONS 1- CONTACT IS LORI MOFFITT        TRACE ID- 201404301428
                         INSTRUCTIONS 2-                               FROM CNTRY-            OPER-
                         INSTRUCTIONS 3-                               - TO CNTRY-   PAYMENT DATE- 14/04/20
                                                                       INTER R/T 1-

ORIG  04/30/14  97544    ORIG-  BARTON LAW FIRM LPA                    BENE-  SOLEII CAPITALE CORPORATION
                         ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA           ADDR 1-
                         ADDR 2- 1701 WOODLANDS DR STE 300             ADDR 2-
                         ADDR 3- MAUMEE OH 43537-4056                  ADDR 3-
                         ORIG BANK- 041001039    KEY BANK GR LAKES CLEVE  BENE BANK-  026013673    TD BANK, NA
                         AMOUNT-          125,000.000 USD    TIN-          US EQUIVALENT-                        TIN-
                         ORIG ACCT- DD  ▉▉▉▉▉7202                       BENE ACCT-  GL  ▉▉▉▉0277
                         DEBIT ACCT- DD  ▉▉▉▉▉7202                      CREDIT ACCT- GL  ▉▉▉▉▉5035
                         ORIG ID-                                      BENE ID-
                         INSTRUCTIONS 1- FROM BBRC                      TRACE ID- 201404300392 2
                         INSTRUCTIONS 2-                               FROM CNTRY-            OPER-
                         INSTRUCTIONS 3-                               - TO CNTRY-   PAYMENT DATE- 14/04/20
                                                                       INTER R/T 1-

ORIG  05/01/14  97509    ORIG-  BARTON LAW FIRM LPA                    BENE-  SOLEII CAPITALE CORPORATION
                         ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA           ADDR 1-
                         ADDR 2- 1701 WOODLANDS DR STE 300             ADDR 2-
                         ADDR 3- MAUMEE OH 43537-4056                  ADDR 3-
                         ORIG BANK- 041001039    KEY BANK GR LAKES CLEVE  BENE BANK-  026013673    TD BANK, NA
                         AMOUNT-           48,870.000 USD    TIN-          US EQUIVALENT-                        TIN-
                         ORIG ACCT- DD  ▉▉▉▉▉7202                       BENE ACCT-  DD  ▉▉▉▉0277
                         DEBIT ACCT- DD  ▉▉▉▉▉7202                      CREDIT ACCT- GL  ▉▉▉▉▉035
                         ORIG ID-                                      BENE ID-
                         INSTRUCTIONS 1- FROM BBRC                      TRACE ID- 201405010039 00
                         INSTRUCTIONS 2-                               FROM CNTRY-            OPER-
                         INSTRUCTIONS 3-                               - TO CNTRY-   PAYMENT DATE- 14/05/20
                                                                       INTER R/T 1-
```

ARCHIVE COMPLETE

Page032

```
INSTITUTION O( )KEY BANK GR LAKES CLEVE        FUNDS TRANSFER SE___H REPORT
CCESS EFF. L___E 12/02/16
                                                                      SEND TO-OB-01-49-3001   PA___ 9
                                                                      WTS830 PRINTED 12/02/16  38:21
EQUESTOR: KOWICJE
ARCH REQ: TYPE: A    START DATE: 01/01/14    INST: 001                        LOG ID: KOWICJE
          FILE(S): B  END DATE: 07/01/15     TAX ID:
                                             APPL/ACCT: DD  ●●●●●●●●●7202
                                                                COUNTRIES:
                                                                TEXT:

PE  EXEC DATE  ENTRY                   FUNDS TRANSFER INFORMATION  (PERIOD = MISSING)

NE  09/12/14  99514  ORIG- JAVIER MONTIEL BRITO         BENE- BARTON LAW FIRM, LPA
                     ADDR 1- 2603 OLIVE LN              ADDR 1- 1701 WOODLANDS DR. SUITE 300
                     ADDR 2- SANTA ANA, CA 927061515    ADDR 2- MAUMEE OH 43537
                     ORIG BANK- 322282001  SCHOOLSFIRST FEDERAL CRED  BENE BANK- 041001039  KEY BANK GR LAKES CLEVE
                     AMOUNT-         225,000.000 USD    US EQUIVALENT-                    TIN- ........
       ARCHIVE       ORIG ACCT- ●●●●●●916               BENE ACCT- DD ●●●●●●7202
       COMPLETE      DEBIT ACCT- GL ●●●●●●●●5035         CREDIT ACCT- DD ●●●●●●7202
                     ORIG ID-                            BENE ID-
                     INSTRUCTIONS 1- BARTON LAW FIRM, L.P.A./ ATTORNEY  TRACE ID- 20140912010034      OPER-
                     INSTRUCTIONS 2- TRUST ACCOUNT/IOLTA              FROM CNTRY-    PAYMENT DATE- 14/09/20
                     INSTRUCTIONS 3- FBO:JAVIER MONTIEL BRITO        - TO CNTRY-
                                                                      INTER R/T 1-

ENE 09/15/14  99908  ORIG- MEMPHIS WINSET               BENE- BARTON LAW FIRM, LPA
                     ADDR 1- 1041 W SAINT GERTRUDE PL   ADDR 1- 1701 WOODLANDS DR., SUITE 300
                     ADDR 2- SANTA ANA     CA 92707-3104  ADDR 2- MAUMEE, OH 43537
                     ORIG BANK- 121000248  WELLS FARGO BANK, NA   BENE BANK- 041001039  KEY BANK GR LAKES CLEVE
                     AMOUNT-         275,000.000 USD    US EQUIVALENT-                    TIN- ........
       ARCHIVE       ORIG ACCT- ●●●●●●0949              BENE ACCT- DD ●●●●●●7202
       COMPLETE      DEBIT ACCT- GL ●●●●●●●5035          CREDIT ACCT- DD ●●●●●●7202
                     ORIG ID-                            BENE ID-
                     INSTRUCTIONS 1-                     TRACE ID- 20140915009687      OPER-
                     INSTRUCTIONS 2-                     FROM CNTRY-    PAYMENT DATE- 14/09/20
                     INSTRUCTIONS 3-                   - TO CNTRY-
                                                        INTER R/T 1-

ORIG 09/15/14  99542  ORIG- BARTON LAW FIRM LPA          BENE- VERIECRA INC
                     ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA  ADDR 1-
                     ADDR 2- 1701 WOODLANDS DR STE 300    ADDR 2-
                     ADDR 3- MAUMEE OH 43537-4056         ADDR 3-
                     ORIG BANK- 041001039  KEY BANK GR LAKES CLEVE  BENE BANK- 121000248  WELLS FARGO BANK, NA
                     AMOUNT-       8,330.750 USD         US EQUIVALENT-                    TIN- ........
       ARCHIVE       ORIG ACCT- DD ●●●●●●7202             BENE ACCT- ●●●●●●159
       COMPLETE      DEBIT ACCT- DD ●●●●●●7202            CREDIT ACCT- GL ●●●●●●●●5035
                     ORIG ID-                            BENE ID-
                     INSTRUCTIONS 1-                     TRACE ID- 20140915008538      OPER-
                     INSTRUCTIONS 2-                     FROM CNTRY-    PAYMENT DATE- 14/09/20
                     INSTRUCTIONS 3-                   - TO CNTRY-
                                                        INTER R/T 1-
```

Page033

```
STITUTION 0___ KEY BANK GR LAKES CLEVE          FUNDS TRANSFER SP__CH REPORT              SEND TO-OH-01-49-3001  P___  10
OCESS EFF...E 12/02/16                                                                    WTS830 PRINTED 12/02/16    38:21

EQUESTOR: KOWICJE                    INST: 001                                            LOG ID: KOWICJE
ARCH REQ: KOWICJE    START DATE: 01/01/14    TAX ID:
ARCH REQ: TYPE: A    END DATE: 07/01/15      APPL/ACCT: DD _____7202
FILE(S): B

                                     COUNTRIES:
                                     TEXT:

PE  EXEC DATE  ENTRY                         FUNDS TRANSFER INFORMATION  (PERIOD = MISSING)
--- --------- -------

RIG 09/16/14  98576   ORIG-  BARTON LAW FIRM LPA              BENE-  THOMAS A GEORGE PANAGRA LLC
                      ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA     ADDR 1-
                      ADDR 2- 1701 WOODLANDS DR STE 300       ADDR 2-
                      ADDR 3- MAUMEE OH 43537-4056            ADDR 3-
                      ORIG BANK-          KEY BANK GR LAKES CLEVE   BENE BANK-        WELLS FARGO BANK, NA
                      041001039                               121000248
                      AMOUNT-    4,970.000 USD                US EQUIVALENT-                TIN-
                      ORIG ACCT- DD _____7202  TIN-         BENE ACCT-        ____7280
                      DEBIT ACCT- DD _____7202              CREDIT ACCT-  GL  ___5035
                      ORIG ID-                                BENE ID-
                      INSTRUCTIONS 1-                         TRACE ID-  20140916005772
                      INSTRUCTIONS 2-                         FROM CNTRY-           OPER-
ARCHIVE                INSTRUCTIONS 3-                        TO CNTRY-.  PAYMENT DATE- 14/09/20
COMPLETE                                                      INTER R/T 1-

RIG 09/19/14  99554   ORIG-  BARTON LAW FIRM LPA              BENE-  PAMELA M DRANGELO
                      ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA     ADDR 1-
                      ADDR 2- 1701 WOODLANDS DR STE 300       ADDR 2-
                      ADDR 3- MAUMEE OH 43537-4056            ADDR 3-
                      ORIG BANK-          KEY BANK GR LAKES CLEVE   BENE BANK-        BANK OF AMERICA
                      041001039                               026009593
                      AMOUNT-    8,000.000 USD                US EQUIVALENT-                TIN-
                      ORIG ACCT- DD _____7202  TIN-         BENE ACCT-        ___2808
                      DEBIT ACCT- DD _____7202              CREDIT ACCT-  GL  ___5035
                      ORIG ID-                                BENE ID-
                      INSTRUCTIONS 1-                         TRACE ID-  20140919007034
                      INSTRUCTIONS 2-                         FROM CNTRY-           OPER-
ARCHIVE                INSTRUCTIONS 3-                        TO CNTRY-.  PAYMENT DATE- 14/09/20
COMPLETE                                                      INTER R/T 1-

ORIG 09/30/14 98019   ORIG-  BARTON LAW FIRM LPA              BENE-  MARKO CAPITAL CORP
                      ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA     ADDR 1-
                      ADDR 2- 1701 WOODLANDS DR STE 300       ADDR 2-
                      ADDR 3- MAUMEE OH 43537-4056            ADDR 3-
                      ORIG BANK-          KEY BANK GR LAKES CLEVE   BENE BANK-        APPLE BANK FOR SAVINGS
                      041001039                               226070584
                      AMOUNT-    435,000.000 USD              US EQUIVALENT-                TIN-
                      ORIG ACCT- DD _____7202  TIN-         BENE ACCT-        ___6813
                      DEBIT ACCT- DD _____7202              CREDIT ACCT-  GL  ___5035
                      ORIG ID-                                BENE ID-
                      INSTRUCTIONS 1-                         TRACE ID-  20140930011145
                      INSTRUCTIONS 2-                         FROM CNTRY-           OPER-
ARCHIVE                INSTRUCTIONS 3-                        TO CNTRY-.  PAYMENT DATE- 14/09/20
COMPLETE                                                      INTER R/T 1-
```

Page034

```
INSTITUTION  001  KEY BANK GR LAKES CLEVE      FUNDS TRANSFER SEARCH REPORT                SEND TO-OH-01-49-3001        PAGE  11
PROCESS EFI      ATE 12/02/16                      INST: 001                                WTS830  PRINTED 12/02/-    11:38:21
                                                   TAX ID:
REQUESTOR: KOWICJE                                 APPL/ACCT: DD  _____7202                              LOG ID: KOWICJE
SEARCH REQ:  TYPE: A    START DATE: 01/01/14
             FILE(S): B  END DATE: 07/01/15
                                                COUNTRIES:
                                                TEXT:

                                       FUNDS TRANSFER INFORMATION (PERIOD = MISSING)

TYPE  EXEC DATE  ENTRY

ORIG  10/01/14  98178    ORIG-   BARTON LAW FIRM LPA                BENE-  BBRC MIDWEST LLC
                         ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA       ADDR 1-
                         ADDR 2- 1701 WOODLANDS DR STE 300         ADDR 2-
                         ADDR 3- MAUMEE OH 43537-4056              ADDR 3-
                         ORIG BANK- 041001039   KEY BANK GR LAKES CLEVE   BENE BANK- 072400528    FIRSTMERIT BANK, N.A.
                         AMOUNT-         2,000.000 USD            US EQUIVALENT-
                         ORIG ACCT-  DD _____7202   TIN-         BENE ACCT-    _____0051      TIN-
                         DEBIT ACCT- DD _____7202              CREDIT ACCT- GL _____5035
                         ORIG ID-                                  BENE ID-
                         INSTRUCTIONS 1-                           TRACE ID- 2014100101612
                         INSTRUCTIONS 2-                           FROM CNTRY-    . . TO CNTRY-       OPER-
                         INSTRUCTIONS 3-                           INTER R/T 1-       PAYMENT DATE- 14/10/20
ARCHIVE
COMPLETE

ORIG  10/03/14  99726    ORIG-   BARTON LAW FIRM LPA                BENE-  GINA DEANGELO
                         ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA       ADDR 1-
                         ADDR 2- 1701 WOODLANDS DR STE 300         ADDR 2-
                         ADDR 3- MAUMEE OH 43537-4056              ADDR 3-
                         ORIG BANK- 041001039   KEY BANK GR LAKES CLEVE   BENE BANK- 021000021    JP MORGAN CHASE BANK
                         AMOUNT-         2,200.000 USD            US EQUIVALENT-
                         ORIG ACCT-  DD _____7202   TIN-         BENE ACCT-    ___0272        TIN-
                         DEBIT ACCT- DD _____7202              CREDIT ACCT- GL _____5035
                         ORIG ID-                                  BENE ID-
                         INSTRUCTIONS 1-                           TRACE ID- 2014100300910
                         INSTRUCTIONS 2-                           FROM CNTRY-    . . TO CNTRY-       OPER-
                         INSTRUCTIONS 3-                           INTER R/T 1-       PAYMENT DATE- 14/10/20
ARCHIVE
COMPLETE

BENE  10/09/14  97734    ORIG-   GREG SHOTTENKIRK                  BENE-  BARTON LAW FIRM
                         ADDR 1- 816 DENMARK HILLTOP               ADDR 1- HOLLAND OH
                         ADDR 2- FORT MADISON IA 52627             ADDR 2-
                         ORIG BANK- 073901314                      BENE BANK- 041001039   KEY BANK GR LAKES CLEVE
                         AMOUNT-      1,000,000.000 USD   FORT MADISON - FORT MADIS   US EQUIVALENT-
                         ORIG ACCT-  ___8763          TIN-         BENE ACCT-    ___7202      TIN-
                         DEBIT ACCT- GL _____5035              CREDIT ACCT- DD ___7202
                         ORIG ID-    IOLTA ACCOUNT                 BENE ID-
                         INSTRUCTIONS 1-                           TRACE ID- 2014100903999
                         INSTRUCTIONS 2-                           FROM CNTRY-    . . TO CNTRY-       OPER-
                         INSTRUCTIONS 3-                           INTER R/T 1- 073902232    PAYMENT DATE- 14/10/20
ARCHIVE
COMPLETE
```

```
INSTITUTION ...  KEY BANK GR LAKES CLEVE          FUNDS TRANSFER SEARCH REPORT              SEND TO-OH-01-49-3001         PG 12
PROCESS EFF. ...E 12/02/16                                                                  WTS830 PRINTED 12/02/16  :38:21
REQUESTOR: KOWICJE                                    INST: 001                                        LOG ID: KOWICJE
SEARCH REQ: TYPE: A   START DATE: 01/01/14            TAX ID:
            FILE(S): B   END DATE: 07/01/15           APPL/ACCT: DD

                                                  COUNTRIES:
                                                  TEXT:

                                      FUNDS TRANSFER INFORMATION (PERIOD = MISSING)
----------------------------------------------------------------------------------------------------------------------
TYPE  EXEC DATE  ENTRY

ORIG  10/09/14   99607   ORIG-        BARTON LAW FIRM LPA                    BENE-        PANAGRA
                         ADDR 1-      ATTORNEY ESCROW ACCT/ IOLTA            ADDR 1-
                         ADDR 2-      1701 WOODLANDS DR STE 300              ADDR 2-
                         ADDR 3-      MAUMEE OH 43537-4056                   ADDR 3-
                         ORIG BANK-   041001039   KEY BANK GR LAKES CLEVE    BENE BANK-   121000248   WELLS FARGO BANK, NA
                         AMOUNT-      8,561.000 USD                         US EQUIVALENT-
                         ORIG ACCT-   DD ....7202          TIN-              BENE ACCT-   GL ....7280       TIN-
                         DEBIT ACCT-  DD ....7202                            CREDIT ACCT- GL ....55035
                         ORIG ID-                                           BENE ID-
                         INSTRUCTIONS 1-                                    TRACE ID-     ....3135          OPER-
             ARCHIVE                                                        FROM CNTRY-   TO CNTRY-   PAYMENT DATE- 14/10/20
             COMPLETE   INSTRUCTIONS 2-                                     INTER R/T 1-
                        INSTRUCTIONS 3-

ORIG  10/09/14   99627   ORIG-        BARTON LAW FIRM LPA                    BENE-        RICK OUSLEY
                         ADDR 1-      ATTORNEY ESCROW ACCT/ IOLTA            ADDR 1-
                         ADDR 2-      1701 WOODLANDS DR STE 300              ADDR 2-
                         ADDR 3-      MAUMEE OH 43537-4056                   ADDR 3-
                         ORIG BANK-   041001039   KEY BANK GR LAKES CLEVE    BENE BANK-   121000248   WELLS FARGO BANK, NA
                         AMOUNT-      7,500.000 USD                         US EQUIVALENT-
                         ORIG ACCT-   DD ....7202          TIN-              BENE ACCT-   GL ....2424       TIN-
                         DEBIT ACCT-  DD ....7202                            CREDIT ACCT- GL ....55035
                         ORIG ID-     FROM W2 CONSULTANCY                    BENE ID-
                         INSTRUCTIONS 1-                                    TRACE ID-     20141009008063    OPER-
             ARCHIVE                                                        FROM CNTRY-   TO CNTRY-   PAYMENT DATE- 14/10/20
             COMPLETE   INSTRUCTIONS 2-                                     INTER R/T 1-
                        INSTRUCTIONS 3-

ORIG  10/17/14   98010   ORIG-        BARTON LAW FIRM LPA                    BENE-        GINA DEANGELO
                         ADDR 1-      ATTORNEY ESCROW ACCT/ IOLTA            ADDR 1-
                         ADDR 2-      1701 WOODLANDS DR STE 300              ADDR 2-
                         ADDR 3-      MAUMEE OH 43537-4056                   ADDR 3-
                         ORIG BANK-   041001039   KEY BANK GR LAKES CLEVE    BENE BANK-   021000021   JP MORGAN CHASE BANK
                         AMOUNT-      2,000.000 USD                         US EQUIVALENT-
                         ORIG ACCT-   DD ....7202          TIN-              BENE ACCT-   GL ....272        TIN-
                         DEBIT ACCT-  DD ....7202                            CREDIT ACCT- GL ....5035
                         ORIG ID-                                           BENE ID-
                         INSTRUCTIONS 1-                                    TRACE ID-     20141017005311    OPER-
             ARCHIVE                                                        FROM CNTRY-   TO CNTRY-   PAYMENT DATE- 14/10/20
             COMPLETE   INSTRUCTIONS 2-                                     INTER R/T 1-
                        INSTRUCTIONS 3-
```

```
SEND TO-OH-01-49-3001   P         13
WTSS30   PRINTED 12/02/16   38:21
                         LOG ID: KOWICUE
```

```
STITUTION 0—  KEY BANK GR LAKES CLEVE          FUNDS TRANSFER SP   H REPORT
OCESS EFF -  a 12/02/16

EQUESTOR: KOWICUE                    INST: 001       COUNTRIES:
ARCH REQ: TYPE: A    START DATE: 01/01/14   TAX ID:        TEXT:
         FILE(S): B   END DATE: 07/01/15   APPL/ACCT: DD

                            FUNDS TRANSFER INFORMATION (PERIOD = MISSING)

PE  EXEC DATE  ENTRY

IG  11/07/14   98166   ORIG-   BARTON LAW FIRM LPA         BENE-   GINA DRANGELO
                       ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA  ADDR 1-
                       ADDR 2- 1701 WOODLANDS DR STE 300     ADDR 2-
                       ADDR 3- MAUMEE OH 43537-4056          ADDR 3-       JP MORGAN CHASE BANK
                       ORIG BANK- KEY BANK GR LAKES CLEVE  BENE BANK-
                       041001039                          US EQUIVALENT-           TIN-
              AMOUNT-        3,500.000 USD   TIN-          BENE ACCT-     72      035
              ORIG ACCT-   7202                           CREDIT ACCT- GL
              DEBIT ACCT-  7202                            BENE ID-
              ORIG ID-                                     TRACE ID- 2014110700903   OPER-
         INSTRUCTIONS 1-                                   FROM CNTRY-   TO CNTRY-  PAYMENT DATE- 14/11/20
         INSTRUCTIONS 2-                                   INTER R/T 1-
         INSTRUCTIONS 3-
ARCHIVE
COMPLETE

IG  11/12/14   97555   ORIG-   BARTON LAW FIRM LPA         BENE-   WESTHIGHLAND MISSIONARY BAPTIST
                       ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA  ADDR 1- CHURCH
                       ADDR 2- 1701 WOODLANDS DR STE 300     ADDR 2-
                       ADDR 3- MAUMEE OH 43537-4056          ADDR 3-       WELLS FARGO BANK, NA
                       ORIG BANK- KEY BANK GR LAKES CLEVE  BENE BANK- 121000248
                       041001039                          US EQUIVALENT-           TIN-
              AMOUNT-       98,000.000 USD   TIN-          BENE ACCT-     283    55035
              ORIG ACCT-   7202                           CREDIT ACCT- GL
              DEBIT ACCT-  7202                            BENE ID-
              ORIG ID-                                     TRACE ID- 2014112008831   OPER-
         INSTRUCTIONS 1-                                   FROM CNTRY-   TO CNTRY-  PAYMENT DATE- 14/11/20
         INSTRUCTIONS 2-                                   INTER R/T 1-
         INSTRUCTIONS 3-
ARCHIVE
COMPLETE

IG  11/12/14   99754   ORIG-   BARTON LAW FIRM LPA         BENE-   PAN AGRA LLC
                       ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA  ADDR 1-
                       ADDR 2- 1701 WOODLANDS DR STE 300     ADDR 2-
                       ADDR 3- MAUMEE OH 43537-4056          ADDR 3-       WELLS FARGO BANK, NA
                       ORIG BANK- KEY BANK GR LAKES CLEVE  BENE BANK- 121000248
                       041001039                          US EQUIVALENT-           TIN-
              AMOUNT-       12,000.000 USD   TIN-          BENE ACCT-     7280   5035
              ORIG ACCT-   7202                           CREDIT ACCT- GL
              DEBIT ACCT-  7202                            BENE ID-
              ORIG ID-                                     TRACE ID- 2014112013010   OPER-
         INSTRUCTIONS 1-                                   FROM CNTRY-   TO CNTRY-  PAYMENT DATE- 14/11/20
         INSTRUCTIONS 2-                                   INTER R/T 1-
         INSTRUCTIONS 3-
ARCHIVE
COMPLETE
```

```
INSTITUTION  001  KEY BANK GR LAKES CLEVE          FUNDS TRANSFER SEARCH REPORT                    SEND TO-OH-01-49-3001          GE 14
PROCESS EFF     WTE 12/02/16                                                                        WTS830  PRINTED 12/02/1  1:38:21

REQUESTOR: KOWICJE                 INST: 001                    COUNTRIES:                                     LOG ID: KOWICJE
SEARCH REQ: TYPE: A    START DATE: 01/01/14    TAX ID:          TEXT:
            FILE(S): B  END DATE: 07/01/15    APPL/ACCT: DD        202

TYPE  EXEC DATE  ENTRY                            FUNDS TRANSFER INFORMATION  (PERIOD = MISSING)
------------------------------------------------------------------------------------------------------------------------------------

ORIG  11/21/14  99130   ORIG-  BARTON LAW FIRM LPA              BENE-  PAMELA DEANGELO
                        ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA     ADDR 1- ................
                        ADDR 2- 1701 WOODLANDS DR STE 300       ADDR 2-
                        ADDR 3- MAUMEE OH 43537-4056            ADDR 3- ................
                        ORIG BANK- 041001039  KEY BANK GR LAKES CLEVE   BENE BANK-  BANK OF AMERICA
                        AMOUNT-       5,000.000  USD            US EQUIVALENT-
        ARCHIVE         ORIG ACCT-  DD      7202  TIN- ........  BENE ACCT-          2808   TIN- ........
        COMPLETE        DEBIT ACCT- DD      7202                CREDIT ACCT- GL        5035
                        ORIG ID-                                BENE ID-
                        INSTRUCTIONS 1-                         TRACE ID- 2014112100B968
                        INSTRUCTIONS 2-                         FROM CNTRY-      TO CNTRY-      OPER-
                        INSTRUCTIONS 3-                         INTER R/T 1-                PAYMENT DATE- 14/11/20

ORIG  11/25/14  98862   ORIG-  BARTON LAW FIRM LPA              BENE-  TRESA GROUP LTD
                        ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA     ADDR 1-
                        ADDR 2- 1701 WOODLANDS DR STE 300       ADDR 2-
                        ADDR 3- MAUMEE OH 43537-4056            ADDR 3- ................
                        ORIG BANK- 041001039  KEY BANK GR LAKES CLEVE   BENE BANK-  BOFMCAM2       BANK OF MONTREAL, THE
                        AMOUNT-      12,000.000  USD            US EQUIVALENT-
        ARCHIVE         ORIG ACCT-  DD      7202  TIN- ........  BENE ACCT-          638   TIN- ........
        COMPLETE        DEBIT ACCT- DD      7202                CREDIT ACCT- GL        135
                        ORIG ID-                                BENE ID-
                        INSTRUCTIONS 1-                         TRACE ID- 2014112500739O
                        INSTRUCTIONS 2-                         FROM CNTRY-      TO CNTRY- CA   OPER-
                        INSTRUCTIONS 3-                         INTER R/T 1-                PAYMENT DATE- 14/11/20

ORIG  11/25/14  98985   ORIG-  BARTON LAW FIRM LPA              BENE-  TRESA GROUP LTD
                        ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA     ADDR 1-
                        ADDR 2- 1701 WOODLANDS DR STE 300       ADDR 2-
                        ADDR 3- MAUMEE OH 43537-4056            ADDR 3- ................
                        ORIG BANK- 041001039  KEY BANK GR LAKES CLEVE   BENE BANK-  BOFMCAM2       BANK OF MONTREAL, THE
                        AMOUNT-      12,000.000  USD            US EQUIVALENT-
        ARCHIVE         ORIG ACCT-  DD      202  TIN- ........   BENE ACCT-          638   TIN- ........
        COMPLETE        DEBIT ACCT- DD      202                 CREDIT ACCT- GL        135
                        ORIG ID-                                BENE ID-
                        INSTRUCTIONS 1-                         TRACE ID- 2014112500777O
                        INSTRUCTIONS 2-                         FROM CNTRY-      TO CNTRY- CA   OPER-
                        INSTRUCTIONS 3-                         INTER R/T 1-                PAYMENT DATE- 14/11/20
```



```
STITUTION 0...  KEY BANK GR LAKES CLEVE                      SEND TO-OH-01-49-3001  P  15
CCESS EFF...E 12/02/16                                        WTS830 PRINTED 12/02/16   38:21
                                                                          LOG ID: KOWICJE
REQUESTOR: KOWICJE
ARCH REQ: TYPE: A    START DATE: 01/01/14      FUNDS TRANSFER SE..CH REPORT
          FILE(S): B END DATE: 07/01/15

                                INST: 001        COUNTRIES:
                                TAX ID:           TEXT:
                                APPL/ACCT: DD  ...7202

                     FUNDS TRANSFER INFORMATION (PERIOD = MISSING)

PE  EXEC DATE  ENTRY

RIG 12/02/14  99267  ORIG-  BARTON LAW FIRM LPA        BENE-  COMMERCIAL SETTLEMENT SERVICES LLC
                     ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA  ADDR 1- ESCROW ACCOUNT
                     ADDR 2- 1701 WOODLANDS DR STE 300    ADDR 2-
                     ADDR 3- MAUMEE OH 43537-4056         ADDR 3- ...
                     ORIG BANK- KEY BANK GR LAKES CLEVE   BENE BANK- ...  PNC BANK, OHIO
                        041001039                            041000124
                     AMOUNT-  750,000.000  USD           US EQUIVALENT-
                     ORIG ACCT- DD  ...7202   TIN-        BENE ACCT-  ...3274    TIN-
                     DEBIT ACCT- DD  ...202               CREDIT ACCT- GL ...5035
ARCHIVE              ORIG ID-                             BENE ID-
COMPLETE             INSTRUCTIONS 1- ESCROW DEPOSIT       TRACE ID- 2014112008713   OPER-
                     INSTRUCTIONS 2-                      FROM CNTRY- ...    PAYMENT DATE- 14/12/20
                     INSTRUCTIONS 3-                      TO CNTRY- ...
                                                          INTER R/T 1-

ENE 12/11/14  99959  ORIG-  TWISTED FORK LLP             BENE-  BARTON LAW FIRM LPA
                     ADDR 1- 11438 KASPIERE RD           ADDR 1- 1701 WOODLANDS DR STE 300
                     ADDR 2- FT LARAMIE WY 82212          ADDR 2- MAUMEE OH 43537
                     ORIG BANK- BANKERS' BANK OF THE WEST BENE BANK- KEY BANK GR LAKES CLEVE
                        102003743                            041001039
                     AMOUNT-  50,000.000  USD             US EQUIVALENT-
                     ORIG ACCT- ...181   TIN-             BENE ACCT- DD ...7202   TIN-
                     DEBIT ACCT- GL ...5035               CREDIT ACCT- DD ...202
ARCHIVE              ORIG ID-                             BENE ID-
COMPLETE             INSTRUCTIONS 1-                      TRACE ID- 201421010180    OPER-
                     INSTRUCTIONS 2-                      FROM CNTRY- ...    PAYMENT DATE- 14/12/20
                     INSTRUCTIONS 3-                      TO CNTRY- ...
                                                          INTER R/T 1-

RIG 12/15/14  98215  ORIG-  BARTON LAW FIRM LPA          BENE-  PANAGRA LLC
                     ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA  ADDR 1-
                     ADDR 2- 1701 WOODLANDS DR STE 300    ADDR 2-
                     ADDR 3- MAUMEE OH 43537-4056         ADDR 3- ...
                     ORIG BANK- KEY BANK GR LAKES CLEVE   BENE BANK- ...  WELLS FARGO BANK, NA
                        041001039                            121000248
                     AMOUNT-  8,561.000  USD             US EQUIVALENT-
                     ORIG ACCT- DD ...7202   TIN-         BENE ACCT- ...7280   TIN-
                     DEBIT ACCT- DD ...7202               CREDIT ACCT- GL ...5035
ARCHIVE              ORIG ID-                             BENE ID-
COMPLETE             INSTRUCTIONS 1-                      TRACE ID- 2014121500333    OPER-
                     INSTRUCTIONS 2-                      FROM CNTRY- ...    PAYMENT DATE- 14/12/20
                     INSTRUCTIONS 3-                      TO CNTRY- ...
                                                          INTER R/T 1-
```

Page039



```
INSTITUTION  001  KEY BANK GR LAKES CLEVE          FUNDS TRANSFER SEARCH REPORT                    SEND TO-CH-01-49-3001      PAGE  16
PROCESS EFF   APR 12/02/16                                                                          WTSB30  PRINTED 12/02/1  11:38:21
                                                                                                           LOG ID: KOWICJE
REQUESTOR: KOWICJE
SEARCH REQ: TYPE: A    START DATE: 01/01/14      INST#: 001
FILE(S): B             END DATE: 07/01/15        TAX ID:
                                                 APPL/ACCT: DD       7202

TYPE   EXEC DATE   ENTRY                            FUNDS TRANSFER INFORMATION (PERIOD = MISSING)

BENE   12/18/14   99960    ORIG-  BANK OF AMERICA                    BENE-  BARTON LAW FIRM LPA
                           ADDR 1- WIRE TRANSFER OPERATIONS          ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA
                           ADDR 2-                                   ADDR 2- 1701 WOODLANDS DR STE 300
                           ADDR 3-                                   ADDR 3- MAUMEE OH 43537-4056
                           ORIG BANK-           KEYBANK NATIONAL ASSOCIAT  BENE BANK-           KEY BANK GR LAKES CLEVE
                           AMOUNT-        15,000.000 USD         US EQUIVALENT-
                           ORIG ACCT-  GL       5035   TIN-         BENE ACCT-  DD      7202   TIN-
                           DEBIT ACCT- GL                           CREDIT ACCT-DD      7202
                           ORIG ID-                                 BENE ID-
                           INSTRUCTIONS 1-                          TRACE ID- 20141121B010302
                           INSTRUCTIONS 2-                          FROM CNTRY- .. TO CNTRY-  .. PAYMENT DATE- 14/12/20
                           INSTRUCTIONS 3-                          INTER R/T 1- 026009593

ORIG   12/18/14   99478    ORIG-  BARTON LAW FIRM LPA               BENE-  SEROS ENTERPRISES INC
                           ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA      ADDR 1-
                           ADDR 2- 1701 WOODLANDS DR STE 300        ADDR 2-
                           ADDR 3- MAUMEE OH 43537-4056             ADDR 3-
                           ORIG BANK- 041001039  KEY BANK GR LAKES CLEVE  BENE BANK-  026009593  BANK OF AMERICA
                           AMOUNT-        15,000.000 USD         US EQUIVALENT-
                           ORIG ACCT-  DD       7202   TIN-         BENE ACCT-  GL      6035   TIN-
                           DEBIT ACCT- DD       7202               CREDIT ACCT-GL
                           ORIG ID-                                 BENE ID-
                           INSTRUCTIONS 1-                          TRACE ID- 20141218009072
                           INSTRUCTIONS 2-                          FROM CNTRY- .. TO CNTRY-  .. PAYMENT DATE- 14/12/20
                           INSTRUCTIONS 3-                          INTER R/T 1-

ORIG   12/19/14   99383    ORIG-  BARTON LAW FIRM LPA               BENE-  GL ESQUIRE CONSULTING ESCROW
                           ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA      ADDR 1-
                           ADDR 2- 1701 WOODLANDS DR STE 300        ADDR 2-
                           ADDR 3- MAUMEE OH 43537-4056             ADDR 3-
                           ORIG BANK- 041001039  KEY BANK GR LAKES CLEVE  BENE BANK-  026009593  BANK OF AMERICA
                           AMOUNT-        15,000.000 USD         US EQUIVALENT-
                           ORIG ACCT-  DD       7202   TIN-         BENE ACCT-  GL      6567   TIN-
                           DEBIT ACCT- DD       7202               CREDIT ACCT-GL      5035
                           ORIG ID-                                 BENE ID-
                           INSTRUCTIONS 1-                          TRACE ID- 20141219007657
                           INSTRUCTIONS 2-                          FROM CNTRY- .. TO CNTRY-  .. PAYMENT DATE- 14/12/20
                           INSTRUCTIONS 3-                          INTER R/T 1-

ARCHIVE
COMPLETE

COUNTRIES:
TEXT:
```



```
INSTITUTION 0(  )KEY BANK GR LAKES CLEVE          FUNDS TRANSFER SE( )H REPORT          SEND TO-OB-01-49-3001 P  17
PROCESS EFF. L _A 12/02/16                                                              WTS830 PRINTED 12/02/16  38-21

REQUESTOR: KOWICJE                                        INST: 001                                LOG ID: KOWICJE
SEARCH REQ: TYPE: A    START DATE: 01/01/14   TAX ID:
            FILE(S): B  END DATE: 07/01/15    APFI/ACCT: DD    COUNTRIES:
                                                              TEXT:

TYPE  EXEC DATE  ENTRY                                FUNDS TRANSFER INFORMATION (PERIOD = MISSING)

ONE   12/22/14   98624   ORIG-  GARRY R HESSELBACHER          BENE-  BARTON LAW FIRM, LPA-ATTORNEY
                         ADDR 1- CHRIS M HESSELBACHER         ADDR 1- ESCROW ACCOUNT-IOLTA
                         ADDR 2- 137 FELLSWOOD DR.            ADDR 2-
                         ADDR 3- MOORESTOWN NJ 08057-4015     ADDR 3- ...041001039... KEY BANK GR LAKES CLEVE
                         ORIG BANK- 121000248   WELLS FARGO BANK, NA   BENE BANK-
                         AMOUNT-     650,000.000  USD   TIN-  US EQUIVALENT-                       TIN-...
                         ORIG ACCT- ...2650             BENE ACCT-   DD ...7202
                         DEBIT ACCT- GL ...5035            CREDIT ACCT- DD ...7202
                         ORIG ID-                         BENE ID-
                         INSTRUCTIONS 1- REF: AGREEMENT NB    TRACE ID- 2014122203987      OPER-
                         INSTRUCTIONS 2- GDBDPM-650-1ANNO-2015  FROM CNTRY-  .. TO CNTRY-  .. PAYMENT DATE- 14/12/20
                         INSTRUCTIONS 3-                      INTER R/T 1-

ONE   12/22/14   98766   ORIG-  SEUI KEE COMPANY LIMITED      BENE-  BARTON LAW FIRM LPA ATTORNEY ES
                         ADDR 1- 1 ELM STREET                 ADDR 1- ACCOUNT IOLTA
                         ADDR 2- TAIKOKTSUI KOWLOON           ADDR 2-
                         ADDR 3- HONG KONG        BANK OF AMERICA   ADDR 3- ...041001039... KEY BANK GR LAKES CLEVE
                         ORIG BANK- 026009593                 BENE BANK-
                         AMOUNT-   1,000,000.000  USD   TIN-  US EQUIVALENT-                       TIN-...
                         ORIG ACCT- ...3491              BENE ACCT-   DD ...7202
                         DEBIT ACCT- GL ...5035             CREDIT ACCT- DD ...7202
                         ORIG ID-                         BENE ID-
                         INSTRUCTIONS 1-                     TRACE ID- 2014122200535350   OPER-
                         INSTRUCTIONS 2-                     FROM CNTRY-  .. TO CNTRY-  .. PAYMENT DATE- 14/12/20
                         INSTRUCTIONS 3-                     INTER R/T 1-

BENE  01/07/15   99495   ORIG-  ROOSEVELT BARNES JR           BENE-  BARTON LAW FIRM
                         ADDR 1- 3128 COVINGTON MANOR RD      ADDR 1-
                         ADDR 2- FORT WAYNE, IN 46814         ADDR 2-
                         ORIG BANK- 021000021   JP MORGAN CHASE BANK   BENE BANK- ...041001039... KEY BANK GR LAKES CLEVE
                         AMOUNT-    200,000.000  USD   TIN-  US EQUIVALENT-                       TIN-...
                         ORIG ACCT- ...6150             BENE ACCT-   DD ...7202
                         DEBIT ACCT- GL ...5035            CREDIT ACCT- DD ...7202
                         ORIG ID-                         BENE ID-
                         INSTRUCTIONS 1-                     TRACE ID- 2015010700813B   OPER-
                         INSTRUCTIONS 2-                     FROM CNTRY-  .. TO CNTRY-  .. PAYMENT DATE- 15/01/20
                         INSTRUCTIONS 3-                     INTER R/T 1-
```



```
INSTITUTION  A1  KEY BANK GR LAKES CLEVE          FUNDS TRANSFER  SEARCH REPORT                    SEND TO-OH-01-49-3001         GE  18
PROCESS EFF    TE 12/02/16                                                                          WTS830  PRINTED 12/02/1   1:38:21

REQUESTOR: KOWICJE                   INST: 001           COUNTRIES:                                         LOG ID: KOWICJE
SEARCH REQ:  TYPE: A   START DATE: 01/01/14   TAX ID:    TEXT:
       FILE(S): B   END DATE: 07/01/15   APPL/ACCT: DD           7202

                                          FUNDS TRANSFER INFORMATION  (PERIOD = MISSING)

TYPE  EXEC DATE  ENTRY
--------------------------------------------------------------------------------------------------------------------------------------

ORIG  01/08/15   98771    ORIG-  BARTON LAW FIRM LPA                    BENE-  UNIQUE MATRIX INVESTMENT GROUP
                          ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA          ADDR 1-
                          ADDR 2- 1701 WOODLANDS DR STE 300            ADDR 2-
                          ADDR 3- MADMEE OH 43337-4056                 ADDR 3-
                          ORIG BANK- 041001039   KEY BANK GR LAKES CLEVE   BENE BANK-  026009593      BANK OF AMERICA
                          AMOUNT-  100,000.000  USD                    US EQUIVALENT-
         ARCHIVE          ORIG ACCT-  DD          7202                  BENE ACCT-   GL         4745       TIN-
         COMPLETE         DEBIT ACCT- DD          7202                  CREDIT ACCT- GL         5035
                          ORIG ID-                                      BENE ID-
                          INSTRUCTIONS 1-                               TRACE ID-  20150108004379           OPER-
                          INSTRUCTIONS 2-                               FROM CNTRY-   TO CNTRY-   PAYMENT DATE- 15/01/20
                          INSTRUCTIONS 3-                               INTER R/T 1-

ORIG  01/22/15   97855    ORIG-  BARTON LAW FIRM LPA                    BENE-  JAMES E TRINNAMAN
                          ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA          ADDR 1-
                          ADDR 2- 1701 WOODLANDS DR STE 300            ADDR 2-
                          ADDR 3- MADMEE OH 43337-4056                 ADDR 3-
                          ORIG BANK- 041001039   KEY BANK GR LAKES CLEVE   BENE BANK-  121000248      WELLS FARGO BANK, NA
                          AMOUNT-  7,000.000  USD                      US EQUIVALENT-
         ARCHIVE          ORIG ACCT-  DD          7202                  BENE ACCT-   GL         8724       TIN-
         COMPLETE         DEBIT ACCT- DD          7202                  CREDIT ACCT- GL         5035
                          ORIG ID-                                      BENE ID-
                          INSTRUCTIONS 1-                               TRACE ID-  2015012203044            OPER-
                          INSTRUCTIONS 2-                               FROM CNTRY-   TO CNTRY-   PAYMENT DATE- 15/01/20
                          INSTRUCTIONS 3-                               INTER R/T 1-

BENE  01/26/15   99977    ORIG-  USUA AWANAM                           BENE-  BARTON LAW FIRM LPA ATTORNEY ESCROW
                          ADDR 1- 600 MONTICELLO TER                   ADDR 1-
                          ADDR 2- FREMONT, CA 94539-5411                ADDR 2-
                          ORIG BANK- 121000248   WELLS FARGO BANK, NA   BENE BANK-  041001039      KEY BANK GR LAKES CLEVE
                          AMOUNT-  300,000.000  USD                    US EQUIVALENT-
         ARCHIVE          ORIG ACCT-  GL        3033       TIN-         BENE ACCT-   DD         7202       TIN-
         COMPLETE         DEBIT ACCT- GL        0035                    CREDIT ACCT- DD         7202
                          ORIG ID-                                      BENE ID-
                          INSTRUCTIONS 1- BENEFICIARY NAME BARTON LAW FIRM LP   TRACE ID-  20150126010028      OPER-
                          INSTRUCTIONS 2- A ATTORNEY ESCROW ACCT IOLTA PAYME    FROM CNTRY-   TO CNTRY-   PAYMENT DATE- 15/01/20
                          INSTRUCTIONS 3- NT DEPOSIT 100000000 USD MET799 OF    INTER R/T 1-
                          INSTRUCTIONS 4- FICIER LORI MOFFITT PHONE 56770340    INTER R/T 2-
```

```
INSTITUTION 001  KEY BANK GR LAKES CLEVE          FUNDS TRANSFER SEARCH REPORT        SEND TO-OH-OH-01-49-3001      TE  19
PROCESS EFF.  TE 12/02/16                                                             WIS830  PRINTED 12/02/1t  :38:21

REQUESTOR: KOWICJE                                      INST: 001        COUNTRIES:
SEARCH REQ: TYPE: A    START DATE: 01/01/14             TAX ID:          TEXT:
FILE(S): B    END DATE: 07/01/15   APPL/ACCT: DD   █████7202                                       LOG ID: KOWICJE

TPE  EXEC DATE   ENTRY                           FUNDS TRANSFER INFORMATION  (PERIOD = MISSING)

ORIG  01/29/15   99270   ORIG-   BARTON LAW FIRM LPA                      BENE-   GL ESQUIRE CONSULTING ESCROW
                         ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA             ADDR 1-
                         ADDR 2- 1701 WOODLANDS DR STE 300               ADDR 2-
                         ADDR 3- MAUMEE OH 43537-4056                    ADDR 3-
                         ORIG BANK- 041001039                            BENE BANK-
                         AMOUNT-        15,000.000 USD                US EQUIVALENT-
                         ORIG ACCT- DD      █████7202   TIN-            BENE ACCT-                       TIN-
                         DEBIT ACCT- DD     █████7202                   CREDIT ACCT-  0000000000000000000
                         ORIG ID-                                       BENE ID-
ARCHIVE                  INSTRUCTIONS 1-                                 TRACE ID-  20150129006677      OPER-
COMPLETE                 INSTRUCTIONS 2-                                 FROM CNTRY-  TO CNTRY-.  PAYMENT DATE-
                         INSTRUCTIONS 3-                                 INTER R/T 1-

ORIG  01/29/15   99271   ORIG-   BARTON LAW FIRM LPA                      BENE-          BANK OF AMERICA
                         ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA             ADDR 1-
                         ADDR 2- 1701 WOODLANDS DR STE 300               ADDR 2-
                         ADDR 3- MAUMEE OH 43537-4056                    ADDR 3-
                         ORIG BANK- 041001039    KEY BANK GR LAKES CLEVE BENE BANK- 026009593
                         AMOUNT-        15,000.000 USD                US EQUIVALENT-
                         ORIG ACCT- DD      █████7202   TIN-            BENE ACCT-      ██6567          TIN-
                         DEBIT ACCT- DD     █████7202                   CREDIT ACCT-  GL    ██5035
                         ORIG ID-                                       BENE ID-
ARCHIVE                  INSTRUCTIONS 1-                                 TRACE ID-  20150129006693      OPER-
COMPLETE                 INSTRUCTIONS 2-                                 FROM CNTRY-  TO CNTRY-.  PAYMENT DATE-  15/01/20
                         INSTRUCTIONS 3-                                 INTER R/T 1-

ORIG  02/04/15   97732   ORIG-   BARTON LAW FIRM LPA                      BENE-   BBRC MIDWEST LLC
                         ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA             ADDR 1-
                         ADDR 2- 1701 WOODLANDS DR STE 300               ADDR 2-
                         ADDR 3- MAUMEE OH 43537-4056                    ADDR 3-
                         ORIG BANK- 041001039    KEY BANK GR LAKES CLEVE BENE BANK- 072400528    FIRSTMERIT BANK, N.A.
                         AMOUNT-         1,500.000 USD                US EQUIVALENT-
                         ORIG ACCT- DD      █████7202   TIN-            BENE ACCT-      ██0051          TIN-
                         DEBIT ACCT- DD     █████7202                   CREDIT ACCT-  GL    ██035
                         ORIG ID-                                       BENE ID-
ARCHIVE                  INSTRUCTIONS 1- ATTN PAUL VAN GAMPER 2489171231 TRACE ID-  20152040002731      OPER-
COMPLETE                 INSTRUCTIONS 2-                                 FROM CNTRY-  TO CNTRY-.  PAYMENT DATE-  15/02/20
                         INSTRUCTIONS 3-                                 INTER R/T 1-
```

```
INSTITUTION O(  ) KEY BANK GR LAKES CLEVE          FUNDS TRANSFER SP   CH REPORT                              SEND TO-OH-01-49-3001  P    - 20
CCESS EFF .   2 12/02/16                                                                                       WT5830  PRINTED 12/02/16   38:21

REQUESTOR: KOWICJE             INST: 001                                                                       LOG ID: KOWICJE
ARCH REQ: TYPE: A    START DATE: 01/01/14    TAX ID:
           FILE(S): B    END DATE: 07/01/15   APPL/ACCT: DD           7202

                                                       COUNTRIES:
                                                       TEXT:

PE  EXEC DATE  ENTRY                  FUNDS TRANSFER INFORMATION  (PERIOD = MISSING)

RIG  02/20/15  98029                                                  BENE-  GLOBAL CONSULTING RESOURCES INC
                      ORIG-  BARTON LAW FIRM LPA                      ADDR 1-
                      ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA             ADDR 2-
                      ADDR 2- 1701 WOODLANDS DR STE 300               ADDR 3-
                      ADDR 3- MAUMEE OH 43537-4056                    BENE BANK- 114000093        FROST BANK
                      ORIG BANK- 041001039      KEY BANK GR LAKES CLEVE  US EQUIVALENT-
                      AMOUNT-      29,740.000  USD                    BENE ACCT-    8572           TIN-
                      ORIG ACCT-  DD       7202    TIN-               CREDIT ACCT-  GL      5035
                      DEBIT ACCT- DD       7202                       BENE ID-
                      ORIG ID-                                        TRACE ID- 2015022006033       OPER-
           ARCHIVE    INSTRUCTIONS 1- SBROS                           FROM CNTRY- .  TO CNTRY- .   PAYMENT DATE- 15/02/20
           COMPLETE   INSTRUCTIONS 2-                                 INTER R/T 1-
                      INSTRUCTIONS 3-

RIG  03/16/15  98970                                                  BENE- CCFS
                      ORIG-  BARTON LAW FIRM LPA                      ADDR 1-
                      ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA             ADDR 2-
                      ADDR 2- 1701 WOODLANDS DR STE 300               ADDR 3-
                      ADDR 3- MAUMEE OH 43537-4056                    BENE BANK- 322271627        JPMORGAN CHASE BANK, NA
                      ORIG BANK- 041001039      KEY BANK GR LAKES CLEVE  US EQUIVALENT-
                      AMOUNT-      25,000.000  USD                    BENE ACCT-    8324           TIN-
                      ORIG ACCT-  DD       7202    TIN-               CREDIT ACCT-  GL      5035
                      DEBIT ACCT- DD       7202                       BENE ID-
                      ORIG ID-                                        TRACE ID- 2015031600872Z      OPER-
           ARCHIVE    INSTRUCTIONS 1-                                 FROM CNTRY- .  TO CNTRY- .   PAYMENT DATE- 15/03/20
           COMPLETE   INSTRUCTIONS 2-                                 INTER R/T 1-
                      INSTRUCTIONS 3-

ORIG 03/16/15  98999                                                  BENE- J3W CONSULTING LLC
                      ORIG-  BARTON LAW FIRM LPA                      ADDR 1-
                      ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA             ADDR 2-
                      ADDR 2- 1701 WOODLANDS DR STE 300               ADDR 3-
                      ADDR 3- MAUMEE OH 43537-4056                    BENE BANK- 053101121        BB&T NORTH CAROLINA
                      ORIG BANK- 041001039      KEY BANK GR LAKES CLEVE  US EQUIVALENT-
                      AMOUNT-      10,000.000  USD                    BENE ACCT-    1522           TIN-
                      ORIG ACCT-  DD       202     TIN-               CREDIT ACCT-  GL      6035
                      DEBIT ACCT- DD       7202                       BENE ID-
                      ORIG ID-                                        TRACE ID- 2015031600874Z      OPER-
           ARCHIVE    INSTRUCTIONS 1-                                 FROM CNTRY- .  TO CNTRY- .   PAYMENT DATE- 15/03/20
           COMPLETE   INSTRUCTIONS 2-                                 INTER R/T 1-
                      INSTRUCTIONS 3-
```





```
STITUTION 0(    KEY BANK GR LAKES CLEVE          FUNDS TRANSFER SE   Y REPORT        SEND TO-CH-01-49-3001  P    21
CBSS EFF. D.   12/02/16                                                              WTS830 PRINTED 12/02/16    08:21

QUESTOR: KOWICE                      INST: 001                                       LOG ID: KOWICE
RCH REQ: TYPE: A    START DATE: 01/01/14        TAX ID:
         FILE(S): B   END DATE: 07/01/15        APPL/ACCT: DD        7202

                                         COUNTRIES:
                                         TEXT:

E   EXEC DATE   ENTRY              FUNDS TRANSFER INFORMATION  (PERIOD = MISSING)

IG  03/30/15   97019   ORIG-  BARTON LAW FIRM LPA                    BENE-  ALL BLOOM TRADING LIMITED
                       ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA          ADDR 1-
                       ADDR 2- 1701 WOODLANDS DR STE 300            ADDR 2-
                       ADDR 3- MAUMEE OH 43537-4056                 ADDR 3- HONGKONG AND SHANGHAI BAN
                       ORIG BANK- 041001039   KEY BANK GR LAKES CLEVE  BENE BANK- HSBCHKHHHH1
                       AMOUNT-                          US EQUIVALENT-               TIN-
                               663,720.000  USD                     BENE ACCT-       2838
                       ORIG ACCT-  DD       7202   TIN-             CREDIT ACCT-        101
                       DEBIT ACCT- DD       7202                    BENE ID-
                       ORIG ID-                                     TRACE ID- 2015033002748
ARCHIVE                INSTRUCTIONS 1- ATTN BERNARD WOO             FROM CNTRY-  TO CNTRY- HK   PAYMENT DATE- 15/04/20
COMPLETE               INSTRUCTIONS 2-                              INTER R/T 1- OPER-
                       INSTRUCTIONS 3-

IG  03/30/15   97135   ORIG-  BARTON LAW FIRM LPA                    BENE-  MATUSKA OF MICHIGAN LLC
                       ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA          ADDR 1-
                       ADDR 2- 1701 WOODLANDS DR STE 300            ADDR 2-
                       ADDR 3- MAUMEE OH 43537-4056                 ADDR 3- FIRSTMERIT BANK, N.A.
                       ORIG BANK- 041001039   KEY BANK GR LAKES CLEVE  BENE BANK- 041200555
                       AMOUNT-                          US EQUIVALENT-               TIN-
                               136,280.000  USD                     BENE ACCT-       0253
                       ORIG ACCT-  DD       7202   TIN-             CREDIT ACCT- G1     5035
                       DEBIT ACCT- DD       7202                    BENE ID-
                       ORIG ID-                                     TRACE ID- 2015033002978
ARCHIVE                INSTRUCTIONS 1-                              FROM CNTRY-  TO CNTRY-   PAYMENT DATE- 15/03/20
COMPLETE               INSTRUCTIONS 2-                              INTER R/T 1- OPER-
                       INSTRUCTIONS 3-

IG  03/30/15   97522   ORIG-  BARTON LAW FIRM LPA                    BENE-  ALL BLOOM TRADING LIMITED
                       ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA          ADDR 1-
                       ADDR 2- 1701 WOODLANDS DR STE 300            ADDR 2-
                       ADDR 3- MAUMEE OH 43537-4056                 ADDR 3- HONGKONG AND SHANGHAI BAN
                       ORIG BANK- 041001039   KEY BANK GR LAKES CLEVE  BENE BANK- HSBCHKHHHH1
                       AMOUNT-                          US EQUIVALENT-               TIN-
                               663,720.000  USD                     BENE ACCT-       2838
                       ORIG ACCT-  DD       7202   TIN-             CREDIT ACCT-        101
                       DEBIT ACCT- DD       7202                    BENE ID-
                       ORIG ID-                                     TRACE ID- 2015033002748
ARCHIVE                INSTRUCTIONS 1- ATTN BERNARD WOO             FROM CNTRY-  TO CNTRY- HK   PAYMENT DATE- 15/03/20
COMPLETE               INSTRUCTIONS 2-                              INTER R/T 1- OPER-
                       INSTRUCTIONS 3-
```

```
STITUTION 0--- KEY BANK GR LAKES CLEVE                    FUNDS TRANSFER SP--CH REPORT                          SEND TO-OH-01-49-3001  P---  22
OCESS EFF ---  E 12/02/16                                                                                        WTS830 PRINTED 12/02/16    38:21

EQUESTOR: KOWICJE                    INST: 001                                                                   LOG ID: KOWICJE
ARCH REQ: TYPE: A     START DATE: 01/01/14    TAX ID:                      COUNTRIES:
          FILE(S): B  END DATE: 07/01/15      APPL/ACCT: DD        7202    TEXT:

                                              FUNDS TRANSFER INFORMATION (PERIOD = MISSING)

PE  EXEC DATE  ENTRY

IG  03/30/15   99469   ORIG-  BARTON LAW FIRM LPA                      BENE-  CORPERATE RETURN LIMITED/
                       ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA             ADDR 1- ROMAN VERESPEJ
                       ADDR 2- 1701 WOODLANDS DR STE 300               ADDR 2-
                       ADDR 3- MAUMEE OH 43537-4056                    ADDR 3-                      UNICREDIT BANK CZECH REPU
                       ORIG BANK- 041001039     KEY BANK GR LAKES CLEVE  BENE BANK-                 BACKCZPP
                       AMOUNT-         23,411.290 USD              US EQUIVALENT-
                       ORIG ACCT- DD         7202          TIN-       BENE ACCT-                        233 TIN-
                       DEBIT ACCT- DD        202                      CREDIT ACCT- GL                   5035
         ARCHIVE       ORIG ID-                                       BENE ID-
         COMPLETE      INSTRUCTIONS 1- REF:500-MB-BG-HSBC-03230315-VKNNT  TRACE ID- 2015033009817
                       INSTRUCTIONS 2-                                FROM CNTRY- CZ  PAYMENT DATE- 15/03/20
                       INSTRUCTIONS 3-                                TO CNTRY-  OPER-
                                                                      INTER R/T 1-

IG  03/31/15   98470   ORIG-  BARTON LAW FIRM LPA                      BENE-  J3W CONSULTING LLC
                       ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA             ADDR 1-
                       ADDR 2- 1701 WOODLANDS DR STE 300               ADDR 2-
                       ADDR 3- MAUMEE OH 43537-4056                    ADDR 3-                       B&T NORTH CAROLINA
                       ORIG BANK- 041001039     KEY BANK GR LAKES CLEVE  BENE BANK- 053101121
                       AMOUNT-         11,000.000 USD              US EQUIVALENT-
                       ORIG ACCT- DD         7202          TIN-       BENE ACCT-                       1522 TIN-
                       DEBIT ACCT- DD        7202                     CREDIT ACCT- GL                  5035
         ARCHIVE       ORIG ID-                                       BENE ID-
         COMPLETE      INSTRUCTIONS 1- 2014-7202-003                  TRACE ID- 2015033101237
                       INSTRUCTIONS 2-                                FROM CNTRY-  PAYMENT DATE- 15/03/20
                       INSTRUCTIONS 3-                                TO CNTRY-  OPER-
                                                                      INTER R/T 1-

IG  03/31/15   9847B   ORIG-  BARTON LAW FIRM LPA                      BENE-  RELIANCE TRUST
                       ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA             ADDR 1-
                       ADDR 2- 1701 WOODLANDS DR STE 300               ADDR 2-
                       ADDR 3- MAUMEE OH 43537-4056                    ADDR 3-                       WELLS FARGO BANK, NA
                       ORIG BANK- 041001039     KEY BANK GR LAKES CLEVE  BENE BANK- 121000248
                       AMOUNT-          3,000.000 USD              US EQUIVALENT-
                       ORIG ACCT- DD         7202          TIN-       BENE ACCT-                    1780 TIN-
                       DEBIT ACCT- DD        7202                     CREDIT ACCT- GL                  5035
         ARCHIVE       ORIG ID-                                       BENE ID-
         COMPLETE      INSTRUCTIONS 1- 500-MB-BG-HSBC-03230315-VKNNT  TRACE ID- 2015033101228
                       INSTRUCTIONS 2-                                FROM CNTRY-  PAYMENT DATE- 15/03/20
                       INSTRUCTIONS 3-                                TO CNTRY-  OPER-
                                                                      INTER R/T 1-
```

```
INSTITUTION 001  KEY BANK GR LAKES CLEVE          FUNDS TRANSFER SEARCH REPORT                    SEND TO-CH-01-49-3001  AGE  23
PROCESS EFI       ATE 12/02/16                        INST: 001                                     WTS830  PRINTED 12/02/1  21:38:21
                                                      TAX ID:
REQUESTOR: KOWICZE                                    APPL/ACCT: DD        7202                      LOG ID: KOWICZE
SEARCH REQ: TYPE: A   START DATE: 01/01/14
            FILE(S): B  END DATE: 07/01/15                                                COUNTRIES:
                                                                                         TEXT:

                                          FUNDS TRANSFER INFORMATION  (PERIOD = MISSING)

TYPE  EXEC DATE  ENTRY

BENE  04/08/15   99258    ORIG-  INFORM ORLANDO GSN, INC.              BENE-  BARTON LAW FIRM, L.P.A
                          ADDR 1- 74 WOODSIDE AVE                      ADDR 1-  US
                          ADDR 2- WEST CALDWELL NJ 07006-6403          ADDR 2-
                          ORIG BANK- BOFAUS3N      BANK OF AMERICA, N.A.   BENE BANK- 041001039     KEY BANK GR LAKES CLEVE
                          AMOUNT-        100,000.000  USD              US EQUIVALENT-
ARCHIVE                   ORIG ACCT-           2242       TIN-             ORIG ACCT-          7202       TIN-
COMPLETE                  DEBIT ACCT- GL       5035                    CREDIT ACCT- DD        7202
                          ORIG ID-                                        BENE ID-
                          INSTRUCTIONS 1- OTHER LOAN DEPOSIT TO JC FUNDING GR  TRACE ID- 20150408005402      OPER-
                          INSTRUCTIONS 2- //OUP LLC.                   FROM CNTRY-  US TO CNTRY-   PAYMENT DATE- 15/04/20
                          INSTRUCTIONS 3-                              INTER R/T 1- 026009593

ORIG  04/08/15   99698    ORIG-  BARTON LAW FIRM LPA                   BENE-  MATUSKA OF MICHIGAN LLC
                          ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA          ADDR 1-
                          ADDR 2- 1701 WOODLANDS DR STE 300            ADDR 2-
                          ADDR 3- MADMEE OH 43537-4056                 ADDR 3-
                          ORIG BANK- 041001039   KEY BANK GR LAKES CLEVE   BENE BANK- 041200555    FIRSTMERIT BANK, N.A.
                          AMOUNT-         8,333.000  USD               US EQUIVALENT-
ARCHIVE                   ORIG ACCT- DD          7202       TIN-          CREDIT ACCT- GL        5050100253       TIN-
COMPLETE                  DEBIT ACCT- DD         7202                     CREDIT ACCT- GL        5035
                          ORIG ID-                                        BENE ID-
                          INSTRUCTIONS 1-                              TRACE ID-            6526        OPER-
                          INSTRUCTIONS 2-                              FROM CNTRY-   TO CNTRY-    PAYMENT DATE- 15/04/20
                          INSTRUCTIONS 3-                              INTER R/T 1-

ORIG  04/08/15   99922    ORIG-  BARTON LAW FIRM LPA                   BENE-  GLOBAL CONSULTING RESOURCES, INC
                          ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA          ADDR 1-
                          ADDR 2- 1701 WOODLANDS DR STE 300            ADDR 2-
                          ADDR 3- MADMEE OH 43537-4056                 ADDR 3-
                          ORIG BANK- 041001039   KEY BANK GR LAKES CLEVE   BENE BANK- 114000093    FROST BANK
                          AMOUNT-         8,333.000  USD               US EQUIVALENT-
ARCHIVE                   ORIG ACCT- DD          7202       TIN-          ORIG ACCT-            8572       TIN-
COMPLETE                  DEBIT ACCT- DD         7202                     CREDIT ACCT- GL        5035
                          ORIG ID-                                        BENE ID-
                          INSTRUCTIONS 1-                              TRACE ID- 20150408008705     OPER-
                          INSTRUCTIONS 2-                              FROM CNTRY-   TO CNTRY-    PAYMENT DATE- 15/04/20
                          INSTRUCTIONS 3-                              INTER R/T 1-
```



Page047

```
STITUTION 00__ KEY BANK GR LAKES CLEVE          FUNDS TRANSFER SE__CH REPORT              SEND TO-OH-01-49-3001  P__  24
CCESS EFF. __ 12/02/16                                                                    WTS830  PRINTED 12/02/16   38:21

REQUESTOR: KOWICJE                              INST: 001         COUNTRIES:
ARCH REQ: TYPE: A     START DATE: 01/01/14      TAX ID:          TEXT:                                LOG ID: KOWICJE
         FILE(S): B   END DATE: 07/01/15        APPL/ACCT: DD
                                                                        202

PE  EXEC DATE  ENTRY                    FUNDS TRANSFER INFORMATION  (PERIOD = MISSING)
```

```
IG   04/08/15   99950    ORIG-  BARTON LAW FIRM LPA                    BENE-  JEFF CROSSLAND
                         ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA           ADDR 1-
                         ADDR 2- 1701 WOODLANDS DR STE 300             ADDR 2-
                         ADDR 3- NAIMEE OH 43537-4056                  ADDR 3-
                         ORIG BANK-                    KEY BANK GR LAKES CLEVE   BENE BANK-  121000248     WELLS FARGO BANK, NA
                         AMOUNT-        8,334.000 USD                US EQUIVALENT-
                         ORIG ACCT- DD  ___    7202      TIN- ------    BENE ACCT-            9155          TIN- -------
                         DEBIT ACCT- DD ___    7202                    CREDIT ACCT- GL        5035
                         ORIG ID-                                      BENE ID-
         ARCHIVE                                                       TRACE ID- 2015040800839         OPER-
         COMPLETE  INSTRUCTIONS 1- -------                             FROM CNTRY- .  TO CNTRY- .  PAYMENT DATE- 15/04/20
                   INSTRUCTIONS 2- -------                             INTER R/T 1- -------
                   INSTRUCTIONS 3- -------
```

```
RIG  04/15/15   99626    ORIG-  BARTON LAW FIRM LPA                    BENE-  RELIANCE TRUST
                         ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA           ADDR 1-
                         ADDR 2- 1701 WOODLANDS DR STE 300             ADDR 2-
                         ADDR 3- NAIMEE OH 43537-4056                  ADDR 3-
                         ORIG BANK-                    KEY BANK GR LAKES CLEVE   BENE BANK-  121000248     WELLS FARGO BANK, NA
                         AMOUNT-        5,000.000 USD                US EQUIVALENT-
                         ORIG ACCT- DD  ___    7202      TIN- ------    BENE ACCT-            1780          TIN- -------
                         DEBIT ACCT- DD ___    7202                    CREDIT ACCT- GL        5035
                         ORIG ID-                                      BENE ID-
         ARCHIVE                                                       TRACE ID- 2015041009446         OPER-
         COMPLETE  INSTRUCTIONS 1- -------                             FROM CNTRY- .  TO CNTRY- .  PAYMENT DATE- 15/04/20
                   INSTRUCTIONS 2- -------                             INTER R/T 1- -------
                   INSTRUCTIONS 3- -------
```

```
RIG  05/07/15   99710    ORIG-  BARTON LAW FIRM LPA                    BENE-  UNIQUE MATRIX INVESTMENT GROUP
                         ADDR 1- ATTORNEY ESCROW ACCT/ IOLTA           ADDR 1-
                         ADDR 2- 1701 WOODLANDS DR STE 300             ADDR 2-
                         ADDR 3- NAIMEE OH 43537-4056                  ADDR 3-
                         ORIG BANK-                    KEY BANK GR LAKES CLEVE   BENE BANK-  061113415     B&T GEORGIA
                         AMOUNT-        1,933.710 USD                US EQUIVALENT-
                         ORIG ACCT- DD  ___    7202      TIN- ------    BENE ACCT-            8899          TIN- -------
                         DEBIT ACCT- DD ___    7202                    CREDIT ACCT- GL        5035
                         ORIG ID-                                      BENE ID-
         ARCHIVE                                                       TRACE ID- 2015070009450         OPER-
         COMPLETE  INSTRUCTIONS 1- -------                             FROM CNTRY- .  TO CNTRY- .  PAYMENT DATE- 15/05/20
                   INSTRUCTIONS 2- -------                             INTER R/T 1- -------
                   INSTRUCTIONS 3- -------
```

FUNDS TRANSFER SEARCH REPORT

SEND TO-OH-01-49-3001                    P 25
WTS830 PRINTED 12/02/16                  :38:21

INSTITUTION 0000: KEY BANK GR LAKES CLEVE
PROCESS EFF. JE 12/02/16

REQUESTOR: KOWICKE
SEARCH REQ: TYPE: A     START DATE: 01/01/14
FILE(S): B     END DATE: 07/01/15

INST: 001
TAX ID:
APPL/ACCT: DD

LOG ID: KOWICKE

COUNTRIES:
TEXT:

FUNDS TRANSFER INFORMATION (PERIOD = MISSING)

| TYPE | EXEC DATE | ENTRY |
|------|-----------|-------|

BENE  05/12/15  98204

ORIG-  THE AMANAM FAMILY TRUST
ADDR 1-  600 MONTICELLO TER
ADDR 2-  FREMONT, CA 94539-5411
ORIG BANK-  121000248           WELLS FARGO BANK, NA
AMOUNT-  5,000.000  USD
ORIG ACCT-  ●●●●●●8094          TIN-
DEBIT ACCT-  GL ●●●●●5035
ORIG ID-
INSTRUCTIONS 1-  FEES
INSTRUCTIONS 2-  ATTORNEY ESCROW ACCOUNT
INSTRUCTIONS 3-

BENE-  BARTON LAW FIRM, L.P.A
ADDR 1-
ADDR 2-
BENE BANK-  041001039           KEY BANK GR LAKES CLEVE
US EQUIVALENT-
BENE ACCT-  DD ●●●●●7202         TIN-
CREDIT ACCT-  DD ●●●●●7202
BENE ID-
TRACE ID-  2015051200647373
FROM CNTRY-  TO CNTRY-  PAYMENT DATE- 15/05/20
INTER R/T 1-

ARCHIVE
COMPLETE

---

ORIG  05/27/15  99159

ORIG-  BARTON LAW FIRM LPA
ADDR 1-  ATTORNEY ESCROW ACCT/ IOLTA
ADDR 2-  1701 WOODLANDS DR STE 300
ADDR 3-  MAUMEE OH 43537-4056
ORIG BANK-  041001039           KEY BANK GR LAKES CLEVE
AMOUNT-  183,055.000  USD
ORIG ACCT-  DD ●●●●●7202         TIN-
DEBIT ACCT-  DD ●●●●●7202
ORIG ID-
INSTRUCTIONS 1-
INSTRUCTIONS 2-
INSTRUCTIONS 3-

BENE-  SHUI KEE COMPANY LIMITED
ADDR 1-
ADDR 2-
ADDR 3-
BENE BANK-  021000021           JP MORGAN CHASE BANK
US EQUIVALENT-
BENE ACCT-  ●●●●●6256           TIN-
CREDIT ACCT-  GL ●●●●●5035
BENE ID-
TRACE ID-  2015052700093379
FROM CNTRY-  TO CNTRY-  PAYMENT DATE- 15/05/20
INTER R/T 1-

ARCHIVE
COMPLETE

---

ORIG  05/29/15  97453

ORIG-  BARTON LAW FIRM LPA
ADDR 1-  ATTORNEY ESCROW ACCT/ IOLTA
ADDR 2-  1701 WOODLANDS DR STE 300
ADDR 3-  MAUMEE OH 43537-4056
ORIG BANK-  041001039           KEY BANK GR LAKES CLEVE
AMOUNT-  150,000.000  USD
ORIG ACCT-  DD ●●●●●7202         TIN-
DEBIT ACCT-  DD ●●●●●7202
ORIG ID-
INSTRUCTIONS 1-  MEMPHIS WINSET SETTLEMENT DEPOSIT
INSTRUCTIONS 2-
INSTRUCTIONS 3-

BENE-  06062911
ADDR 1-
ADDR 2-
ADDR 3-
BENE BANK-  ●●●●●198           FARMERS & MERCHANTS BK OF
US EQUIVALENT-
BENE ACCT-  SMITH LC IOLTA ACCOU TIN-
CREDIT ACCT-  GL ●●●●●035
BENE ID-
TRACE ID-  2015052900033768
FROM CNTRY-  TO CNTRY-  PAYMENT DATE- 15/05/20
INTER R/T 1-

ARCHIVE
COMPLETE

***** TOTAL WIRES REPORTED FOR REQUEST *****     75





KeyBank
P.O. Box 22114
Albany, NY 12201-2114

Corporate Banking Statement
January 31, 2014
page 1 of 3

202

2        X  0930  00002  R  BM  T1
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA
1701 WOODLANDS DR STE 300
MAUMEE OH 43537-4056

*Questions or comments?*
*Call 1-800-821-2829*

### KeyNotes

*Important Information about Check Image Statements*

*If you are receiving statements displaying digital images of the front and back of each check, please note the following important information.*

*Statements will be limited to ten thousand digital check images. Accounts with more than ten thousand checks per statement period will not receive check images with the account statement.*

*If you should require a copy of a specific check image, all the digital check images or to discuss other delivery channels for check images please feel free to contact us at the phone number provided on this statement. Check images are retained on our secure system for the period specified by law.*

*Please read and retain this information with all of your KeyBank Account Opening Agreements and Disclosures.*

Key IOLTA          97202
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA

| | |
|---|---:|
| Beginning balance 12-31-13 | $35,990.00 |
| 3 Additions | +704,110.00 |
| 5 Subtractions | -95,449.30 |
| Interest paid | +189.30 |
| Net fees and charges | -120.00 |
| Ending balance 1-31-14 | $644,720.00 |

### Additions

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---:|
| | 1-8 | 7647 | Wire Deposit | William P Mooney 4326 | $4,110.00 |
| | 1-10 | 12030 | Wire Deposit | William R Maynar 0966 | 500,000.00 |
| | 1-16 | 8165 | Wire Deposit | William R Maynar 0966 | 200,000.00 |
| | | | **Total additions** | | $704,110.00 |

97202 – 00101
10700

Corporate Banking Statement
January 31, 2014
page 2 of 3

7202

## Subtractions

Paper Checks          *check missing from sequence

| Check | Date | Amount | Check | Date | Amount | | |
|-------|------|--------|-------|------|--------|---|---|
| 105 | 1-13 | $5,060.00 | *114 | 1-24 | 200.00 | Paper Checks Paid | $5,260.00 |

| Withdrawals | Date | Serial # | Location | |
|-------------|------|----------|----------|---|
| | 1-9 | 2470 | Wire Withdrawal  Union Building O 9930 | $40,000.00 |
| | 1-21 | 3867 | Wire Withdrawal  Soleil Capitale  0277 | 50,000.00 |

| Transfers | Date | Serial # | Destination | |
|-----------|------|----------|-------------|---|
| | 1-31 | | Interest Transferred To 00001D001000016 | $189.30 |
| | | | Total subtractions | $95,449.30 |

## Interest earned

| | |
|---|---|
| Annual percentage yield (APY) earned | 0.50% |
| Number of days this statement period | 31 |
| Interest paid  1-31-14 | $189.30 |
| Interest earned this statement period | $189.29 |
| Interest paid year-to-date | $189.30 |
| Interest earned (2013) | $627.94 |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|------|---|----------|-------------|---|
| 1-8-14 | Fedwire Service Charge | 1 | 20.00 | -$20.00 |
| 1-9-14 | Fedwire Service Charge | 1 | 30.00 | -$30.00 |
| 1-10-14 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 1-16-14 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 1-21-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| | Fees and charges assessed this period | | | -$120.00 |

07202 - 00101
10700



page 3 of 3

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

* KeyBank
Customer Disputes
NY-31-17-0128
17 Corporate Woods Blvd
Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | – Transfer to Savings Account |
| XFER FROM SAV | – Transfer from Savings Account |
| XFER TO CKG | – Transfer to Checking Account |
| XFER FROM CKG | – Transfer from Checking Account |
| PMT TO CR CARD | – Payment to Credit Card |
| ADV CR CARD | – Advance from Credit Card |

Preauthorized Credits: If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

What To Do If You Think You Find A Mistake on Your Statement: If you think there is an error on your statement, write us at: KeyBank N.A., P.O. Box 93885, Cleveland, OH 44101- 4925,

In your letter, give us the following information:

- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

Explanation of Finance Charge: Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

Average Daily Balance method (Balance Subject to Interest Rate): Your interest is computed on all purchases and cash advances (collectively "advances") from date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

CREDIT INFORMATION: If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

❷ Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have not already entered.
- The "Service charges", if any, shown on your statement.

❸ Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have not already entered.
- The "Interest earned" shown on your statement, if any.





KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

Corporate Banking Statement
February 28, 2014
page 1 of 3

███████202

3                    X  0330  00003  R  EM  T1
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA
1701 WOODLANDS DR STE 300
MAUMEE OH 43537-4056

*Questions or comments?*
*Call 1-800-821-2829*

## KeyNotes

*Important Information about Check Image Statements*

*If you are receiving statements displaying digital images of the front and back of each check, please note the following important information.*

*Statements will be limited to ten thousand digital check images. Accounts with more than ten thousand checks per statement period will not receive check images with the account statement.*

*If you should require a copy of a specific check image, all the digital check images or to discuss other delivery channels for check images please feel free to contact us at the phone number provided on this statement. Check images are retained on our secure system for the period specified by law.*

*Please read and retain this information with all of your KeyBank Account Opening Agreements and Disclosures.*

Key IOLTA ██████7202
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA

| | |
|---|---:|
| Beginning balance 1-31-14 | $644,720.00 |
| 1 Addition | +50,000.00 |
| 7 Subtractions | -694,146.39 |
| Interest paid | +66.39 |
| Net fees and charges | -115.00 |
| Ending balance 2-28-14 | $525.00 |

## Additions

| Deposits Date | Serial # | Source | |
|---|---|---|---:|
| 2-13 | 7401 | Wire Deposit     Gromley Law Offi 1831 | $50,000.00 |
| | | Total additions | $50,000.00 |

Corporate Banking Statement
February 28, 2014
page 2 of 3

7202

## Subtractions

Paper Checks          * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|
| 111 | 2-12 | $10,000.00 | *125 | 2-12 | 20,000.00 | 126 | 2-13 | 4,110.00 |
| | | | | | | **Paper Checks Paid** | | $34,110.00 |

| Withdrawals | Date | Serial # | Location | Amount |
|-------------|------|----------|----------|--------|
| | 2-3 | 7954 | Wire Withdrawal  Bbrc Midwest Llc 0051 | $250,000.00 |
| | 2-12 | 2915 | Internat Wire Wd Soleil Capitale  1101 | 360,000.00 |
| | 2-13 | 7548 | Internat Wire Wd Ssc North Americ 0580 | 49,970.00 |

| Transfers | Date | Serial # | Destination | Amount |
|-----------|------|----------|-------------|--------|
| | 2-28 | | Interest Transferred To 000010001000016 | $66.39 |
| | | | **Total subtractions** | **$694,146.39** |

## Interest earned

| | |
|---|---|
| Annual percentage yield (APY) earned | 0.50% |
| Number of days this statement period | 28 |
| Interest paid  2-28-14 | $66.39 |
| Interest earned this statement period | $66.39 |
| Interest paid year-to-date | $255.69 |
| Interest earned (2013) | $627.94 |

## Fees and charges

| Date | | Quantity | Unit Charge | Amount |
|------|--|----------|-------------|--------|
| 2-3-14 | Fedwire Service Charge | 1 | 20.00 | -$20.00 |
| 2-12-14 | Outgoing International Wire Fee | 1 | 45.00 | -45.00 |
| 2-13-14 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 2-13-14 | Outgoing International Wire Fee | 1 | 30.00 | -30.00 |
| | **Fees and charges assessed this period** | | | **-$115.00** |

7202 – 00101
10649

Page054



page 3 of 3

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

* KeyBank
  Customer Disputes
  NY-31-17-0128
  17 Corporate Woods Blvd
  Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO OR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93685, Cleveland, OH 44101-4825.

In your letter, give us the following information:

- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method** (Balance Subject to Interest Rate): Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

**❷** Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**❸** Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List any outstanding checks, transfers or other deductions that are not shown on your statement | | ❺ List any deposits from your check register that are not shown on your statement |
|---|---|---|
| Check or Date | Amount | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | TOTAL → $ |
| | | ❻ Enter ending balance shown on your statement |
| | | $ |
| | | ❼ Add deposits not entered (total here) |
| | | $ |
| | | ❽ Enter total here |
| | | $ |
| | | ❾ Subtract total from line 4 and enter difference here |
| | | $ |
| | | This amount should agree with your checking account balance |
| TOTAL → $ | | |

10649



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

Corporate Banking Statement
March 31, 2014
page 1 of 3

⬛⬛⬛⬛⬛/202

Questions or comments?
Call 1-800-821-2829

X  0390 00000 R EM T1

BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA
1701 WOODLANDS DR STE 300
MAUMEE OH 43537-4056

## KeyNotes

*Important Information about Check Image Statements*

*If you are receiving statements displaying digital images of the front and back of each check, please note the following important information.*

*Statements will be limited to ten thousand digital check images. Accounts with more than ten thousand checks per statement period will not receive check images with the account statement.*

*If you should require a copy of a specific check image, all the digital check images or to discuss other delivery channels for check images please feel free to contact us at the phone number provided on this statement. Check images are retained on our secure system for the period specified by law.*

*Please read and retain this information with all of your KeyBank Account Opening Agreements and Disclosures.*

Key IOLTA⬛⬛⬛⬛⬛/202
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA

| | |
|---|---:|
| Beginning balance 2-28-14 | $525.00 |
| 1 Subtraction | -0.22 |
| Interest paid | +0.22 |
| Ending balance 3-31-14 | $525.00 |

## Subtractions

| Transfers | Date | Serial # | Destination | |
|---|---|---|---|---:|
| | | | | $0.22 |
| | 3-31 | | Interest Transferred To 000010001000016 | $0.22 |
| | | | Total subtractions | |

Corporate Banking Statement
March 31, 2014
page 2 of 3

57202

**Interest earned**

| | |
|---|---|
| Annual percentage yield (APY) earned | 0.49% |
| Number of days this statement period | 31 |
| Interest paid  3-31-14 | $0.22 |
| Interest earned this statement period | $0.22 |
| Interest paid year-to-date | $255.91 |
| Interest earned (2013) | $627.94 |

7202 – 00101
11357



page 3 of 3

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-In-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

*KeyBank
Customer Disputes
NY-31-17-0128
17 Corporate Woods Blvd
Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | – Transfer to Savings Account |
| XFER FROM SAV | – Transfer from Savings Account |
| XFER TO CKG | – Transfer to Checking Account |
| XFER FROM CKG | – Transfer from Checking Account |
| PMT TO CR CARD | – Payment to Credit Card |
| ADV CR CARD | – Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

## IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find a Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O. Box 93655, Cleveland, OH 44101-4825.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of the Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as Interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

**❷** Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**❸** Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

**❹** List any checks from your register (including checks or other deductions) that are outstanding on your statement:

| Check or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL → $ | |

**❺** List any deposits from your check register that are not shown on your statement:

| Date | Amount |
|---|---|
| | |
| | |
| | |
| TOTAL → $ | |

**❻** Enter ending balance shown on your statement:

$

**❼** Add ❺ and ❻, enter total here:

$

**❽** Enter total from ❹:

$

**❾** Subtract ❽ from ❼ and enter difference here:

$

(This amount should agree with your checkbook balance.)



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
April 30, 2014
page 1 of 4

~~000007202~~

2        X  0930  00002  R  EM  T1

BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA
1701 WOODLANDS DR STE 300
MAUMEE OH 43537-4058

*Questions or comments?*
*Call 1-800-821-2829*

## KeyNotes

*Important Information about Check Image Statements*

*If you are receiving statements displaying digital images of the front and back of each check, please note the following important information.*

*Statements will be limited to ten thousand digital check images. Accounts with more than ten thousand checks per statement period will not receive check images with the account statement.*

*If you should require a copy of a specific check image, all the digital check images or to discuss other delivery channels for check images please feel free to contact us at the phone number provided on this statement. Check images are retained on our secure system for the period specified by law.*

*Please read and retain this information with all of your KeyBank Account Opening Agreements and Disclosures.*

Key IOLTA ~~000007202~~
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA

| | |
|---|---:|
| Beginning balance 3-31-14 | $525.00 |
| 8 Additions | +650,000.00 |
| 10 Subtractions | -585,754.33 |
| Interest paid | +54.33 |
| Net fees and charges | -340.00 |
| Ending balance 4-30-14 | $64,485.00 |

## Additions

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---:|
| | 4-14 | 9536 | Wire Deposit | Elizabeth Missio 7993 | $80,000.00 |
| | 4-14 | 9063 | Wire Deposit | Eureka Baptist C 4476 | 150,000.00 |
| | 4-14 | 8460 | Wire Deposit | Elizabeth Missio 7993 | 220,000.00 |
| | 4-16 | 4836 | Wire Deposit | Eureka Baptist C 6500 | 150,000.00 |

~~000007202~~ - 00101
10558

Corporate Banking Statement
April 30, 2014
page 2 of 4

 7202

## Additions
(con't)

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---|
| | 4-30 | 7586 | Wire Deposit | Osco E Gardin Jr 0185 | 5,000.00 |
| | 4-30 | 6834 | Wire Deposit | Jarred L Gardin 1684 | 10,000.00 |
| | 4-30 | 5331 | Wire Deposit | Edward Jones Sen Na | 15,000.00 |
| | 4-30 | 11428 | Wire Deposit | Osco E Gardin   430 | 20,000.00 |
| | | | Total additions | | $650,000.00 |

## Subtractions

Paper Checks          * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | |
|---|---|---|---|---|---|---|
| 134 | 4-11 | $500.00 | 135 | 4-28 | 700.00 | |
| | | | | | Paper Checks Paid | $1,200.00 |

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 4-15 | | Withdrawal Branch 0336 Ohio | $9,500.00 |
| | 4-16 | 4104 | Wire Withdrawal  First American T 0000 | 50,000.00 |
| | 4-16 | 7441 | Wire Withdrawal  Ssc North Americ 0580 | 100,000.00 |
| | 4-16 | 7457 | Wire Withdrawal  Panarama Energy 0986 | 100,000.00 |
| | 4-21 | 2391 | Wire Withdrawal  Bbrc Midwest Llc 0051 | 150,000.00 |
| | 4-22 | 7860 | Wire Withdrawal  Union Building O 9930 | 50,000.00 |
| | 4-30 | 3922 | Wire Withdrawal  Soleil Capitale  0277 | 125,000.00 |

| Transfers | Date | Serial # | Destination | |
|---|---|---|---|---|
| | 4-30 | | Interest Transferred To 000010001000016 | $54.33 |
| | | | Total subtractions | $585,754.33 |

## Interest earned

| | |
|---|---|
| Annual percentage yield (APY) earned | 0.50% |
| Number of days this statement period | 30 |
| Interest paid 4-30-14 | $54.33 |
| Interest earned this statement period | $54.32 |
| Interest paid year-to-date | $310.24 |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 4-14-14 | Fedwire Service Charge | 1 | 20.00 | -$20.00 |
| 4-14-14 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 4-14-14 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 4-16-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 4-16-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 4-16-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 4-16-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 4-21-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 4-22-14 | Fedwire Service Charge | | | |

7202 – 00101
10559



Corporate Banking Statement
April 30, 2014
page 3 of 4

1007202

**Fees and charges (con't)**

| Date | | Quantity | Unit Charge | |
|------|--|----------|-------------|--|
| | | 1 | 20.00 | -20.00 |
| 4-30-14 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 4-30-14 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 4-30-14 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 4-30-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 4-30-14 | Fedwire Service Charge | | | |
| | Fees and charges assessed this period | | | -$340.00 |

page 4 of 4

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

*  KeyBank
   Customer Disputes
   NY-31-17-0126
   17 Corporate Woods Blvd
   Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

XFER TO SAV   - Transfer to Savings Account
XFER FROM SAV - Transfer from Savings Account
XFER TO CKG   - Transfer to Checking Account
XFER FROM CKG - Transfer from Checking Account
PMT TO CR CARD - Payment to Credit Card
ADV CR CARD   - Advance from Credit Card

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101-4825.

In your letter, give us the following information:

- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any advances or debits, and subtract any payments and credits, any non-financed interest and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4618

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

❷ Enter into your check register and SUBTRACT:
   - Checks or other deductions shown on our statement that you have not already entered.
   - The "Service charges", if any, shown on your statement.

❸ Enter into your check register and ADD:
   - Deposits or other credits shown on your statement that you have not already entered.
   - The "Interest earned" shown on your statement, if any.

❹ List from your check register any checks or other deductions that are not shown on your statement:

| Check No. or Item | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL → | $ |

❺ List any deposits from your check register that are not shown on your statement:

| | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL → | $ |

❻ Enter ending balance shown on your statement:

$

❼ Add lines ❺ and ❻ and total here:

$

❽ Enter total from ❹:

$

❾ Subtract ❽ from ❼ and enter difference here:

$

This amount should agree with your checkbook register balance.



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**May 31, 2014**
page 1 of 3

~~000001957~~202

2          X  0339 00002 R BM T1
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA
1701 WOODLANDS DR STE 300
MAUMEE OH 43537-4056

*Questions or comments?*
*Call 1-800-821-2829*

---

### KeyNotes

*Important Information about Check Image Statements*

*If you are receiving statements displaying digital images of the front and back of each check, please note the following important information.*

*Statements will be limited to ten thousand digital check images. Accounts with more than ten thousand checks per statement period will not receive check images with the account statement.*

*If you should require a copy of a specific check image, all the digital check images or to discuss other delivery channels for check images please feel free to contact us at the phone number provided on this statement. Check images are retained on our secure system for the period specified by law.*

*Please read and retain this information with all of your KeyBank Account Opening Agreements and Disclosures.*

---

Key IOLTA ~~        ~~7202
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA

| | |
|---|---:|
| Beginning balance 4-30-14 | $64,485.00 |
| 1 Addition | +2,000.00 |
| 4 Subtractions | -49,976.22 |
| Interest paid | +6.22 |
| Net fees and charges | -30.00 |
| Ending balance 5-31-14 | $16,485.00 |

### Additions

| Deposits Date | Serial # | Source | |
|---|---|---|---:|
| 5-30 | | Deposit   Branch 0339 Ohio | $2,000.00 |
| | | **Total additions** | $2,000.00 |

Corporate Banking Statement
May 31, 2014
page 2 of 3

7202

## Subtractions

Paper Checks          * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | | |
|---|---|---|---|---|---|---|---|
| 118 | 5-1 | $1,000.00 | 123 | 5-23 | 100.00 | | |
| | | | | | Paper Checks Paid | $1,100.00 | |

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 5-1 | 3900 | Wire Withdrawal  Soleil Capitale  0277 | $48,870.00 |

| Transfers | Date | Serial # | Destination | |
|---|---|---|---|---|
| | 5-30 | | Interest Transferred To 000010001000016 | $6.22 |
| | | | Total subtractions | $49,976.22 |

## Interest earned

| | |
|---|---|
| Annual percentage yield (APY) earned | 0.50% |
| Number of days this statement period | 31 |
| Interest paid  5-30-14 | $6.22 |
| Interest earned this statement period | $6.22 |
| Interest paid year-to-date | $316.46 |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 5-1-14 | Fedwire Service Charge | 1 | 30.00 | -$30.00 |
| | Fees and charges assessed this period | | | -$30.00 |



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-In-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transaction on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

* KeyBank
Customer Disputes
NY-31-17-0120
17 Corporate Woods Blvd
Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | – Transfer to Savings Account |
| XFER FROM SAV | – Transfer from Savings Account |
| XFER TO CKG | – Transfer to Checking Account |
| XFER FROM CKG | – Transfer from Checking Account |
| PMT TO OR CARD | – Payment to Credit Card |
| ADV CR CARD | – Advance from Credit Card |

Preauthorized Credits: If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O. Box 93885, Cleveland, OH 44101-4825.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

Average Daily Balance method (Balance Subject to Interest Rate): Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94918
Cleveland, Ohio 44101-4918

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

❷ Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have not already entered.
- The "Service charges", if any, shown on your statement.

❸ Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have not already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are not shown on your statement. | | ❺ List any deposits from your check register that are not shown on your statement. |
|---|---|---|
| Check # or date | Amount | |
| | | |
| | | |
| | | |
| | | |
| | | TOTAL → $ |
| | | ❻ Enter ending balance shown on your statement. |
| | | $ |
| | | ❼ Add balance 5 and enter total here. |
| | | $ |
| | | ❽ Enter total from 4. |
| | | $ |
| TOTAL → $ | | ❾ Subtract 8 from 7 and enter difference here. $ |
| | | This amount should agree with the amount in your check register balance. |



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

Corporate Banking Statement
June 30, 2014
page 1 of 3

7202

*Questions or comments?*
*Call 1-800-821-2829*

1
X   0330  00001  R  RM  T1
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA
1701 WOODLANDS DR STE 300
MAUMEE OH 43537-4056

## KeyNotes

*Important Information about Check Image Statements*

*If you are receiving statements displaying digital images of the front and back of each check, please note the following important information.*

*Statements will be limited to ten thousand digital check images. Accounts with more than ten thousand checks per statement period will not receive check images with the account statement.*

*If you should require a copy of a specific check image, all the digital check images or to discuss other delivery channels for check images please feel free to contact us at the phone number provided on this statement. Check images are retained on our secure system for the period specified by law.*

*Please read and retain this information with all of your KeyBank Account Opening Agreements and Disclosures.*

Key IOLTA 7202
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA

| | |
|---|---:|
| Beginning balance 5-31-14 | $16,485.00 |
| 2 Subtractions | -2,005.97 |
| Interest paid | +5.97 |
| Ending balance 6-30-14 | $14,485.00 |

## Subtractions

Paper Checks          * check missing from sequence

| Check | Date | Amount | | |
|---|---|---|---|---|
| 136 | 6-2 | $2,000.00 | Paper Checks Paid | $2,000.00 |

Corporate Banking Statement
June 30, 2014
page 2 of 3

7202

## Subtractions
(con't)

| Transfers | Date | Serial # | Destination | |
|-----------|------|----------|-------------|---|
| | | | Interest Transferred To 000010001000016 | $5.97 |
| | 6-30 | | Total subtractions | $2,005.97 |

## Interest earned

| | |
|---|---|
| Annual percentage yield (APY) earned | 0.50% |
| Number of days this statement period | 30 |
| Interest paid 6-30-14 | $5.97 |
| Interest earned this statement period | $5.96 |
| Interest paid year-to-date | $322.43 |



page 3 of 3

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-In-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

### IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

*KeyBank
Customer Disputes
NY-31-17-0128
17 Corporate Woods Blvd
Albany, NY 12211

- Tell us your name and Account number.
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

Preauthorized Credits: If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

What To Do If You Think You Find A Mistake on Your Statement If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101-4825.

In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of the Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

Explanation of Finance Charge: Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

Average Daily Balance method (Balance Subject to Interest Rate): Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

CREDIT INFORMATION: If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94618
Cleveland, Ohio 44101-4618

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

1. Verify and check off in your check register each deposit, check or other transaction shown on this statement.

2. Enter into your check register and SUBTRACT:
   - Checks or other deductions shown on our statement that you have not already entered.
   - The "Service charges", if any, shown on your statement.

3. Enter into your check register and ADD:
   - Deposits or other credits shown on your statement that you have not already entered.
   - The "Interest earned" shown on your statement, if any.





KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**July 31, 2014**
**page 1 of 3**

7202

X   0390 00000 R EM T1

BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA
1701 WOODLANDS DR STE 300
MAUMEE OH 43537-4056

*Questions or comments?*
*Call 1-800-821-2829*

## KeyNotes

*Important Information about Check Image Statements*

*If you are receiving statements displaying digital images of the front and back of each check, please note the following important information.*

*Statements will be limited to ten thousand digital check images. Accounts with more than ten thousand checks per statement period will not receive check images with the account statement.*

*If you should require a copy of a specific check image, all the digital check images or to discuss other delivery channels for check images please feel free to contact us at the phone number provided on this statement. Check images are retained on our secure system for the period specified by law.*

*Please read and retain this information with all of your KeyBank Account Opening Agreements and Disclosures.*

Key IOLTA 7202
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA

| | |
|---|---|
| Beginning balance 6-30-14 | $14,485.00 |
| 1 Subtraction | -6.14 |
| Interest paid | +6.14 |
| Ending balance 7-31-14 | $14,485.00 |

## Subtractions

| Transfers | Date | Serial # | Destination | |
|---|---|---|---|---|
| | 7-31 | | Interest Transferred To 000010001000016 | $6.14 |
| | | | Total subtractions | $6.14 |

7202 - 00101
10702

Corporate Banking Statement
July 31, 2014
page 2 of 3

7202

| Interest earned | | |
|---|---|---|
| | Annual percentage yield (APY) earned | 0.50% |
| | Number of days this statement period | 31 |
| | Interest paid  7-31-14 | $6.14 |
| | Interest earned this statement period | $6.14 |
| | Interest paid year-to-date | $328.57 |

7202 – 00101
10702



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-In-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

### IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

* KeyBank
  Customer Disputes
  NY-31-17-0128
  17 Corporate Woods Blvd
  Albany, NY 12211

► Tell us your name and Account number;
► Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
► Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

Preauthorized Credits: If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

What To Do If You Think You Find A Mistake on Your Statement: If you think there is an error on your statement, write us at: KeyBank N.A., P.O. Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:
• Account information: Your name and account number.
• Dollar Amount: The dollar amount of the suspected error.
• Description of the Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

Explanation of Finance Charge: Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

Average Daily Balance method (Balance Subject to Interest Rate): Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

CREDIT INFORMATION: If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

#### INSTRUCTIONS

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

❷ Enter into your check register and SUBTRACT:
• Checks or other deductions shown on our statement that you have *not* already entered.
• The "Service charges", if any, shown on your statement.

❸ Enter into your check register and ADD:
• Deposits or other credits shown on your statement that you have *not* already entered.
• The "Interest earned" shown on your statement, if any.

❹ List from your check register any checks or other deductions that have not been shown on your statement.

| Check number or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | TOTAL → $ |

❺ List any deposits from your check register that are not shown on your statement.

| | |
|---|---|
| | |
| | |
| | |
| | TOTAL → $ |

❻ Enter ending balance shown on your statement.
$

❼ Add the item totals from step 5 above.
$

❽ Enter total (6 and 7).
$

❾ Subtract from total above total different items (8).
$

This amount should agree with your check register balance.

35008807202 - 00101
10702



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**August 31, 2014**
page 1 of 2

7202

*Questions or comments?*
*Call 1-800-821-2829*

X   0330 00000 R EM T1

' BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA
1701 WOODLANDS DR STE 300
MAUMEE OH 43537-4056

---

Key IOLTA 7202
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA

| | |
|---|---:|
| Beginning balance 7-31-14 | $14,485.00 |
| 1 Subtraction | -6.14 |
| Interest paid | +6.14 |
| Ending balance 8-31-14 | $14,485.00 |

---

**Subtractions**

| Transfers | Date | Serial # | Destination | |
|---|---|---|---|---:|
| | | | Interest Transferred To 000010001000016 | $6.14 |
| | 8-29 | | Total subtractions | $6.14 |

---

**Interest earned**

| | |
|---|---:|
| Annual percentage yield (APY) earned | 0.50% |
| Number of days this statement period | 31 |
| Interest paid  8-29-14 | $6.14 |
| Interest earned this statement period | $6.14 |
| Interest paid year-to-date | $334.71 |

---

7202 - 00101
10649

page 2 of 2

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

* KeyBank
Customer Disputes
NY-31-17-0128
17 Corporate Woods Blvd
Albany, NY 12211

* Tell us your name and Account number;
* Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
* Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find a Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O. Box 93885, Cleveland, OH 44101-4925.

In your letter, give us the following information:
* Account information: Your name and account number.
* Dollar Amount: The dollar amount of the suspected error.
* Description of the Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
* We cannot try to collect the amount in question, or report you as delinquent on that amount.
* The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
* While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
* We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method** (Balance Subject to Interest Rate): Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

❷ Enter into your check register and SUBTRACT:
* Checks or other deductions shown on our statement that you have not already entered.
* The "Service charges", if any, shown on your statement.

❸ Enter into your check register and ADD:
* Deposits or other credits shown on your statement that you have not already entered.
* The "Interest earned" shown on your statement, if any.

❹ List from your check register any checks or other deductions that are not shown on your statement.

| Check No. or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL →** | $ |

❺ List any deposits from your check register that are not shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **TOTAL →** | $ |

❻ Enter ending balance shown on your statement.

$

❼ Add line ❺ and enter total here.

$

❽ Enter total from ❹.

$

❽ Subtract item ❼ and enter difference here.

$

This amount should equal the balance in your check register.



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

Corporate Banking Statement
September 30, 2014
page 1 of 3

202

4          X  0990 00004 R FM T1
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA
1701 WOODLANDS DR STE 300
MAUMEE OH 43537-4056

*Questions or comments?*
*Call 1-800-821-2829*

Key IOLTA 202
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA

| | |
|---|---:|
| Beginning balance 8-31-14 | $14,485.00 |
| 3 Additions | +500,000.15 |
| 11 Subtractions | -481,455.23 |
| Interest paid | +109.57 |
| Net fees and charges | -160.00 |
| Ending balance 9-30-14 | $32,979.49 |

## Additions

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---:|
| | | | Optionsxpress  Disburse | $0.15 |
| | 9-3 | | Wire Deposit   Javier Montiel B 9116 | 225,000.00 |
| | 9-12 | 10034 | Wire Deposit   Memphis Winset  0949 | 275,000.00 |
| | 9-15 | 9887 | Total additions | $500,000.15 |

## Subtractions

Paper Checks          *check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 120 | 9-12 | $4,500.00 | *141 | 9-16 | 4,000.00 | 142 | 9-16 | 4,250.00 |
| *124 | 9-18 | 10,094.78 | | | | | | |

Paper Checks Paid          $22,844.78

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---:|
| | 9-3 | | Optionsxpress  Collect | $0.13 |
| | 9-15 | 8538 | Wire Withdrawal  Vertecra Inc   8159 | 8,530.75 |
| | 9-16 | 5772 | Wire Withdrawal  Thomas A George  7280 | 4,970.00 |
| | 9-19 | 7034 | Wire Withdrawal  Pamela M Deangel 2808 | 8,000.00 |
| | 9-25 | | Withdrawal Branch 0339 Ohio | 2,000.00 |
| | 9-30 | 11145 | Wire Withdrawal  Marko Capital CO 6813 | 435,000.00 |

202 - 00101
11314

Corporate Banking Statement
September 30, 2014
page 2 of 3

7202

## Subtractions
(con't)

| Transfers | Date | Serial # | Destination | |
|-----------|------|----------|-------------|---|
| | 9-30 | | Interest Transferred To 000010001000016 | $109.57 |
| | | | Total subtractions | $481,455.23 |

## Interest earned

| | |
|---|---|
| Annual percentage yield (APY) earned | 0.50% |
| Number of days this statement period | 30 |
| Interest paid 9-30-14 | $109.57 |
| Interest earned this statement period | $109.56 |
| Interest paid year-to-date | $444.28 |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|------|---|----------|-------------|---|
| 9-12-14 | Fedwire Service Charge | 1 | 20.00 | -$20.00 |
| 9-15-14 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 9-15-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 9-16-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 9-19-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 9-30-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| | Fees and charges assessed this period | | | -$160.00 |





page 3 of 3

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-In-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write to us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

\* KeyBank
Customer Disputes
NY-31-17-0129
17 Corporate Woods Blvd
Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write to us at: KeyBank N.A., P.O. Box 93885, Cleveland, OH 44101-4025.

In your letter, give us the following information:

- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of the Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method** (Balance Subject to Interest Rate): Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact our credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**①** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

**②** Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement,

**③** Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

11314



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

Corporate Banking Statement
October 31, 2014
page 1 of 3

202

1           X  0330 00001 R EM T1
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA
1701 WOODLANDS DR STE 300
MAUMEE OH 43537-4056

*Questions or comments?*
*Call 1-800-821-2829*

Key IOLTA 7202
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA

| | |
|---|---|
| Beginning balance 9-30-14 | $32,979.49 |
| 1 Addition | +1,000,000.00 |
| 9 Subtractions | -42,250.27 |
| Interest paid | +314.77 |
| Net fees and charges | -170.00 |
| Ending balance 10-31-14 | $990,873.99 |

## Additions

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---|
| | 10-9 | 3999 | Wire Deposit     Greg Shottenkirk 8763 | $1,000,000.00 |
| | | | **Total additions** | $1,000,000.00 |

## Subtractions

*Paper Checks*          * check missing from sequence

| Check | Date | Amount | | |
|---|---|---|---|---|
| 119 | 10-3 | $4,180.00 | | |
| | | | Paper Checks Paid | $4,180.00 |

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 10-1 | 10612 | Wire Withdrawal  Bbrc Midwest Llc 0051 | $2,000.00 |
| | 10-3 | 9010 | Wire Withdrawal  Gina Deangelo    0272 | 2,200.00 |
| | 10-9 | 8063 | Wire Withdrawal  Rick Ousley      2424 | 7,500.00 |
| | 10-9 | 8135 | Wire Withdrawal  Panagra          7280 | 8,561.00 |
| | 10-9 | | Withdrawal Branch 0339 Ohio | 15,000.00 |
| | 10-17 | 5311 | Wire Withdrawal  Gina Deangelo    0272 | 2,000.00 |
| | 10-21 | | Withdrawal Branch 0339 Ohio | 494.50 |

202 - 00101
10391

Corporate Banking Statement
October 31, 2014
page 2 of 3

████████202

## Subtractions
(con't)

| Transfers | Date | Serial # | Destination | |
|---|---|---|---|---|
| | 10-31 | | Interest Transferred To 000010001000016 | $314.77 |
| | | | Total subtractions | $42,250.27 |

## Interest earned

| | |
|---|---|
| Annual percentage yield (APY) earned | 0.50% |
| Number of days this statement period | 31 |
| Interest paid  10-31-14 | $314.77 |
| Interest earned this statement period | $314.77 |
| Interest paid year-to-date | $759.05 |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 10-1-14 | Fedwire Service Charge | 1 | 30.00 | -$30.00 |
| 10-3-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 10-9-14 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 10-9-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 10-9-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 10-17-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| | Fees and charges assessed this period | | | -$170.00 |

████████202 - 00101
10391



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

*KeyBank
 Customer Disputes
 NY-31-17-0128
 17 Corporate Woods Blvd
 Albany, NY 12211

- Tell us your name and Account number.
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | – Transfer to Savings Account |
| XFER FROM SAV | – Transfer from Savings Account |
| XFER TO CKG | – Transfer to Checking Account |
| XFER FROM CKG | – Transfer from Checking Account |
| PMT TO CR CARD | – Payment to Credit Card |
| ADV CR CARD | – Advance from Credit Card |

Preauthorized Credits: If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

What To Do If You Think You Find A Mistake on Your Statement: If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93855, Cleveland, OH 44101-4825.

In your letter, give us the following information:

- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

Explanation of Finance Charge: Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

Average Daily Balance method (Balance Subject to Interest Rate): Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

CREDIT INFORMATION: If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 44518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

**❷** Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**❸** Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that you have not entered in your statement | | ❺ List any deposits in your check register that are not shown within your statement | |
|---|---|---|---|
| Check Number | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL → | $ |

| ❻ Enter ending balance as shown on your statement | |
|---|---|
| | $ |

| ❼ Add deposits and enter total here | |
|---|---|
| | $ |

| ❽ Enter total from ❹ | |
|---|---|
| | $ |

| ❾ Subtract ❽ from ❼ and enter difference here | |
|---|---|
| | $ |
| This amount should agree with your check register balance | |

| TOTAL → | $ |



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

Corporate Banking Statement
November 30, 2014
page 1 of 3

7202

1          X  0330  00001  R  RM  T1
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA
1701 WOODLANDS DR STE 300
MAUMEE OH 43537-4056

*Questions or comments?*
*Call 1-800-821-2829*

---

Key IOLTA 7202
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA

| | |
|---|---:|
| Beginning balance 10-31-14 | $990,873.99 |
| 7 Subtractions | -145,869.72 |
| Interest paid | +369.72 |
| Net fees and charges | -165.00 |
| Ending balance 11-30-14 | $845,208.99 |

## Subtractions

*Paper Checks*          *check missing from sequence*

| Check | Date | Amount | | |
|---|---|---|---|---:|
| 138 | 11-5 | $15,000.00 | Paper Checks Paid | $15,000.00 |

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---:|
| | 11-7 | 7903 | Wire Withdrawal  Gina Deangelo    0272 | $3,500.00 |
| | 11-12 | 13010 | Wire Withdrawal  Pan Agra Llc    7280 | 12,000.00 |
| | 11-12 | 8831 | Wire Withdrawal  Westhighland Mls 3263 | 98,000.00 |
| | 11-21 | 8968 | Wire Withdrawal  Pamela Deangelo  2808 | 5,000.00 |
| | 11-25 | 7774 | Internat Wire Wd Tresa Group Ltd  8638 | 12,000.00 |

| Transfers | Date | Serial # | Destination | |
|---|---|---|---|---:|
| | 11-28 | | Interest Transferred To 000010001000016 | $369.72 |
| | | | Total subtractions | $145,869.72 |

## Interest earned

| | |
|---|---:|
| Annual percentage yield (APY) earned | 0.50% |
| Number of days this statement period | 30 |

7202 - 00101
10298

Corporate Banking Statement
November 30, 2014
page 2 of 3

7202

**Interest earned**
*(con't)*

|  |  |
|---|---|
| Interest paid  11-28-14 | $369.72 |
| Interest earned this statement period | $369.71 |
| Interest paid year-to-date | $1,128.77 |

**Fees and charges**

| Date |  | Quantity | Unit Charge |  |
|---|---|---|---|---|
|  |  | 1 | 30.00 | -$30.00 |
| 11-7-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 11-12-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 11-12-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 11-21-14 | Fedwire Service Charge | 1 | 45.00 | -45.00 |
| 11-25-14 | Outgoing International Wire Fee |  |  | -$165.00 |
|  | Fees and charges assessed this period |  |  |  |



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-In-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

### IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

* KeyBank
  Customer Disputes
  NY-31-17-0128
  17 Corporate Woods Blvd
  Albany, NY 12211

* Tell us your name and Account number;
* Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
* Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | – Transfer to Savings Account |
| XFER FROM SAV | – Transfer from Savings Account |
| XFER TO CKG | – Transfer to Checking Account |
| XFER FROM CKG | – Transfer from Checking Account |
| PMT TO CR CARD | – Payment to Credit Card |
| ADV CR CARD | – Advance from Credit Card |

Preauthorized Credits: If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

What To Do If You Think You Find A Mistake on Your Statement: If you think there is an error on your statement, write to us at: KeyBank N.A., P.O. Box 93885, Cleveland, OH 44101-4825.

In your letter, give us the following information:

* Account Information: Your name and account number.
* Dollar Amount: The dollar amount of the suspected error.
* Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

* We cannot try to collect the amount in question, or report you as delinquent on that amount.
* The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
* While your bill is in dispute, you are responsible for the remainder of your balance.
* We can apply any unpaid amount against your credit limit.

Explanation of Finance Charge: Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

Average Daily Balance method (Balance Subject to Interest Rate): Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

CREDIT INFORMATION: If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps will help you balance your account.

#### INSTRUCTIONS

**1** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

**2** Enter into your check register and SUBTRACT:
* Checks or other deductions shown on our statement that you have not already entered.
* The "Service charges", if any, shown on your statement.

**3** Enter into your check register and ADD:
* Deposits or other credits shown on your statement that you have not already entered.
* The "Interest earned" shown on your statement, if any.

**4** List from your check register any checks or other deductions that are not shown on your statement.

| Check Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

TOTAL → $

**5** List any deposits in your check register that are not shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |

TOTAL → $

**6** Enter ending balance shown on this statement.

$

**7** Add #5 and any other total here.

$

**8** Enter total from #4.

$

**9** Subtract #8 from #7 and enter difference here.

$

This amount should agree with your check register balance.



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
December 31, 2014
page 1 of 3



A          X  0390 00004 R EM T1
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA
1701 WOODLANDS DR STE 300
MAUMEE OH 43537-4056

*Questions or comments?*
*Call 1-800-821-2829*

---

Key IOLTA ●●●●●●●7202
BARTON LAW FIRM LPA
ATTORNEY ESCROW ACCOUNT / IOLTA/IOTA

| | |
|---|---:|
| Beginning balance 11-30-14 | $845,208.99 |
| 4 Additions | +1,715,000.00 |
| 11 Subtractions | -868,586.09 |
| Interest paid | +275.09 |
| Net fees and charges | -200.00 |
| Ending balance 12-31-14 | $1,691,697.99 |

## Additions

| Deposits | Date | Serial # | Source | | Amount |
|---|---|---|---|---|---:|
| | 12-11 | 10180 | Wire Deposit | Twisted Fork Llp 2181 | $50,000.00 |
| | 12-18 | 10302 | Wire Deposit | Bank of America | 15,000.00 |
| | 12-22 | 3987 | Wire Deposit | Garry R Hesselba 2650 | 650,000.00 |
| | 12-22 | 5350 | Wire Deposit | Shui Kee Company 8491 | 1,000,000.00 |
| | | | Total additions | | $1,715,000.00 |

## Subtractions

**Paper Checks**        * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 139 | 12-23 | $4,000.00 | 144 | 12-22 | 7,000.00 | 145 | 12-23 | 5,750.00 |
| *143 | 12-22 | 8,000.00 | | | | | | |
| | | | | | | Paper Checks Paid | | $24,750.00 |

| Withdrawals | Date | Serial # | Location | Amount |
|---|---|---|---|---:|
| | 12-2 | 8713 | Wire Withdrawal  Commercial Settl 3274 | $750,000.00 |
| | 12-12 | | Withdrawal Branch 0339 Ohio | 5,000.00 |
| | 12-15 | 3323 | Wire Withdrawal  Panagra Llc      7280 | 8,561.00 |
| | 12-18 | 9072 | Wire Withdrawal  Sbros Enterprise 6567 | 15,000.00 |
| | 12-19 | 7657 | Wire Withdrawal  Gl Esquire Consu 6567 | 15,000.00 |

Corporate Banking Statement
December 31, 2014
page 2 of 3

7202

## Subtractions
(con't)

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 12-23 | | Withdrawal Branch 0339 Ohio | 50,000.00 |

| Transfers | Date | Serial # | Destination | |
|---|---|---|---|---|
| | 12-31 | | Interest Transferred To 000010001000016 | $275.09 |
| | | | **Total subtractions** | $868,586.09 |

## Interest earned

| | |
|---|---|
| Annual percentage yield (APY) earned | 0.50% |
| Number of days this statement period | 31 |
| Interest paid 12-31-14 | $275.09 |
| Interest earned this statement period | $275.09 |
| Interest paid year-to-date | $1,403.86 |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 12-2-14 | Fedwire Service Charge | 1 | 30.00 | -$30.00 |
| 12-11-14 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 12-15-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 12-18-14 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 12-18-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 12-19-14 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 12-22-14 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 12-22-14 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| | **Fees and charges assessed this period** | | | -$200.00 |



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-In-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

* KeyBank
Customer Disputes
NY-31-17-0128
17 Corporate Woods Blvd
Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct the error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | – Transfer to Savings Account |
| XFER FROM SAV | – Transfer from Savings Account |
| XFER TO CKG | – Transfer to Checking Account |
| XFER FROM CKG | – Transfer from Checking Account |
| PMT TO CR CARD | – Payment to Credit Card |
| ADV CR CARD | – Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

What To Do If You Think You Find A Mistake on Your Statement: If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93685, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance Method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, and any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

① Verify and check off in your check register each deposit, check or other transaction shown on this statement.

② Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have not already entered.
- The "Service charges", if any, shown on your statement.

③ Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have not already entered.
- The "Interest earned" shown on your statement, if any.

| ④ List from your check register any deductions that are not shown on your statement. | | ⑤ List any deposits from your check register that are not shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL → | $ |
| | | | |
| | | ⑥ Enter ending balance shown on your statement | |
| | | | $ |
| | | ⑦ Add item 6 and item 5 total here | |
| | | | $ |
| | | ⑧ Enter total from 4 | |
| | | | $ |
| | | ⑨ Subtract 8 from 7 to get difference here | |
| TOTAL → | $ | | $ |

This amount should agree with your checkbook balance.

```
WIRE-WTSMS80.............. WTS830 REPORT REQUEST ....................RLSE 4.0

INST: 001      FILES: b       SEARCH TYPE: a                    PRINT: H

              (M) - MASTER    (D) - DATE RANGE   (I) - INCOMPLETE   (H) - HARDCOPY
              (A) - ARCHIVE   (N) - NAME         (T) - TAX ID       (F) - FICHE
              (B) - BOTH      (A) - ACCT NUMBER  (C) - COUNTRY      (B) - BOTH
                              (K) - KEY WORD     (R) - BANK ABA     (L) - LOG ONLY

      LOG ID: kowicje_
   REQUESTOR: kowicje_____    DEST: oh-01-49-3001___

************ SEARCH CRITERIA  (OPTIONAL BASED UPON TYPE REQUEST) ************

   START DATE: 010114          APPL: dd_   ACCOUNT: ███████/202_____
   END DATE: 070115
                                           TAX ID: _____

   NAME(S) OR: _____
   KEYWORD(S)  _____           COUNTRIES: __ __ __ __
               _____
               _____               ABA: _____

      ANY/ALL: 2 (1)=ANY   (2)=ALL
580-01 ENTER SEARCH REQUEST INFORMATION
   1=MENU  2=NEW REQUEST  9=HELP
```