This page is part of your document - DO NOT DISCARD

**20101107580**



Pages: 0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**08/10/10 AT 11:11AM**

| | |
|---|---:|
| FEES: | 25.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 25.00 |



**LEADSHEET**



201008100610024

00002787394



002824440

**SEQ:**
**01**

DAR - Counter (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**

E521953

08/10/2010

*20101107580*

Recording Requested By

When recorded mail document to
NAME JEFF CROSSLAND
ADDRESS 1118 3RD ST. #462
CITY SANTA MONICA
STATE & ZIP CA 90403

APN 4292021045

Above Space for Recorder's Use Only

# GRANT DEED

SEE ATTACHED FOR EXEMPTION REASON

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX is $ .00
CITY TAX $

☐ computed on full value of property conveyed, or
☐ computed on full value of items or encumbrances remaining at time of sale,
☐ Unincorporated area ☒ City of SANTA MONICA , and
FOR A FULL VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
NERSI NAVAB

hereby GRANT(s) to JEFF CROSSLAND AND ALICE LONGORIA CROSSLAND

the following described real property in the City of SANTA MONICA County
of LOS ANGELES, State of California:
SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF.

Dated: 8-16-08

*Nersi Navab*
NERSI NAVAB

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES } SS.

On AUGUST 16, 2008 before me, ANDREW STEVEN SIFUENTES a Notary Public, personally appeared NERSI NAVAB who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/their/her authorized capacity (ies), and that by his/her/their signatures(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
(SEAL)

WITNESS my hand and official seal.

Signature /s/ Andrew Steven Sifuentes

MAIL TAX STATEMENTS TO ADDRESS AS SHOWN ABOVE



ANDREW STEVEN SIFUENTES
COMM #1765516
NOTARY PUBLIC CALIFORNIA
LOS ANGELES COUNTY
My Comm Expires Sept 2, 2011

Tuesday, August 03, 2010   3 49 10 PM

3

| DOCUMENTARY TRANSFER TAX | 'Tax Amount' L A County | 'Tax Amount' City |
|---|---|---|
| $ | 80 | Code |

___ COMPUTED ON FULL VALUE OF PROPERTY CONVEYED

___ OR COMPUTED ON FULL VALUE LESS LIENS

AND ENCUMBRANCES REMAINING AT TIME OF SALE

_____
Signature of Declarant or Agent Determining tax
Firm Name

The value of the property in this conveyance, exclusive of liens and encumbrances is $100.00 Or less, and there is no additional consideration received by the grantor, R&T 11911.

# EXHIBIT "A"

A CONDOMINIUM COMPRISED OF:

PARCEL 1:

A) AN UNDIVIDED 1/43RD STREET IN AND TO LOT 1 OF TRACT NO. 30965, IN THE CITY OF SANTA MONICA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 943 PAGE(S) 98 TO 100 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM UNITS 1 TO 43 INCLUSIVE AS DEFINED AND DELINEATED ON THE CONDOMINIUM PLAN RECORDED AUGUST 4, 1980 AS INSTRUMENT NO. 80-740969, AND AS AMENDED IN THAT CERTAIN "AMENDMENT TO CONDOMINIUM PLAN", RECORDED FEBRUARY 28, 1989 AS INSTRUMENT NO. 89-317413, OFFICIAL RECORDS.

B) UNIT 22 AS DEFINED AND DELINEATED ON THE ABOVE REFERRED TO CONDOMINIUM PLAN.

PARCEL 2:

AN EXCLUSIVE EASEMENT, APPURTENANT TO PARCEL 1 ABOVE, FOR ALL USES AND PURPOSES OF A PARKING SPACE OVER AND ACROSS THAT PORTION OF LOT 1 OF SAID TRACT NO. 30965 DEFINED AND DELINEATED AS "PART OF THE COMMON AREA" 403 ON THE ABOVE REFERENCED CONDOMINIUM PLAN.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES LYING BELOW THE SURFACE OF SAID LAND, BUT WITHOUT THE RIGHT OF SURFACE ENTRY, AS RESERVED OR GRANTED IN DOCUMENTS OF RECORD.

