9/14/2017

Alice Longoria | LinkedIn

   

Try Premium for Free

Search

Test, Adapt, Personalize - Personalize & Enhance Customer Experience with Google Optimize for Free.  Ad  ···

**Contact and Personal Info**

's Profile

Show more ∨

### Alice Longoria
CEO at SendMeSolutions
SendMeSolutions
Greater Los Angeles Area · 0

Connect

...

**People Also Viewed**



Brent Meyer · 3rd
President, Brent Meyer, CPA & Associates

### Experience

**CEO**
SendMeSolutions

**Learn the skills Alice has**

Jonah Berger on Viral Marketing
Viewers: 25,420

Top 5 Tips for YouTube C
Viewers: 20,918

Learning Content Marke
Viewers: 51,408

See more

**Promoted**


**Master of Legal Studies**
Online Master's from WashU wit relocating. No GRE/LSAT Requir
Learn more


**Small business owner?**
We want your insights! Take a q user research study for $10. Sig
Learn more


**Financial Advice 4 Expats**
Foreign families in the U.S. strug with investments & taxes. Get h
Learn more

Linked[in]

About
Community Guidelines
Privacy & Terms ∨
Send feedback

LinkedIn Corporation © 2017

⊘ Questions?
Visit our Help Center.

⚙ Manage your account and privacy.
Go to your Settings.

Select Language

English (English)

Messaging