# SendMeSolutions.com

Member's Login Here

*Specific solutions for a small business owner's most frustrating problems.*

## About Us

### Send Me Solutions LLC

Welcome to Send Me Solutions.com. Send Me Solutions is a International Publishing, Consulting and Training Company that provides products and trainings to quickly and easily educate and solve Entrepreneurs, Start ups and Small Business Owners most frustrating problems.

**Send Me Solutions LLC, is all about finding solutions to your most painful problems.** Each and every product or training recommended or created under the SendMeSolutions mark is specifically designed to solve a specific problem and help you bring about a specific desired result.

We provide a variety of specific solutions that will help make you and your business be more productive and profitable.  You can check out our product catalogue at SendMeSolutions.com or contact us for specific business coaching and consulting.

### Coaching and Consulting

Send Me Solutions offers VIP coaching or consulting. We offer both One-on-One and cost effective group coaching and consulting to help you solve your specific business needs.

Just some of the business coaching and consulting we offer includes helping you create, market, sell or publish your own information products, services and events.   If you want to publish your own books, CDs, DVDs, podcasts and more,  give us a call.   If you want to hold live events, teleseminars or webinars and make money from what you already know or are passionate about, give us a call.

For information on our coaching and consulting packages contact us at 800-397-5009 or email us at client care at Send Me Solutions.com.   We are happy to set up an initial strategic consultation to see how we can help.

### To Thank Send Me Solutions:

If you found our newsletter or a particular product we created or recommended of value to you, we would love to hear from you. Please go to SendMeSolutions.com/ThankYou (/thankyou/) to let us know.

### To Review A Solution:

If you have some feedback...good or bad... on a particular product or service offered by SendMeSolutions, we want to hear from you. Please give us your review by going to SendMeSolutions.com/Review (/review) .

### To Recommend A Solution:

If you would like to recommend a solution to a specific problem please go to our sister site... SubmitASolution.com (http://submitasolution.com/) .

We appreciate all recommendations.

Everyone on the SendMeSolutions.com Team looks forward to finding or creating products and services that help you solve your most painful problems so you can get back to enjoying your business and living the life that you love.

To our mutual happiness and success,

# The ATeam at SendMeSolutions.com

Send Me Solutions, LLC

1123 Wilshire, Blvd.

Santa Monica, California 90403

© Copyright 2008-Present, Send Me Solutions LLC. All Rights Reserved.