

### Alice Longoria · 3rd

General Counsel | Business, Litigation, Marketing and Digital Publishing Consultant | Mediator | Woman's Advocate

SendMeSolutionsPublishing.com · University of San Francisco School of Law
Brentwood, California · 500+ &

[InMail] [...]

I offer a unique and extensive legal, business, education and internet-focused background. A seasoned complex litigation attorney and business affairs advisor with years of experience in multiple legal and bu...

Show more ⌄

### Experience

**Co-Founder / Strategic Legal and Business Affairs Advisor**
SendMeSolutionsPublishing.com
Apr 2008 – Present · 10 yrs

Developed profitable business strategies for an international consulting and training company. Hired and managed teams of writers, graphic designers, video and production professionals. Established formal processes and procedures; created budgets, and maintained full Profit and Loss (P&L) responsibility. Sourced and maintained joint ventures and strategic partnerships. Conducted negotiations and drafted contracts. Ensured compliance with regulations. Marketed products expanding the client base of entrepreneurs, start-ups, and small businesses.

- Delivered value to clients through high-quality trainings and presentations.
- Created and marketed 30+ products and sold products online and at major industry seminars.
- Designed a new business from the ground up, filling an executive niche.
- Sourced and maintained strong, mutually beneficial joint ventures and strategic partnerships.
- Established an international network of thought leaders to create high-quality online content.

**Principal / General In-House Counsel / Strategic Legal and Business Advisor**
Longoria and Associates, LLP
Jan 2002 – Present · 16 yrs 3 mos
Greater Los Angeles Area

Provided senior leadership for a legal and business consulting firm specializing in contracts, compliance, risk mitigation, litigation defense, arbitration, settlements, and negotiation. Advised and represented clients on various complex legal and business issues. Significantly improved business productivity. Oversaw business acquisition and client management. Created and executed business cases and marketing campaigns.

- Successfully acquired internet assets for clients; increased traffic, ad sales, and social media buzz.
- Negotiated the acquisition of highly profitable real estate securing multi-million dollar tax...