简体中文   English   Français   Русский   Español   العربية   Portuguese

# ICANN WHOIS

sendmesolutionspublishing.com    Lookup

## Showing results for: SENDMESOLUTIONSPUBLISHING.COM

Original Query: sendmesolutionspublishing.com

# Contact Information

## Registrant Contact

Name: Domains SendMeSolutions
Organization: SendMeSolutions, LLC
Mailing Address: 1930 Village Center Circle, Las Vegas Nevada 89134 US
Phone: +1.4242343844
Ext:
Fax:
Fax Ext:
Email:domains@sendmesolutions.com

## Tech Contact

Name: Domains SendMeSolutions
Organization: SendMeSolutions, LLC

## Admin Contact

Name: Domains SendMeSolutions
Organization: SendMeSolutions, LLC
Mailing Address: 1930 Village Center Circle, Las Vegas Nevada 89134 US
Phone: +1.4242343844
Ext:
Fax:
Fax Ext:
Email:domains@sendmesolutions.com

Mailing Address: 1930 Village Center Circle, Las Vegas
Nevada 89134 US
Phone: +1.4242343844
Ext:
Fax:
Fax Ext:
Email:domains@sendmesolutions.com

## Registrar

WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Email:abuse@godaddy.com
Abuse Contact Phone: +1.4806242505

## Status

Domain Status:clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status:clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status:clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status:clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited

## Important Dates

Updated Date: 2018-04-03
Created Date: 2010-05-07
Registrar Expiration Date: 2019-05-07

## Name Servers

NS23.DOMAINCONTROL.COM
NS24.DOMAINCONTROL.COM

## Raw WHOIS Record

```
Domain Name: SENDMESOLUTIONSPUBLISHING.COM
Registry Domain ID: 1596263746_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-04-03T04:05:52Z
Creation Date: 2010-05-07T22:27:13Z
Registrar Registration Expiration Date: 2019-05-07T22:27:13Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Domains SendMeSolutions
Registrant Organization: SendMeSolutions, LLC
Registrant Street: 1930 Village Center Circle
Registrant Street: #3-5689
Registrant City: Las Vegas
Registrant State/Province: Nevada
Registrant Postal Code: 89134
Registrant Country: US
Registrant Phone: +1.4242343844
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: domains@sendmesolutions.com
Registry Admin ID: Not Available From Registry
Admin Name: Domains SendMeSolutions
Admin Organization: SendMeSolutions, LLC
Admin Street: 1930 Village Center Circle
Admin Street: #3-5689
Admin City: Las Vegas
Admin State/Province: Nevada
Admin Postal Code: 89134
Admin Country: US
```

```
Admin Phone: +1.4242343844
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: domains@sendmesolutions.com
Registry Tech ID: Not Available From Registry
Tech Name: Domains SendMeSolutions
Tech Organization: SendMeSolutions, LLC
Tech Street: 1930 Village Center Circle
Tech Street: #3-5689
Tech City: Las Vegas
Tech State/Province: Nevada
Tech Postal Code: 89134
Tech Country: US
Tech Phone: +1.4242343844
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: domains@sendmesolutions.com
Name Server: NS23.DOMAINCONTROL.COM
Name Server: NS24.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-04-07T15:00:00Z <<<

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-
status-codes-2014-06-16-en

Notes:
WHOIS consumers who are now receiving masked data can visit:
https://whois.godaddy.com to look up the unmasked data.  You can also
get whitelisted, to get unmasked data via Port 43. Find instructions
on how to apply for whitelisting here:
https://www.godaddy.com/help/masking-contact-information-shared-via-whois-automated-access-points-
27421
The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
```

```
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

\*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2018 Internet Corporation for Assigned Names and Numbers     [Privacy Policy](#)