

# THE STATE BAR OF CALIFORNIA

## REQUEST FOR RECORDS
### Under California Public Records Act

Date: 03/28/2018

## Requester Information

First Name: Lisbeth     Last Name: Merrill
Organization: Wilson Keadjian Browndorf LLP
Address: 1900 Main Street, Ste. 200
City: Irvine     State: California     Zip Code: 92614
Email: lmerrill@wkbllp.com     Phone: (949) 247-7828     Fax: (949) 234-6254

## Description of Information Requested

*Please be as specific as possible. Attach additional sheets of paper as necessary. If a requestor needs assistance in formulating a request, please call (415) 538-2283 or email PRA@calbar.ca.gov.*

Alice C. Longoria, #155696 recently updated her address with the State Bar of California. Her previous address was 1223 Wilshire Blvd. #1015, Los Angeles, CA. She also has previous used the name Alice Crossland. I would like to obtain information evidencing her use of her previous name and address with the State Bar of California and the dates of such use, preferably certified. The sooner I can have this information, the better.

When making your request, please be aware that several categories of State Bar records are exempt from disclosure under Senate Bill 387, including the following:

- Discipline Investigation & Office of Chief Trial Counsel Records (Bus. & Prof. Code § 6086.1(b); Gov. Code § 6254(f).)

- Admissions Records
    - Test Administration Records (Gov. Code § 6254(g).)
    - Moral Character Records (Gov. Code § 6254(f); Bus. & Prof. Code § 6060.2.)
    - Applicant Information (Bus. & Prof. Code § 6060.25.)

- Law Corporation Investigation Records (Bus. & Prof. Code § 6168.)
- Lawyer Assistance Program Records (Bus. & Prof. Code §§ 6232(d); 6234(a).)
- Fee Arbitration Settlement Records (Bus. & Prof. Code § 6200(h).)

## SUBMIT THIS FORM

1) *By E-mail*: PRA@calbar.ca.gov

2) *By Mail*:
California Public Records Act
Requests State Bar of California
180 Howard Street
San Francisco, California 94105

CPRA Form 11/2015

4/7/2018            RE: Request for Information for Alice Longoria - Lisbeth Merrill

# RE: Request for Information for Alice Longoria

Turner, Louise <Louise.Turner@calbar.ca.gov>
Wed 4/4/2018 12:33 PM

To: Lisbeth Merrill <lmerrill@bplawgroup.com>; Lisbeth Merrill <lmerrill@wkbllp.com>;
Cc: pra <pra@calbar.ca.gov>;

📎 1 attachment

Longoria, A. #155696 Name & Address Change Histories 040218.pdf;

VIA EMAIL AND U.S. MAIL

Lisbeth Merrill
Wilson Keadjian Browndorf LLP
1900 Main St., Ste 600
Irvine, CA 92614

Dear Ms. Merrill,

We have received your California Public Records Act request dated March 28, 2018. You requested the following:

"Alice C. Longoria, #155696 recently updated her address with the State Bar of California. Her previous address was 1223 Wilshire Blvd. #1015, Los Angeles, CA. She also has previous used the name Alice Crossland. I would like to obtain information evidencing her use of her previous name and address with the State Bar of California and the dates of such use, preferably certified."

In response to your request, enclosed please find a name change history printout, and an address change history printout since February 3, 2003, for Alice C. Longoria, #155696, on the records of the State Bar of California. We have no records that indicate her use of the name Alice Crossland at any time.

We can provide certified copies of these two records for a cost of $10.00 each. Please make your check or money order for $20.00 payable to The State Bar of California, and send it to my attention at the San Francisco address below to ensure it is properly processed.

The State Bar reserves the right to determine whether the requested records are exempt from disclosure pursuant to the California Public Records Act should documents later materialize.

4/7/2018                                   RE: Request for Information for Alice Longoria - Lisbeth Merrill

Sincerely,

--

Louise Turner
Attorney Regulation & Consumer Resources
The State Bar of California | 180 Howard St. | San Francisco, CA 94105
Ph: 415.538.2246 | Fax: 415.538.2576 | louise.turner@calbar.ca.gov

*This message may contain confidential information. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.*

**Working to protect the public in support of the mission of the State Bar of California.**
Please consider the environment before printing this email.

---

**From:** Lisbeth Merrill [mailto:lmerrill@bplawgroup.com]
**Sent:** Wednesday, March 28, 2018 12:38 PM
**To:** pra
**Subject:** Request for Information for Alice Longoria

Please see attached request.

Thank you and Best Regards,

**Lisbeth Bosshart Merrill, Esq.**

*Wilson Keadjian Browndorf LLP*



WILSON
KEADJIAN
BROWNDORF

*A Limited Liability Partnership*

1900 Main Street | Suite 600
Irvine, CA 92614
D: 949.247.7828
F: 949.234.6254
lmerrill@wkbllp.com
www.wkbllp.com

https://mail.plutossama.com/owa/#viewmodel=ReadMessageItem&ItemID=AAMkAGM2NTc4NDc0LTA0YmYtNDVkNS1iNzczLTA3MzkzOWVlMWRiNgBGAAAAAAADZWsRg6nXQrG1i6hK6YGlBwCuQrWjGGgXR7teeH

4/7/2018

RE: Request for Information for Alice Longoria - Lisbeth Merrill

```
MM200RD                    MEMBER NAME CHANGE HISTORY                4/02/18
                                                                    18:51:33
                              Member#: 155696

Name-Last: Longoria          Sf:        Fn/Mn: Alice          C
                                              2nd Middle:
.----------- Previous Names -------------.  Date     Date     Date     Changed   E
Last                  Sufx First            Effectve Received Entered  By        r
Longoria                   Alice            12/16/91 12/16/91 12/27/91 BLACKFOC
                 Middle: C
```

```
MM595R2           MEMBER ADDRESS CHANGE HISTORY        Print Date:  4/02/18


                          Member #: 155696

    Date of Admission: 12/16/1991 Status: Active      Effective: 10/02/2002

                 Name: Alice C. Longoria

              Address: Longoria & Associates [Mailing Address]Eff: 1/30/2018
                       2443 Fillmore St
                       # 380-5713
                       San Francisco CA 94115 1814


                       Longoria & Associates                Eff: 1/30/2018
                       2443 Fillmore St
                       # 380-5713
                       San Francisco CA 94115 1814


                       Longoria & Associates                Eff: 2/10/2017

                       1223 Wilshire Blvd # 1012
                       Santa Monica CA 90403 5406


                       Longoria & Associates                Eff: 1/30/2012

                       1223 Wilshire Blvd #1012
                       Santa Monica CA 90403


                       Longoria & Associates                Eff: 4/03/2008

                       1223 Wilshire Blvd # 1012
                       Santa Monica CA 90403


                       Longoria & Associates                Eff: 4/20/2006

                       410 Wilshire Blvd # 330
                       Santa Monica CA 90401


                                                            Eff: 2/03/2003

                       11301 Olympic Blvd #416
                       Los Angeles CA 90064
```