FILED
Superior Court of California
County of Los Angeles

NOV 15 2017

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Darian Salisbury

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF LOS ANGELES, WEST DISTRICT

| | |
|---|---|
| GOLDEN SUN ENERGY COMPANY, LLC, a California limited liability company; PANORAMA ENERGY FINANCIAL, LLC, a Delaware limited liability company; PANORAMA ENERGY HOLDINGS, LLC, a California limited liability company, and WILLIAM MAYNARD, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JC FUNDING GROUP, LLC, a Missouri limited liability company; and JEFFERY N. CROSSLAND, an individual; and DOES 1 through 20,<br><br>Defendants. | Case No. SC 123088<br><br>*Hon. Mitchell Beckloff, Dept. M*<br><br>[PROPOSED] JUDGMENT<br><br>Complaint Filed:  September 8, 2014<br>FAC Filed:       June 12, 2015<br>SAC Filed:       June 3, 2016<br>Trial Date:        October 2, 2017 |

IT IS ORDERED, AJUDICATED AND ADJUDGED that Judgment in this matter is hereby entered as follows:

<u>AS TO DEFENDANTS JEFFERY N. CROSSLAND AND JC FUNDING GROUP, LLP:</u>

On written stipulation approved by the Court and filed in the case, Judgment is hereby entered against jointly and severally against JEFFERY N. CROSSLAND (having a Social Security Number ending in -4902 with a date of birth of July 9, 1956) and JC FUNDING GROUP, LLC, a Missouri limited liability company, jointly and severally, in favor of GOLDEN SUN ENERGY COMPANY,

1   LLC, PANORAMA ENERGY FINANCIAL, LLC, PANORAMA ENERGY HOLDINGS, LLC, and

2   WILLIAM MAYNARD in the principal sum of Six Hundred Thousand Dollars ($600,000.00) on

3   Count 10 for Intentional Misrepresentation and Count 12 for False Promise of the operative Second

4   Amended Complaint, plus attorney's fees and costs in the amount of $200,000.00, which sum has been

5   determined to be reasonable, plus interest at the legal rate of 10% per annum from and after September

6   8, 2014 on the sum of $600,000.00.

7

8   AS TO EARL WESCOM:

9   By default, after a prove-up hearing on the merits that occurred on October 2, 2017, Judgment

10  is further hereby entered against EARL WESCOM in favor of GOLDEN SUN ENERGY COMPANY,

11  LLC, PANORAMA ENERGY FINANCIAL, LLC, PANORAMA ENERGY HOLDINGS, LLC, and

12  WILLIAM MAYNARD in the sum of Six Hundred Thousand Dollars ($600,000.00). The Court finds

13  that WESCOM was properly served with a copy of the summons and complaint, failed to timely

14  respond  and failed to appear and defend the action within the time allowed by law, such that the Clerk

15  properly entered default and the Court properly considered Plaintiffs' testimony and other evidence

16  submitted at the prove-up hearing.  As such, WESCOM is hereby found liable for Plaintiffs' 10th Cause

17  of Action for Intentional Misrepresentation, 12th Cause of Action for False Promise, 18th Cause of

18  Action for Conspiracy and 19th Cause of Action for Aiding and Abetting Fraud as alleged in the

19  Second Amended Complaint.

20

21  AS TO PAUL VAN GAMPTER:

22  By default, after a prove-up hearing on the merits that occurred on October 2, 2017, Judgment

23  is further hereby entered against PAUL VAN GAMPER in favor of GOLDEN SUN ENERGY

24  COMPANY, LLC, PANORAMA ENERGY FINANCIAL, LLC, PANORAMA ENERGY

25  HOLDINGS, LLC, and WILLIAM MAYNARD in the sum of Six Hundred Thousand Dollars

26  ($600,000.00) plus exemplary damages in the amount of $250,000, after VAN GAMPER was found to

27  have acted maliciously, oppressively and fraudulently in having committed the conduct alleged against

28  him in the Second Amended Complaint.  The Court finds that VAN GAMPER was properly served

1   with a copy of the summons and complaint, failed to timely respond and failed to appear and defend

2   the action within the time allowed by law, such that the Clerk properly entered default and the Court

3   properly considered Plaintiffs' testimony and other evidence submitted at the prove-up hearing. As

4   such, VAN GAMPER is hereby found liable for Plaintiffs' 10th Cause of Action for Intentional

5   Misrepresentation, 12th Cause of Action for False Promise, 14th Cause of Action for Conversion, 18th

6   Cause of Action for Conspiracy and 19th Cause of Action for Aiding and Abetting Fraud as alleged in

7   the Second Amended Complaint.

8       **IT IS SO ORDERED, ADJUDICATED AND ADJUDGED.**

9

10  **NOV 15 2017**

11  Dated: October ___, 2017

12                              The Honorable Mitchell Beckloff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
(C.C.P. Section 1013a and Section 2015.5)

I am employed in the County of Orange, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 1900 Main Street, Suite 600, Irvine, California 92614.

On **October 19, 2017**, I served the within **[PROPOSED] JUDGMENT** on the interested parties in said action, by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

Kirk M. Hallam, Esq.
Nicholas J. Hoffman, Esq.
Law Offices of Kirk M. Hallam
201 Santa Monica Blvd, Suite 300
Santa Monica, CA 90401
kmhallam@aol.com

Paul Van Gamper
3079 Baldwin Road, Suite 203
Orion, Michigan 48359
Pvangamper1@gmail.com

[XX]   BY MAIL: I placed a true copy in a sealed envelope addressed as indicated above, on the above mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited within the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on mention of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

[ ]   BY PERSONAL SERVICE: I placed a true copy in a sealed envelope addressed to each person(s) named at the address(es) shown above and giving same to a messenger for personal delivery before 5:00 p.m. on the above mentioned date.

[ ]   BY E-SERVICE on Counsel for Defendants at the above email address.

[ ]   BY FEDERAL EXPRESS: On the above mentioned date, I placed a true copy of the above mentioned document(s) in a sealed envelope or package designated by Federal Express with delivery fees paid or provided for, addressed to the person(s) as indicated above and deposited same in a box or other facility regularly maintained by Federal Express to received documents.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Executed on **October 19, 2017**, at Irvine, California.

CARRIE RUIZ