FL-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Andrew P Altholz SBN 152713<br>Attorney at Law<br>100 Wilshire Blvd Ste 940<br>Santa Monica CA 90401-1113<br>　TELEPHONE NO.: 310-451-0789　　FAX NO.: 310-821-4905<br>　E-MAIL ADDRESS: andrewpaltholz@msn.com<br>ATTORNEY FOR (Name): Petitioner, Alice Carmen Longoria | FOR COURT USE ONLY<br><br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>NOV 02 2015<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By_____ Deputy<br>Melissa Vandeman |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>　STREET ADDRESS: 1725 Main Street<br>　MAILING ADDRESS:<br>　CITY AND ZIP CODE: Santa Monica CA 90401<br>　BRANCH NAME: West District | |
| PETITIONER: Alice Carmen Longoria<br>RESPONDENT: Jeffrey Nicholas Crossland | |

| PETITION FOR | | ☐ AMENDED | CASE NUMBER:<br>SD034807 |
|---|---|---|---|
| ☒ Dissolution (Divorce) of: | ☒ Marriage | ☐ Domestic Partnership | |
| ☐ Legal Separation of: | ☐ Marriage | ☐ Domestic Partnership | |
| ☐ Nullity of: | ☐ Marriage | ☐ Domestic Partnership | |

1. **LEGAL RELATIONSHIP** (check all that apply):
   a. ☒ We are married.
   b. ☐ We are domestic partners and our domestic partnership was established in California.
   c. ☐ We are domestic partners and our domestic partnership was NOT established in California.

2. **RESIDENCE REQUIREMENTS** (check all that apply):
   a. ☐ Petitioner ☒ Respondent has been a resident of this state for at least six months and of this county for at least three months immediately preceding the filing of this Petition. (For a divorce, at least one person in the legal relationship described in items 1a and 1c must comply with this requirement.)
   b. ☐ We are the same sex and were married in California but are not residents of California. Neither of us lives in a state or nation that will dissolve the marriage. This case is filed in the county in which we married.
   　　Petitioner's residence (state or nation):　　　　Respondent's residence (state or nation):
   c. ☐ Our domestic partnership was established in California. Neither of us has to be a resident or have a domicile in California to dissolve our partnership here.

3. **STATISTICAL FACTS**
   a. ☒ (1) Date of marriage (specify): November 26, 2005　　(2) Date of separation (specify): July 8, 2013
   　　　(3) Time from date of marriage to date of separation (specify):　7　Years　8　Months
   b. ☐ (1) Registration date of domestic partnership with the California Secretary of State or other state equivalent (specify below):
   　　　(2) Date of separation (specify):
   　　　(3) Time from date of registration of domestic partnership to date of separation (specify):　　Years　　Months

4. **MINOR CHILDREN** (children born before (or born or adopted during) the marriage or domestic partnership):
   a. ☒ There are no minor children.
   b. ☐ The minor children are:
   　　Child's name　　　　　　　　　　　　　　　Birthdate　　Age　　Sex

   　　(1) ☐ continued on Attachment 4b.
   　　(2) ☐ a child who is not yet born.
   c. If there are minor children of Petitioner and Respondent, a completed *Declaration Under Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA)* (form FL-105) must be attached.
   d. ☐ Petitioner and Respondent signed a voluntary declaration of paternity. A copy ☐ is ☐ is not attached.

Page 1 of 3

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>FL-100 [Rev. January 1, 2015] | **PETITION—MARRIAGE/DOMESTIC PARTNERSHIP**<br>(Family Law) | Family Code, §§ 297, 299, 2320, 2330, 3409;<br>www.courts.ca.gov |
|---|---|---|

```
CIT/CASE: SD034807
LEA/DEF#:

RECEIPT #: SM486428009
DATE PAID: 11/02/15  03:06 PM
PAYMENT: $435.00                    310
RECEIVED:
      CHECK:              $435.00
      CASH:                 $0.00
      CHANGE:               $0.00
      CARD:                 $0.00
```

 

FL-100

| PETITIONER: | Alice Carmen Longoria | CASE NUMBER: |
|---|---|---|
| RESPONDENT: | Jeffrey Nicholas Crossland | |

**Petitioner requests that the court make the following orders:**

5. **LEGAL GROUNDS** (Family Code sections 2200–2210, 2310–2312)
   a. [x] Divorce  or  [ ] Legal separation  of the marriage or domestic partnership based on *(check one):*
      (1) [x] irreconcilable differences.   (2) [ ] permanent legal incapacity to make decisions.
   b. [ ] Nullity of void marriage or domestic partnership based on:
      (1) [ ] incest.   (2) [ ] bigamy.
   c. [ ] Nullity of voidable marriage or domestic partnership based on:
      (1) [ ] petitioner's age at time of registration of domestic partnership or marriage.   (4) [ ] fraud.
      (2) [ ] prior existing marriage or domestic partnership.   (5) [ ] force.
      (3) [ ] unsound mind.   (6) [ ] physical incapacity.

6. **CHILD CUSTODY AND VISITATION (PARENTING TIME)**

   |   | Petitioner | Respondent | Joint | Other |
   |---|---|---|---|---|
   | a. Legal custody of children to............. | [ ] | [ ] | [ ] | [ ] |
   | b. Physical custody of children to............ | [ ] | [ ] | [ ] | [ ] |
   | c. Child visitation (parenting time) be granted to ......... | [ ] | [ ] |  | [ ] |

   As requested in:  [ ] form FL-311   [ ] form FL-312   [ ] form FL-341(C)
   [ ] form FL-341(D)   [ ] form FL-341(E)   [ ] Attachment 6c(1)

   d. [ ] Determine the parentage of children born to Petitioner and Respondent before the marriage or domestic partnership.

7. **CHILD SUPPORT**
   a. If there are minor children born to or adopted by Petitioner and Respondent before or during this marriage or domestic partnership, the court will make orders for the support of the children upon request and submission of financial forms by the requesting party.
   b. An earnings assignment may be issued without further notice.
   c. Any party required to pay support must pay interest on overdue amounts at the "legal" rate, which is currently 10 percent.
   d. [ ] Other *(specify):*

8. **SPOUSAL OR DOMESTIC PARTNER SUPPORT**
   a. [x] Spousal or domestic partner support payable to   [x] Petitioner   [ ] Respondent
   b. [x] Terminate (end) the court's ability to award support to   [ ] Petitioner   [x] Respondent
   c. [ ] Reserve for future determination the issue of support payable to   [ ] Petitioner   [ ] Respondent
   d. [ ] Other *(specify):*

9. **SEPARATE PROPERTY**
   a. [ ] There are no such assets or debts that I know of to be confirmed by the court.
   b. [x] Confirm as separate property the assets and debts in   [ ] *Property Declaration* (form FL-160)   [ ] Attachment 9b
      [x] the following list.

   | Item | Confirm to |
   |---|---|
   | 124 - 128 Elm Avenue, Long Beach Califoria | Petitioner |
   | to be determined | Respective Party |

FL-100 [Rev. January 1, 2015]           **PETITION—MARRIAGE/DOMESTIC PARTNERSHIP**           Page 2 of 3
                                                        (Family Law)

FL-100

| PETITIONER: Alice Carmen Longoria | CASE NUMBER: |
|---|---|
| RESPONDENT: Jeffrey Nicholas Crossland | |

**10. COMMUNITY AND QUASI-COMMUNITY PROPERTY**

a. ☐ There are no such assets or debts that I know of to be divided by the court.

b. ☒ Determine rights to community and quasi-community assets and debts. All such assets and debts are listed
   ☐ in *Property Declaration* (form FL-160)   ☐ in Attachment 10b.
   ☒ as follows *(specify)*: to be determined and divided

**11. OTHER REQUESTS**

a. ☒ Attorney's fees and costs payable by   ☐ Petitioner   ☒ Respondent

b. ☒ Petitioner's former name be restored to *(specify)*: Alice Carmen Longoria

c. ☒ Other *(specify)*: for such other and further relief as the court deems just and proper

☐ Continued on Attachment 11c.

**12. I HAVE READ THE RESTRAINING ORDERS ON THE BACK OF THE SUMMONS, AND I UNDERSTAND THAT THEY APPLY TO ME WHEN THIS PETITION IS FILED.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 02, 2015

Alice Carmen Longoria
(TYPE OR PRINT NAME)

▶ (SIGNATURE)

Date: November 02, 2015

Andrew P Altholz
(TYPE OR PRINT NAME)

▶ (SIGNATURE OF ATTORNEY FOR PETITIONER)

**NOTICE:** You may redact (black out) social security numbers from any written material filed with the court in this case other than a form used to collect child, spousal or partner support.

**NOTICE—CANCELLATION OF RIGHTS:** Dissolution or legal separation may automatically cancel the rights of a domestic partner or spouse under the other domestic partner's or spouse's will, trust, retirement plan, power of attorney, pay-on-death bank account, survivorship rights to any property owned in joint tenancy, and any other similar thing. It does not automatically cancel the right of a domestic partner or spouse as beneficiary of the other partner's or spouse's life insurance policy. You should review these matters, as well as any credit cards, other credit accounts, insurance polices, retirement plans, and credit reports, to determine whether they should be changed or whether you should take any other actions. Some changes may require the agreement of your partner or spouse or a court order.

FL-100 [Rev. January 1, 2015]   **PETITION—MARRIAGE/DOMESTIC PARTNERSHIP (Family Law)**   Page 3 of 3

11/02/17