**This page is part of your document - DO NOT DISCARD**

## 20101107580

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County, California**

**08/10/10 AT 11:11AM**

Pages: 0004

| | |
|---|---:|
| FEES: | 25.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 25.00 |

**LEADSHEET**

201008100610024

00002787394

002824440

SEQ:
01

DAR - Counter (Hard Copy)

**THIS FORM IS NOT TO BE DUPLICATED**

E521953

Recording Requested By

When recorded mail document to
NAME _JEFF CROSSLAND_
ADDRESS _1118 3RD ST. #62_
CITY _SANTA MONICA_
STATE & ZIP _CA 90403_


08/10/2010
*20101107580*

APN 4292021045

Above Space for Recorder's Use Only

# GRANT DEED

SEE ATTACHED FOR EXEMPTION REASON

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX is $ _.00_
CITY TAX $_____

☐ computed on full value of property conveyed, or
☐ computed on full value of items or encumbrances remaining at time of sale,
☐ Unincorporated area ☒ City of _SANTA MONICA_, and
FOR A FULL VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
_NERSI NAVAB_

hereby GRANT(s) to _JEFF CROSSLAND AND ALICE LONGORIA CROSSLAND_

the following described real property in the City of _SANTA MONICA_ County
of _LOS ANGELES_, State of California:
_SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF._

Dated: _8-16-08_

_Nersi Navab_
_NERSI NAVAB_

STATE OF CALIFORNIA
COUNTY OF _LOS ANGELES_ } SS.

On _AUGUST 16, 2008_ before me, _ANDREW STEVEN SIFUENTES_ a Notary Public, personally appeared _NERSI NAVAB_ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/their/her authorized capacity (ies), and that by his/her/their signatures(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
(SEAL)

WITNESS my hand and official seal.

Signature _[signature]_

MAIL TAX STATEMENTS TO ADDRESS AS SHOWN ABOVE

ANDREW STEVEN SIFUENTES
COMM #1765516
NOTARY PUBLIC CALIFORNIA
LOS ANGELES COUNTY
My Comm Expires Sept 2, 2011

Tuesday, August 03, 2010    3 49 10 PM

3

| DOCUMENTARY TRANSFER TAX | 'Tax Amount' L A County | 'Tax Amount' City |
| --- | --- | --- |
| $ | 80   / | Code |

_____COMPUTED ON FULL VALUE OF PROPERTY CONVEYED

_____OR COMPUTED ON FULL VALUE LESS LIENS

AND ENCUMBRANCES REMAINING AT TIME OF SALE

_____
Signature of Declarant or Agent Determining tax
Firm Name

The value of the property in this conveyance, exclusive of liens and encumbrances is $100.00 Or less, and there is no additional consideration received by the grantor, R&T 11911.

3

4

## EXHIBIT "A"

A CONDOMINIUM COMPRISED OF:

PARCEL 1:

A) AN UNDIVIDED 1/43RD STREET IN AND TO LOT 1 OF TRACT NO. 30965, IN THE CITY OF SANTA MONICA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 943 PAGE(S) 98 TO 100 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM UNITS 1 TO 43 INCLUSIVE AS DEFINED AND DELINEATED ON THE CONDOMINIUM PLAN RECORDED AUGUST 4, 1980 AS INSTRUMENT NO. 80-740969, AND AS AMENDED IN THAT CERTAIN "AMENDMENT TO CONDOMINIUM PLAN", RECORDED FEBRUARY 28, 1989 AS INSTRUMENT NO. 89-317413, OFFICIAL RECORDS.

B) UNIT 22 AS DEFINED AND DELINEATED ON THE ABOVE REFERRED TO CONDOMINIUM PLAN.

PARCEL 2:

AN EXCLUSIVE EASEMENT, APPURTENANT TO PARCEL 1 ABOVE, FOR ALL USES AND PURPOSES OF A PARKING SPACE OVER AND ACROSS THAT PORTION OF LOT 1 OF SAID TRACT NO. 30965 DEFINED AND DELINEATED AS "PART OF THE COMMON AREA" 403 ON THE ABOVE REFERENCED CONDOMINIUM PLAN.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES LYING BELOW THE SURFACE OF SAID LAND, BUT WITHOUT THE RIGHT OF SURFACE ENTRY, AS RESERVED OR GRANTED IN DOCUMENTS OF RECORD.



07 0940 440