

# THE STATE BAR OF CALIFORNIA

## REQUEST FOR RECORDS

### Under California Public Records Act

## Requester Information

Date 03/28/2018

First Name  Lisbeth                               Last Name  Merrill

Organization  Wilson Keadjian Browndorf LLP

Address  1900 Main Street, Ste. 200

City  Irvine                     State  California              Zip Code  92614

Email  lmerrill@wkbllp.com        Phone  (949) 247-7828         Fax  (949) 234-6254

## Description of Information Requested

*Please be as specific as possible. Attach additional sheets of paper as necessary. If a requestor needs assistance in formulating a request, please call (415) 538-2283 or email PRA@calbar.ca.gov.*

Alice C. Longoria, #155696 recently updated her address with the State Bar of California.  Her previous address was 1223 Wilshire Blvd. #1015, Los Angeles, CA.  She also has previous used the name Alice Crossland.  I would like to obtain information evidencing her use of her previous name and address with the State Bar of California and the dates of such use, preferably certified.  The sooner I can have this information, the better.

When making your request, please be aware that several categories of State Bar records are exempt from disclosure under Senate Bill 387, including the following:

- Discipline Investigation & Office of Chief Trial Counsel Records (Bus. & Prof. Code § 6086.1(b); Gov. Code § 6254(f).)

- Admissions Records

    - Test Administration Records (Gov. Code § 6254(g).)
    - Moral Character Records (Gov. Code § 6254(f); Bus. & Prof. Code § 6060.2.)
    - Applicant Information (Bus. & Prof. Code § 6060.25.)

- Law Corporation Investigation Records (Bus. & Prof. Code § 6168.)
- Lawyer Assistance Program Records (Bus. & Prof. Code §§ 6232(d); 6234(a).)
- Fee Arbitration Settlement Records (Bus. & Prof. Code § 6200(h).)

## SUBMIT THIS FORM

1) *By E-mail*: PRA@calbar.ca.gov          2) *By Mail*:
                                              California Public Records Act
                                              Requests State Bar of California
                                              180 Howard Street
                                              San Francisco, California  94105

CPRA Form 11/2015

# RE: Request for Information for Alice Longoria

Turner, Louise <Louise.Turner@calbar.ca.gov>

Wed 4/4/2018 12:33 PM

To:Lisbeth Merrill <lmerrill@bplawgroup.com>; Lisbeth Merrill <lmerrill@wkbllp.com>;

Cc:pra <pra@calbar.ca.gov>;

📎 1 attachment

Longoria, A. #155696 Name & Address Change Histories 040218.pdf;

VIA EMAIL AND U.S. MAIL

Lisbeth Merrill
Wilson Keadjian Browndorf LLP
1900 Main St., Ste 600
Irvine, CA 92614

Dear Ms. Merrill,

We have received your California Public Records Act request dated March 28, 2018.  You requested the following:

*"Alice C. Longoria, #155696 recently updated her address with the State Bar of California.  Her previous address was 1223 Wilshire Blvd. #1015, Los Angeles, CA. She also has previous used the name Alice Crossland.  I would like to obtain information evidencing her use of her previous name and address with the State Bar of California and the dates of such use, preferably certified."*

In response to your request, enclosed please find a name change history printout, and an address change history printout since February 3, 2003, for Alice C. Longoria, #155696, on the records of the State Bar of California.  We have no records that indicate her use of the name Alice Crossland at any time.

We can provide certified copies of these two records for a cost of $10.00 each.  Please make your check or money order for $20.00 payable to The State Bar of California, and send it to my attention at the San Francisco address below to ensure it is properly processed.

The State Bar reserves the right to determine whether the requested records are exempt from disclosure pursuant to the California Public Records Act should documents later materialize.

https://mail.plutossama.com/owa/#viewmodel=ReadMessageItem&ItemID=AAMkAGM2NTc4NDc0LTA0YmYtNDVkNS1iNzczLTA3MzkzOWVlMWRiNgBGAAAAAAADZWsRg6nXQrG1i6hK6YGlBwCuQrWjGGgXR7teeH

4/7/2018                                    RE: Request for Information for Alice Longoria - Lisbeth Merrill

Sincerely,

--
Louise Turner
Attorney Regulation & Consumer Resources
The State Bar of California | 180 Howard St. | San Francisco, CA 94105
Ph: 415.538.2246 | Fax: 415.538.2576 | louise.turner@calbar.ca.gov

*This message may contain confidential information. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.*

***Working to protect the public in support of the mission of the State Bar of California.***
Please consider the environment before printing this email.

---

**From:** Lisbeth Merrill [mailto:lmerrill@bplawgroup.com]
**Sent:** Wednesday, March 28, 2018 12:38 PM
**To:** pra
**Subject:** Request for Information for Alice Longoria

Please see attached request.

Thank you and Best Regards,

**Lisbeth Bosshart Merrill, Esq.**

*Wilson Keadjian Browndorf LLP*



**WILSON KEADJIAN BROWNDORF**

*A Limited Liability Partnership*

1900 Main Street | Suite 600
Irvine, CA 92614
D: 949.247.7828
F: 949.234.6254
lmerrill@wkbllp.com
www.wkbllp.com

https://mail.plutossama.com/owa/#viewmodel=ReadMessageItem&ItemID=AAMkAGM2NTc4NDc0LTA0YmYtNDVkNS1iNzczLTA3MzkzOWVIMWRiNgBGAAAAAAADZWsRg6nXQrG1i6hK6YGIBwCuQrWjGGgXR7teeⱠ

4/7/2018                                    RE: Request for Information for Alice Longoria - Lisbeth Merrill

MM2OORD
<u>MEMBER NAME CHANGE HISTORY</u>
4/02/18
18:51:33

Member#:  155696

Name-Last: **Longoria**          Sf:      Fn/Mn: Alice          C
                                                   2nd Middle:

| ---------- Previous Names --------. | | | Date Effectve | Date Received | Date Entered | Changed By | E r |
|---|---|---|---|---|---|---|---|
| Last | Sufx | First | | | | | |
| Longoria | | Alice | 12/16/91 | 12/16/91 | 12/27/91 | BLACKFOC | |
| Middle: C | | | | | | | |

```
MM595R2           MEMBER ADDRESS CHANGE HISTORY      Print Date:  4/02/18


                       Member #: 155696

  Date of Admission: 12/16/1991 Status: Active      Effective: 10/02/2002

                 Name: Alice C. Longoria

        Address: Longoria & Associates [Mailing Address]f: 1/30/2018
                 2443 Fillmore St
                 # 380-5713
                 San Francisco CA 94115 1814


                 Longoria & Associates                Eff: 1/30/2018
                 2443 Fillmore St
                 # 380-5713
                 San Francisco CA 94115 1814


                 Longoria & Associates                Eff: 2/10/2017

                 1223 Wilshire Blvd # 1012
                 Santa Monica CA 90403 5406


                 Longoria & Associates                Eff: 1/30/2012

                 1223 Wilshire Blvd #1012
                 Santa Monica CA 90403


                 Longoria & Associates                Eff: 4/03/2008

                 1223 Wilshire Blvd # 1012
                 Santa Monica CA 90403


                 Longoria & Associates                Eff: 4/20/2006

                 410 Wilshire Blvd # 330
                 Santa Monica CA 90401


                                                      Eff: 2/03/2003

                 11301 Olympic Blvd #416
                 Los Angeles CA 90064
```