Search ICANN.org

Log In (/users/sign_in)    Sign Up (/users/sign_up)


(/)

**GET STARTED (/GET-STARTED)**     NEWS & MEDIA (/NEWS)     POLICY (/POLICY)

PUBLIC COMMENT (/PUBLIC-COMMENTS)     RESOURCES (/RESOURCES)     COMMUNITY (/COMMUNITY)

IANA STEWARDSHIP
& ACCOUNTABILITY (/STEWARDSHIP-ACCOUNTABILITY)

# Welcome to the global community!

ICANN (Internet Corporation for Assigned Names and Numbers) is a not-for-profit public-benefit corporation with participants from all over the world dedicated to keeping the Internet secure, stable and interoperable. It promotes competition and develops policy on the Internet's unique identifiers. Through its coordination role of the Internet's naming system, it does have an important impact on the expansion and evolution of the Internet.

A note about tracking cookies:

Beginner's Guide            Online Learning Platform (http://learn.icann.org/)

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. If you would
like to read more about the use of cookies, click here (/en/help/privacy-cookie-policy)
                                                     Take an online class to learn about ICANN (Internet Corporation for
                                                     Assigned Names and Numbers) and Internet governance from the
                                                     comfort of your computer.
This notice is intended to appear only the first time you visit the site on any computer.   ✖ OK

                            Regional Engagement Events (https://features.icann.org/events-
(/resources/pages/beginners-  near-you)

4/17/2018  Case 2:17-cv-06374-MWF-FFM   Document 87-11   Filed 04/17/18   Page 2 of 5   Page ID
#:1082
Welcome to ICANN global community | ICANN

guides-2012-03-06-en)
Download or view this document to learn more about how to get started. Available in several languages.

Explore engagement opportunities across the globe by region and function.

## How it works

At the heart of ICANN (Internet Corporation for Assigned Names and Numbers)'s policy-making is what is called a "multistakeholder model". This is a community-based consensus-driven approach to policy-making. The idea is that Internet governance should mimic the structure of the Internet itself- borderless and open to all.

## Effect on the Internet

ICANN (Internet Corporation for Assigned Names and Numbers) plays a unique role in the infrastructure of the internet. Through its contracts with registries (such as dot-com or dot-info) and registrars (companies that sell domain names to individuals and organisations), we help define how the domain name system functions and expands.

## Get involved

Explore online forums and the Supporting Organizations (Supporting Organizations) and Advisory Committees (Advisory Committees) or active mailing lists for participants. ICANN (Internet Corporation for Assigned Names and Numbers) holds public meetings throughout the year. Many of the groups working on policy issues are seeking public input. Share your perspective, on the Public Comment forum.



*The ICANN (Internet Corporation for Assigned Names and Numbers) community is a great place to meet people that understand Internet governance. Everyone is very helpful, answering questions and helping you get more involved.*

A note about tracking cookies:

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. If you would like to read more about the use of cookies, click here (/en/help/privacy-cookie-policy)

This notice is intended to appear only the first time you visit the site on any computer.   ✖ OK

Join the conversation. What do you care about— internet security, the digital divide?

ICANN (Internet Corporation for Assigned Names and Numbers)'s inclusive approach treats the public sector, the private sector, and technical experts as peers. In the ICANN (Internet Corporation for Assigned Names and Numbers) community, you'll find registries, registrars, Internet Service Providers (ISPs), intellectual property advocates, commercial and business interests, non-commercial and non-profit interests, representation from more than 100 governments, and a global array of individual Internet users. All points of view receive consideration on their own merits. ICANN (Internet Corporation for Assigned Names and Numbers)'s fundamental belief is that all users of the Internet deserve a say in how it is run.



We are committed to creating a broader and more regionally diverse base of knowledgeable constituents.

Fellowship Program (/en/about/participate/fellowships)

Newcomers Program (/en/about/participate/newcomers)

## Attend a meeting! Learn about our work.

ICANN (Internet Corporation for Assigned Names and Numbers) holds international public meetings each calendar year in different regions of the globe. ICANN (Internet Corporation for Assigned Names and Numbers) meetings are free and open to all. It is a great opportunity to connect with the community on issues you care about. Meet regional and global leaders as well as individuals working on issues that impact the future of the Internet.

Usually comprised of more than 200 different sessions, the week-long meeting is a focal point for individuals and representatives of the different ICANN (Internet Corporation for Assigned Names and Numbers) stakeholders (either attending in-person or participating remotely) to introduce and discuss issues related to ICANN (Internet Corporation for Assigned Names and Numbers) policy. At each ICANN (Internet Corporation for Assigned Names and Numbers) meeting, there is a Public Forum session that is specifically set aside for anyone that wishes to raise a point by walking up to the microphone and talking directly to Board members and to the rest of the ICANN (Internet Corporation for Assigned Names and Numbers) Community. The vast majority of the other meetings are also open, and often welcome new and interested members.

Learn more about the next meeting and what issues will be discussed. (http://meetings.icann.org/)

A note about tracking cookies

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. If you would like to read more about the use of cookies, click here (/en/help/privacy-cookie-policy).

This notice is intended to appear only the first time you visit the site on any computer.   ✖ OK


You Tube (http://www.youtube.com/icannnews)


Twitter (https://www.twitter.com/icann)


LinkedIn (https://www.linkedin.com/company/icann)


Flickr (http://www.flickr.com/photos/icann)


Facebook (https://www.facebook.com/icannorg)


RSS Feeds (/en/news/rss)


Community Wiki (https://community.icann.org)


ICANN Blog (/news/blog)

© 2018 Internet Corporation For Assigned Names and Numbers.   Privacy Policy (/en/help/privacy)   Terms of Service (/en/help/tos)   Cookie Policy (/en/help/privacy-cookie-policy)

## A note about tracking cookies:

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. If you would like to read more about the use of cookies, click here (/en/help/privacy-cookie-policy)

This notice is intended to appear only the first time you visit the site on any computer.  ✖ OK

### Who We Are

Get Started (/get-started)

Learning (/en/about/learning)

Participate (/en/about/participate)

Groups (https://www.icann.org/resources/pages/groups-2012-02-06-en)

Board (/resources/pages/board-of-directors-2014-03-19-en)

President's Corner (/presidents-corner)

Staff (/organization)

Careers (https://www.icann.org/careers)

Newsletter (/en/news/newsletter)

Public Responsibility (https://www.icann.org/dpr)

### Contact Us

Locations (https://forms.icann.org/en/contact)

Global Support (/resources/pages/customer-support-2015-06-22-en)

Security Team (/about/staff/security)

PGP Keys (/en/contact/pgp-keys)

Certificate Authority (/contact/certificate-authority)

Registry Liaison (/resources/pages/contact-f2-2012-02-25-en)

Specific Reviews (https://forms.icann.org/en/about/aoc-review/contact)

Organizational Reviews (http://forms.icann.org/en/groups/reviews/contact)

Complaints Office (https://www.icann.org/complaints-office)

Request a Speaker (http://forms.icann.org/en/contact/speakers)

For Journalists (/en/news/press)

### Accountability & Transparency

Accountability Mechanisms (/en/news/in-focus/accountability/mechanisms)

Independent Review Process (/resources/pages/irp-2012-02-25-en)

Request for Reconsideration (/groups/board/governance/reconsideration)

Ombudsman (/help/ombudsman)

Empowered Community (/ec)

### Governance

Documents (/en/about/governance)

Agreements (/en/about/agreements)

Specific Reviews (/resources/reviews/aoc)

Annual Report (/about/annual-report)

Financials (/en/about/financials)

Document Disclosure (/en/about/transparency)

Planning (/en/about/planning)

KPI Dashboard (/progress)

RFPs (/en/news/rfps)

Litigation (/en/news/litigation)

Correspondence (/en/news/correspondence)

### Help

Dispute Resolution (/en/help/dispute-resolution)

Domain Name Dispute Resolution (/en/help/dndr)

Name Collision (/en/help/name-collision)

Registrar Problems (/en/news/announcements/announcement-06mar07-en.htm)

WHOIS (https://whois.icann.org/en)

## A note about tracking cookies:

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. If you would like to read more about the use of cookies, click here (/en/help/privacy-cookie-policy)

This notice is intended to appear only the first time you visit the site on any computer.  ✖ OK