简体中文   **English**   Français   Русский   Español   العربية   ~~Portuguese~~

# ICANN WHOIS

[Enter a domain]   [Lookup]

Home

## About WHOIS

WHOIS isn't an acronym, though it may look like one. In fact, it is the system that asks the question, *who is* responsible for a domain name or an IP address?

### On This Page

1. What is WHOIS?
2. Domain Name Registrant Benefits and Responsibilities
3. History of WHOIS
4. What's on the Horizon?
5. About this Site

## 1. What is WHOIS?

Every year, millions of individuals, businesses, organizations and governments register domain names. Each one must provide identifying and contact information which may include: name, address, email, phone number, and administrative and technical contacts. This information is often referred to as "WHOIS data." But the WHOIS service is not a single, centrally-operated database. Instead, the data is managed by independent entities known as "registrars" and "registries." Any entity that wants to become a registrar must earn ICANN accreditation. Similarly, registries are under contract with ICANN to operate a generic top level domain, such as .COM, .ORG, or one of the new gTLDs such as .STORAGE and .LINK.

Based on existing consensus policies and contracts, ICANN is committed to implementing measures to maintain timely, unrestricted and public access to accurate and complete WHOIS information, subject to applicable laws. To do that, registrars and registries provide public access to data on registered domain names. Anyone can use the WHOIS protocol to search their databases and identify the domain name registrant.

In 2016, new ICANN Bylaws replaced the WHOIS obligations originally established by the expired Affirmation of Commitments. These Bylaws require periodic reviews to assess the effectiveness of the current gTLD Registration Directory Service (RDS, formerly known as WHOIS) and whether its implementation meets the legitimate needs of law enforcement, promoting consumer trust and safeguarding registrant data. In addition, those Bylaws require ICANN organization to use commercially reasonable efforts to enforce its policies relating to RDS, while exploring structural changes to improve accuracy and access to generic top-level domain registration data, as well as considering safeguards for protecting such data.

*Back to Top*

## 2. Domain Name Registrant Benefits and Responsibilities

Domain name registrants play a key role in ensuring the accuracy of WHOIS. As a domain name registrant, you are required to provide accurate WHOIS contact data, and maintain its accuracy throughout the term of your registration period.

When you register a domain name, you must give your registrar accurate and reliable contact details, and correct and update them promptly if there are any changes during the term of the registration period. This obligation is part of your registration agreement with the registrar.

If you give wrong information on purpose, or don't update your information promptly if there is a change, your domain name registration may be suspended or even cancelled. This could also happen if you don't respond to inquiries by your registrar if they contact you about the accuracy of your contact information.

On an annual basis, your registrar is required to send you an annual reminder of your obligation to maintain the accuracy of your WHOIS contact data. Please review the information provided by your registrar in this reminder carefully and make any necessary corrections. If you find that your WHOIS information is inaccurate, please refer to: About Correcting my WHOIS Data.

Depending on the version of the Registrar Accreditation Agreement your registrar has contracted with ICANN organization, there are different rights, benefits or responsibilities that apply to you. For the version of the Registrar Accreditation Agreement applicable your registrar refer to: http://www.internic.net/alpha.html

- Learn more about the 2013 RAA - Registrant Benefits and Responsibilities as documented in the 2013 Registrar Accreditation Agreement for maintaining accurate WHOIS data.
- Learn more about the 2009 RAA - Registrant Rights and Responsibilities as documented in the 2009 Registrar Accreditation Agreement for maintaining accurate WHOIS data.

*Back to Top*

## 3. History of WHOIS

WHOIS traces its roots to 1982, when the Internet Engineering Task Force published a protocol for a directory service for ARPANET users. Initially, the directory simply listed the contact information that was requested of anyone transmitting data across the ARPANET. As the Internet grew, WHOIS began to serve the needs of different stakeholders such as domain name registrants, law enforcement agents,

intellectual property and trademark owners, businesses and individual users. But the protocol remained fundamentally based on those original IETF standards. This is the WHOIS protocol that ICANN inherited when it was established in 1998.

Learn more about the History of WHOIS.

*Back to Top*

## 4. What's on the Horizon?

It's very likely that WHOIS will change dramatically in the future.

The process of re-inventing WHOIS began in November 2012, when the ICANN Board approved a two-pronged strategy to embrace the Recommendations made by the first WHOIS Review Team (WHOIS RT) to improve the manner in which the WHOIS system at that time was being overseen by ICANN, and, at the same time, to redefine the purpose and scope of Registration Directory Services, in an attempt to envision a next-generation replacement system better suited for the needs of tomorrow's Internet.

Learn more about What's on the Horizon to update and possibly replace the WHOIS system.

*Back to Top*

## 5. About this Site

This site is part of a series of WHOIS improvements inspired by the recommendations of the first WHOIS Review Team. Learn more About This Site and how it contributes to efforts to improve WHOIS.

Last Updated: July 2017

*Back to Top*

## About WHOIS

WHOIS Primer

History of WHOIS

What's on the Horizon?

Technical Overview

    DNS and WHOIS - How it Works

    Domain Name Registration Process

- Using WHOIS
  - Basics of WHOIS
  - Glossary of WHOIS Terms
  - About This Site

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.* These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time. By submitting a query, you agree to abide by these terms.

\* There is one exception: ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2018 Internet Corporation for Assigned Names and Numbers    [Privacy Policy](#)

简体中文  **English**  Français  Русский  Español  العربية  ~~Portuguese~~

# ICANN WHOIS

[Enter a domain]  [Lookup]

Home » About WHOIS

## History of WHOIS

WHOIS traces its roots to 1982, when the Internet Engineering Task Force published a protocol for a directory service for ARPANET users. Initially, the directory simply listed the contact information that was requested of anyone transmitting data across the ARPANET.

As the Internet grew, WHOIS began to serve the needs of different stakeholders such as domain name registrants, law enforcement agents, intellectual property and trademark owners, businesses and individual users. But the protocol remained fundamentally based on those original IETF standards. This is the WHOIS protocol that ICANN organization inherited when it was established in 1998.

On 30 September 2009, ICANN and the U.S. Department of Commerce signed an Affirmation of Commitments (AOC) which recognized ICANN as an independent, private and non-profit organization. With the transition to new ICANN Bylaws in 2016, the WHOIS obligations originally established by the expired AOC were replaced with new gTLD Registration Directory Service (RDS) obligations.

Based on existing consensus policies and contracts, ICANN remains committed to "enforcing its existing policy relating to WHOIS, subject to applicable laws. Such existing policy requires that ICANN implement measures to maintain timely, unrestricted and public access to accurate and complete WHOIS information, including domain name registrant, technical, billing, and administrative contact information." In addition, specific provisions for periodic reviews of WHOIS policy continue under the new ICANN Bylaws.

In 1999, ICANN began allowing other entities to offer domain name registration services. Registries are responsible for maintaining registries of top-level domain names.

Over the years, ICANN has used its agreements with registrars and registries to modify the WHOIS service requirements. These agreements set up the basic framework that dictates how the WHOIS service is operated. In addition, ICANN has adopted and implemented several consensus policies aimed at improving the WHOIS service:

- WHOIS Data Reminder Policy (2003): at least once a year, registrars must email all domain name registrants and remind them to review and update their WHOIS data; for example, in case of a new cell phone number or changed business address.

- The Restored Name Accuracy Policy (2004): If a domain name is deleted because it contained incorrect contact data, or there was no response to requests for information, the domain name must remain on hold until the domain name registrant provides updated and accurate WHOIS data.
- WHOIS Marketing Restriction Policy (2004): This policy creates two changes to the Registrar Accreditation Agreement to try to bar use of the WHOIS data for marketing and re-use. Registrars must require third parties to "to agree not to use the [WHOIS] data to allow, enable, or otherwise support any marketing activities," and "not to sell or redistribute the [WHOIS] data" (with some exceptions).

In addition, ICANN continues to adopt new consensus policies to improve existing WHOIS services. Policies now undergoing implementation include:

- Thick RDDS (WHOIS) Transition Policy for .COM, .NET and .JOBS (2014): This policy addresses differences between "thin" and "thick" WHOIS registries, requiring transition of remaining "thin" registries to a "thick" data model.
- Additional WHOIS Information Policy (2014): This policy requires registrars and registries to include information in WHOIS output to help users better identify a domain name registration's sponsoring registrar and understand the domain name registration's status codes.
- Privacy and Proxy Services Accreditation Policy (2015): This policy addresses issues relating to accreditation of the privacy and proxy services used by some domain name registrants to keep certain information about them from being published in WHOIS.
- Translation and Transliteration of Contact Information Policy (2015): This policy is concerned with how internationalized registration data collected and displayed in registration data directory services to enable translation and/or transliteration of those data into other languages and/or scripts.
- Registry Registration Data Directory Services Consistent Labeling and Display Policy (updated 2017): This policy requires consistency in the WHOIS output displayed by different registries.

Finally, ICANN organization works with registries and registrars to review and update as appropriate procedures related to WHOIS policy implementation, such as:

- Review of Existing ICANN Procedure for Handling Whois Conflicts with Privacy Laws (2016), and the
- WHOIS Data Retention Specification Waiver (2013)

WHOIS is at the center of long-running debate and study at ICANN, among other Internet governance institutions, and in the global Internet community. The evolution of the Internet ecosystem has created challenges for WHOIS in every area: accuracy, access, compliance, privacy, abuse and fraud, cost and policing. Questions have arisen about the fundamental design of WHOIS, which many believe is inadequate to meet the needs of today's Internet, much less the Internet of the future. Concerns about WHOIS obsolescence are equaled by concerns about the costs involved in changing or replacing WHOIS.

WHOIS faces these challenges because its use has expanded beyond what was envisaged when its founding protocol was designed. Many more stakeholders make use of it in legitimate ways not foreseen by its creators. So ICANN has had to modify WHOIS over the years; the consensus policies on accuracy are a prime example, as well as the introduction of validation and verification requirements in the new form of Registrar Accreditation Agreement (2013 RAA).

There are other challenges to WHOIS, as well. As domain names have become an important weapon to combat fraud and abuse, ICANN's Security and Stability Advisory Committee recommended in SAC 38: Registrar Abuse Point of Contact that registrars and registries publish abuse point of contact information. This abuse contact would be responsible for addressing and providing timely response to abuse complaints received from recognized parties, such as other registries, registrars, law enforcement organizations and recognized members of the anti-abuse community. In 2014, registrars under the 2013 RAA were required to publish WHOIS data that includes registrar abuse contacts.

Even with these modifications, there are calls in the community for improvements to the current WHOIS model. ICANN's Generic Names Supporting Organization (GNSO) explores these areas and works to develop new policies to address each issue, as appropriate. Over the last decade, the GNSO has undertaken a series of activities to reevaluate the current WHOIS system, and has sought to collect data examining the importance of WHOIS to stakeholders. At the request of the Council, ICANN organization initiated a series of WHOIS studies:

WHOIS Privacy and Proxy Services Abuse – This study examined the extent to which gTLD domain names used to conduct alleged illegal or harmful Internet activities are registered via Privacy or proxy services to obscure the perpetrator's identity. The National Physical Laboratory performed this study and delivered its results in March 2014.

WHOIS Registrant Identification – This study used WHOIS data and content associated with domain names to classify entities that register gTLD domain names, including natural persons, legal persons, and Privacy and proxy service providers. Using associated Internet content; it then classified entities using those domain names and potentially commercial activities. NORC at the University of Chicago performed this study and delivered its results in May 2013.

WHOIS Misuse [PDF, 1.2 MB] -- This study examined the extent to which public WHOIS data is misused to address harmful communications such a phishing or identity theft. The Carnegie Mellon University Cylab in Pittsburgh, PA, USA performed this study and delivered its results in December 2013.

WHOIS Privacy and Proxy Relay and Reveal [PDF, 1.23 MB] – This study assessed the feasibility of conducting an in-depth study into communication Relay and identity Reveal requests sent for gTLD domain names registered using proxy and privacy services. The Interisle Consulting Group in Boston, MA, USA performed this study and delivered its results in June 2012.

WHOIS Service Requirements Survey [PDF, 633 KB] – This study surveyed community members to estimate the level of agreement on WHOIS service requirements. A GNSO Working Group was assembled to create a survey and delivered its results in July of 2010.

Report on Domain Name WHOIS Terminology and Structure [PDF, 236 KB] – To clear up the confusion regarding the various meanings of WHOIS terminology, the SSAC conducted this study. The report, delivered in September 2011, recommended that ICANN transition to adopting new terminology to designate the different aspects of WHOIS. As a result, ICANN adopted new terminology to refer to aspects of the WHOIS system, including:

- **Domain Name Registration Data** – Refers to the information that domain name registrants provide when registering a domain name and that registrars or registries collect.
- **Domain Name Registration Data Access Protocol** – Refers to the elements of a communications exchange—queries and responses—that make access to registration data

possible. For example, the WHOIS protocol (RFC 3912) and Hypertext Transfer Protocol (HTTP) (RFC 2616 and its updates) are commonly used to provide public access.

- **Domain Name Registration Data Directory Service** – refers to the service offered by registries and registrars to provide access to the domain name registration data. This term is now often used interchangeably with Registration Directory Service (RDS).

In 2013, a series of [recommendations were made by the first WHOIS Review Team (WHOIS RT)](#) to improve the manner in which the WHOIS system at that time was being overseen by ICANN organization. Those improvements included development of a new [Accuracy Reporting System](#) (ARS) to proactively identify inaccurate WHOIS records and forward them to registrars for follow-up, to increase data accuracy, and to create accuracy metrics.

Also in 2013, ICANN formed an [Expert Working Group (EWG) on gTLD Directory Services](#) charged with finding ways to break the deadlock in the ICANN community over the usefulness and fate of the WHOIS system. In its [Final Report (2014)](#), the EWG recommended a paradigm shift to "a next-generation RDS that collects, validates and discloses gTLD registration data for permissible purposes only. While basic data would remain publicly available, the rest would be accessible only to accredited requestors who identify themselves, state their purpose, and agree to be held accountable for appropriate use." To learn more, see [What's On The Horizon](#).

Last Updated: July 2017

# About WHOIS

WHOIS Primer

History of WHOIS

What's on the Horizon?

Technical Overview

    DNS and WHOIS - How it Works

    Domain Name Registration Process

Using WHOIS

    Basics of WHOIS

Glossary of WHOIS Terms

About This Site

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.* These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time. By submitting a query, you agree to abide by these terms.

* There is one exception: ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2018 Internet Corporation for Assigned Names and Numbers     [Privacy Policy](#)